1  Timothy P. Rumberger, Esq. California State Bar #145984
   **LAW OFFICES OF TIMOTHY P. RUMBERGER**
2  1339 Bay Street
   Alameda, California 94501
3  Telephone:    (510)841-5500
   Facsimile:     (510)521-9700
4  e-mail: tim@rumbergerlaw.com

5  Attorneys for the Representative Plaintiffs
   And the Plaintiff Class(es)

6

7

8

9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO/OAKLAND DIVISION

12
   STANLEY SIDDLE and JEF MEEKS, individually    )    **Case No.**
13 and on behalf of all those similarly situated,    )
                                                  )
14          Plaintiffs,                            )    **CLASS ACTION COMPLAINT**
   v.                                             )    **FOR DAMAGES, RESTITUTION,**
15                                                )    **INJUNCTIVE AND EQUITABLE**
   THE DURACELL COMPANY,  BERKSHIRE-              )    **RELIEF**
16 HATHAWAY, INC., THE PROCTER & GAMBLE           )
   COMPANY,  COSTCO WHOLESALE                     )
17 CORPORATION,  HOME DEPOT, U.S.A., INC.,        )    JURY TRIAL DEMANDED
   AMAZON.COM SERVICES, INC.,                     )
18                                                )
                                                  )
19          Defendants,                           )
   _____       )
20

21        Representative Plaintiffs STANLEY SIDDLE and JEF MEEKS allege as follows:

22                              **INTRODUCTION**

23      1.   This is a class action brought by Representative Plaintiffs on behalf of themselves, a

24 California class, and a national class, of all persons who purchased DURACELL's LED flashlight

25 models 250, 300 or 350, with full sets of Duracell batteries included, distributed by DURACELL's

26 retail partners including COSTCO, HOME DEPOT, and AMAZON, within the last four years.

27 These flashlights are defective:  they rapidly drain batteries in less than 30 days when turned OFF.

28

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

1

**CLASS ACTION COMPLAINT**

2.   THE DURACELL COMPANY is an American manufacturing company, with principal executive offices in Chicago, Illinois (and subsidiaries in the United Kingdom (UK) and China). DURACELL is 100% owned by its parent holding company, BERKSHIRE-HATHAWAY, INC., headquartered in Omaha, Nebraska, since completing its purchase of DURACELL on February 29, 2016 from PROCTER & GAMBLE (the previous owners of DURACELL since 2005).

3.   THE DURACELL COMPANY, a.k.a. DURACELL, INC., (dba "DURACELL")  has been distributing DURACELL LED flashlight models 250, model 300, and model 350 since at least 2014, (also marketed by DURACELL as "Durabeam Ultra"), with iterations of substantially similar Duracell-branded LED flashlights appearing nationwide in the U.S. market through the present time.  All of these LED flashlights were marketed by DURACELL inside sealed single or, more commonly, multi-packs containing three or four flashlights.  (*See, e.g.* Exhibits 8, 9 and 10)

4.   Each of these sealed retail packages of flashlights have also included a full set of Duracell AAA-size  "COPPERTOP Alkaline-Manganese Dioxide" batteries (presently designated as model MN2400), one set for each of the flashlights, all made prominently visible in the clear plastic packaging.  Conveniently, these "bonus" sets of Duracell batteries can be immediately installed and used for powering these LED flashlights by the consumers.  Duracell AAA batteries are suggested by DURACELL as the best replacement batteries to be purchased for use in these flashlights in the future.  Replacement Duracell alkaline AAA batteries, sold separately from Duracell flashlights in many different multi-unit packages, are available from DURACELL retail partners, as well as in wide distribution, at virtually every type of retail outlet in the USA and worldwide. (*See* Exhibits 1 and 2) In addition, COSTCO markets its own "Kirkland" brand AAA alkaline batteries, manufactured for COSTCO by DURACELL, and presently sold by COSTCO in 64-packs. (*See* Exhibits 3 and 4)

5.   The DURACELL's LED flashlight models 250, 300 or 350 and potentially similar models

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

2

**CLASS ACTION COMPLAINT**

all share a catastrophic design and/or manufacturing defect that rapidly drains the installed batteries, with power turned OFF, thus rendering these flashlights inoperable until reloaded with more batteries, as further described below.  (Hereinafter these flashlights shall be identified simply as "***the defective Duracell LED flashlights***" or "***the defective flashlights***," unless specific characteristics of certain specific models are being identified and discussed.)

6.   Certain later variants of Duracell LED flashlights, (*e.g.* models 380, 500, 1000, 1500) that may be free of this design and/or manufacturing defect, are henceforth referred to as "*the non-defective Duracell LED flashlights*" unless otherwise specified. (*See, e.g.* Exhibits 5)

7.   The packaging and marketing for the defective Duracell LED flashlights promotes the reliability of these products, assuring consumers that these products are **"ideal"** for use in "**emergencies**" and boasting performance providing light continuously for up to 1 hour and 30 minutes at the high-intensity setting, and up to 7 hours at the low-intensity setting when used with Duracell batteries. (*See* Exhibits 8, 9 and 10)

8.   Duracell flashlight packaging further advise consumers that "*For best performance, **use Duracell alkaline batteries***" and to "***Replace all batteries** at the same time*." (Exhibits 8, 9 and 10)

9.   All Duracell COPPERTOP AAA Alkaline batteries, regardless of how they are packaged or where they are sold, are represented by DURACELL as having a "***10-year storage lifespan***," and/or "***GURANTEED 10 YEARS IN STORAGE***,"  and also as being "***the most trusted batteries in the world***."  (*See* Exhibit 1)

10. COSTCO's own "Kirkland" brand batteries, manufactured for COSTCO by DURACELL, and sold inside Costco Warehouse stores side by side with replacement Duracell batteries, advertise the same 10-year storage life.  (*See* Exhibit 3)

11. However, **the defective Duracell LED flashlights do not actually have the performance characteristics represented by DURACELL's promises related to either these flashlights or**

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

3

**CLASS ACTION COMPLAINT**

**the Duracell batteries**:  these flashlights do not provide consumers with the advertised operation times, and the provided or the replacement Duracell batteries do not have the advertised storage lifespans when installed in these defective Duracell LED flashlights with power turned OFF. Instead, these flashlights drain the installed Duracell batteries when stored and not in use. Specifically, these flashlights are defective in that **they continuously and rapidly drain the installed batteries when their LED lights are switched OFF**, thus causing the batteries stored inside these flashlights to become fully depleted and dead, in less than 30 days, instead of the 10-year advertised storage lifespan for the Duracell batteries sold with these flashlights or the replacement batteries sold separately.

12. In contrast, batteries installed in non-defective LED flashlights (made by either DURACELL or other manufacturers) do not suffer this parasitic power drain defect, and can be safely stored inside such non-defective flashlights for the advertised battery storage lifespan at specified reasonable conditions.

13. As a result of this inherent and pervasive defect in these Duracell LED flashlights, consumers who trusted the DURACELL brand and counted on their LED flashlights to work **are being literally left in the dark, just when they need their flashlights most – during critical emergency or even life-and-death situations**, such as power outages, failed or tripped fuses, home intruder alerts, vehicle breakdowns, or natural disasters like earthquakes, hurricanes, tornadoes, snow storms, floods, landslides and fires – times of crisis during which having quick access to a working flashlight can be essential for survival and saving oneself and one's family. The defective Duracell LED flashlights fail to turn on at all, or they do not provide the expected high-intensity light for anywhere near the advertised operation times – precisely during the emergencies these products are marketed as essential and ideal for by DURACELL.

14. Those consumers fortunate enough to have tested their defective Duracell LED flashlights

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

4

**CLASS ACTION COMPLAINT**

a month or so after first installing sets of Duracell batteries in them, discovered that these batteries had become mostly or fully depleted, thus rendering their LED flashlights nearly or completely dead – prior to needing to use them in an emergency -- thus alerting such consumers to the need to replace the prematurely depleted batteries. Millions of consumers, however, may still have no idea that the defective Duracell LED flashlights they had strategically placed in their homes or vehicles over the past four years, with a reasonable expectation of Duracell batteries' 10-year advertised storage life, have actually long been dead and will not help them in a future emergency.

15.  Upon discovering that the Duracell batteries installed in their defective Duracell LED flashlights were fully depleted in less than 30 days, many class members, including Representative Plaintiffs, foreseeably purchased – and indeed were induced by the DURACELL marketing on the packaging[1] into purchasing – additional sets of replacement Duracell batteries, as Defendants expected, and/or should have expected, if not intended.

16.  Many class members have continued to spend money replacing multiple sets of Duracell batteries, until they finally realized that it was futile and that the defective Duracell LED flashlights they had purchased were fatally flawed and would always rapidly drain batteries when turned OFF, instead of being ready to turn ON and provide reliable bright light during the Duracell batteries' advertised storage lifespan of 10 years.

17. From late 2014 and to the filing of this Complaint, **consumers from all over the United States reported and complained** about the rapid power drain of the Duracell batteries sold with and included in the packaging with the defective Duracell LED flashlights, as well as the subsequently replaced batteries.  These complaints, both directly to DURACELL and to its distribution partners, resolve any doubt that both DURACELL and its distribution partners including AMAZON, COSTCO and HOME DEPOT at all times since at least late 2014 were fully

---

[1]  *See, e.g.* <u>Exhibits 8 and 10</u>, "*For best performance,* **use Duracell alkaline batteries**" and "**Replace all batteries** *at the same time.*"

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

**CLASS ACTION COMPLAINT**

5

aware of the prevalence of this defect. (see Exhibits 14, 15 & 16 *containing illustrative reports from defrauded consumers*)

18. In fact, Defendants, and all of them, were fully aware, or should have been aware, of this design or manufacturing defect, as evidenced by the large number of consumer complaints made via their customer service phone numbers, emails, consumer product reporting and blogger product review websites, as well as the innumerable public postings on websites maintained by DURACELL, AMAZON, COSTCO and HOME DEPOT.

19. In the wake of such widespread complaints, Defendants changed the marketing on the packaging for the subsequent, non-defective models of Duracell flashlights, such as the **models 380** and **500**, now stating: "***Eliminates power drain of batteries in off position***" and "***NO BATTERY DRAIN IN OFF POSITION***" -- revealing explicit admissions by the Defendants of their knowledge of the rapid parasitic battery drain defect in the previous Duracell LED flashlight models 250, 300, and 350, (*See* Exhibits 11 and 12) -- and utilizing the known defect in the 250, 300 and 350 models to *further* profit by promoting consumer purchases of DURACELL's non-defective flashlights from its distribution partners. (*See* Exhibit 6)[2]

20. Further admissions have been made to customers who suspected that their Duracell LED flashlights were defective and called the tech support number (888-910-2280, provided on the packaging and in the user manuals).  Once connected to a service center, and after complaining about the rapid battery drain issue, consumers were informed that **the end caps of their flashlights had defective power switches** and were offered replacement end-caps to be sent free of charge.

21. Despite Defendants' awareness of this pervasive defect and the feasibility of replacing the end caps containing the defective power switches, no national recall action has ever been

---

[2]   "WHERE TO BUY:  Duracell Flashlights are available at the following retailers  COSTCO WHOLESALE [and] THE HOME DEPOT")

Law Offices of
**TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

6

**CLASS ACTION COMPLAINT**

undertaken, by either DURACELL or its distribution partners, to warn consumers in order to either remove these defective, wasteful and potentially very dangerous Duracell LED flashlights from circulation (in possession of consumers, stocks maintained by the retail distributors, and/or in the secondary re-sale channels, such as eBay, craigslist, etc.), or to replace the defective end caps in these Duracell flashlights.

22. Instead, these mega-brand corporate Defendants have evidently chosen to maximize their profits and avoid the costs of fixing all the defective flashlights they sold – **at the expense of their trusting customers being literally left in the dark**, often in dangerous situations, and/or fraudulently induced into spending money replacing whole sets of batteries that were, and will continue to be, rapidly depleted again and again, providing little or no usable light to their owners. As another damaging result of this pervasive defect, millions and perhaps billions of needlessly drained batteries accumulate in dumps, landfills, or recycling centers, while their otherwise unnecessary manufacturing, packaging and transportation continue to contribute to global warming and natural resource depletion.

23. By this scheme, DURACELL and its distribution partners have unfairly reaped profits by fraudulently increasing demand for Duracell replacement batteries. Year after year, DURACELL, together with its distribution partners, have marketed at least three different models, in succession, of severely defective LED flashlights – notwithstanding the maelstrom of complaints from their customers, and knowing that previous generations of similar non-Duracell branded products did not have this built-in defect which was virtually effortless to correct with minor engineering and manufacturing changes, at negligible cost to DURACELL.

24. DURACELL communicates with consumers through several internet websites, such as www.duracell.com/en-us/  and  www.youtube.com/user/OfficialDuracell/videos, that contain extensive promotions of safety preparedness -- using Duracell batteries, of course.

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

7

**CLASS ACTION COMPLAINT**

25. DURACELL also operates a website dedicated specifically to marketing its flashlights (www.duracellflashlights.com), with an FAQ section (http://duracellflashlights.com/faq/) that both misleads consumers about the rapid battery drain defect, and offers them entirely counter-helpful advice, while contradicting well-established safety preparedness practices, as detailed below. Instead of offering its customers replacement of their defective Duracell LED flashlights, or replacement of the defective components inside them, DURACELL's marketing and FAQ answers repeatedly suggest that consumers should instead purchase more Duracell batteries to replace the depleted ones, should their flashlights fail to turn on.  (*see* <u>Exhibit 7</u>)

26. For those DURACELL customers who might suspect that their Duracell batteries are being rapidly drained inside the defective Duracell LED flashlights, even when they are turned OFF, DURACELL concedes in its FAQ section: "*For best battery performance, remove the batteries from the flashlight when not in use*."  (*see* <u>Exhibit 7</u>)  However, if consumers were to follow this suggestion, it would substantially defeat the most important purpose of LED flashlights – to be instantly available to reliably provide powerful light in emergency situations.  Plaintiff putative class members have no "advance warning," of course, when they face home intrusions, vehicle breakdowns, earthquakes, tornadoes, floods, landslides and fires.  Therefore, they are not provided with a timely "heads-up" to first find their Duracell batteries, then find and review their user manuals to follow all the required steps, including having to unscrew the end caps of their Duracell LED flashlights and remove the battery holder modules, without dropping and losing them, then correctly orient the polarity of multiple batteries into the holder module (that requires each of them to point in a different direction), then slide the battery holder module back into the flashlight, in the correct direction, and finally align and screw the end cap back on.  This entire process would have to be performed with limited lighting and likely in total darkness – before Duracell customers or their family members are able to turn on their flashlights and get the bright

Law Offices of
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
(510) 841-5500

8

**CLASS ACTION COMPLAINT**

LED light desperately needed to help escape to safety in a natural disaster or to fix a dangerous problem like having to replace a blown tire on the side of the road at night. All of this is well understood by DURACELL, as discussed further below and evidenced by DURACELL's own online publications. (*see* Exhibit 13)

27. To "*remove the batteries from flashlights when not in use,*" and store them separately, as the Duracell FAQ web page speciously suggests, Plaintiff putative class members would need to be able to perform the above described precision tasks at lightning speed, and do so perfectly, from the first attempt, most likely in complete darkness, even if they might be elderly, partially disabled, already injured as a result of the emergency they are trying to survive, or trembling in terror and disoriented during that moment of great danger, like an earthquake, a flash-flood or an encircling fiery inferno. To be of any help to anyone when disaster strikes, usually without any warning, it is indisputable that batteries must already be securely installed inside their flashlights and tested to make sure they work as installed, thereafter remaining full of their advertised power for the duration of their advertised storage life of 10 years, and thus always ready to be turned ON, to instantly provide powerful portable LED lighting. This is also fully consistent with the reasonable expectations of an average reasonable LED flashlight consumer. Advice to the contrary, offered by DURACELL at the FAQ web pages (and in certain other publications), constitutes additional fraud, as well as blatant and deliberate endangerment of trusting DURACELL, COSTCO, HOME DEPOT, and AMAZON customers.

28. All the defective Duracell LED flashlight models are still apparently available for purchase online at various websites and are being promoted at DURACELL's own website (as of 2019-01-31, at http://duracellflashlights.com/products/), including detailed descriptions of their features and technical specifications, as well as providing download links for their user manuals (*see* Exhibits 6 - 12):

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

9

**CLASS ACTION COMPLAINT**

a. In the CAUTION section of the **model 250** user manual, DURACELL states: "***Remove batteries from equipment which is not to be used for an extended period of time***." However, DURACELL fails to define "*an extended period of time*" -- an ambiguous term which could mean completely different lengths of time to different consumers: from days to weeks to months or years, up to the advertised shelf life of Duracell batteries, and thus a legally and practically illusory statement. Most importantly, as of the fling of this Complaint, **DURACELL still fails to disclose that the Duracell model 250 flashlight has a defect and will start depleting batteries the moment they are installed, even with power turned OFF**, and will likely fully drain the installed batteries in less than 30 days, thus rendering this flashlight useless in an emergency, contrary to Duracell advertising.

b. In the second CAUTION section of the **model 300** and **350** manuals, DURACELL states: "***Remove batteries from appliances that will not be used for long periods of time (months or longer)***," which actually precisely means "longer than two (2) months." However, **DURACELL fails to disclose that the Duracell model 300 and 350 flashlights have a defect and that they will start depleting batteries the moment they are installed, even with the power turned OFF**, and will likely fully drain the installed batteries in less than 30 days, rather than when installed "*for long periods of time (months or longer)*," as DURACELL claims in its user manuals, thus rendering these flashlights useless in an emergency, contrary to Duracell advertising.

c. In the second CAUTION section of the manual for **model 380**, the first of the newer models known to announce on its packaging that it "***Eliminates power drain of batteries in off position,***" DURACELL again states: "***Remove batteries***

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**CLASS ACTION COMPLAINT**

*from appliances that will not be used for long periods of time (months or longer)*," which appears to be an erroneous and entirely counter-helpful leftover from the older, defective models' user manuals.

    d.  Most importantly, despite already having invested in constructing elaborate web pages and a quite popular YouTube channel to promote to consumers, and educate them about all the Duracell batteries and LED flashlights, including those models DURACELL knew to have a battery drain defect, DURACELL still:

        i.  failed to warn current and prospective consumers about the defect;

        ii.  provided either vague or deceptive "cautions" in the applicable user manuals, that would not actually help consumers avoid having their batteries become fully depleted inside their defective Duracell flashlights (while these "cautions" also completely contradicted reasonable safety preparedness practices);

        iii.  failed to proactively offer customers in possession of defective flashlights still covered by applicable warranty periods with a fix for the battery drain defect (via a free replacement end cap, or a complete replacement of these defective flashlights free of charge);

        iv.  failed to notify owners of the older defective flashlights, those outside of the stated warranty periods, that they should upgrade and purchase one of the newer Duracell flashlight models that are free of the battery drain defect.

29. As previously stated, the actual performance characteristics of defective Duracell LED flashlights are dramatically and catastrophically inferior to those advertised by DURACELL and its retail partners:  whole sets of Duracell batteries begin to be needlessly drained, the moment they are installed in these flashlights, and they continue to be drained, when turned OFF, until they

*Law Offices of*
**TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

11

**CLASS ACTION COMPLAINT**

are completely dead, in less than 30 days.  Therefore, the only accurate and honest "caution" that

DURACELL could have provided on the related packaging and in their user manuals would have

been: "*These flashlights drain power from batteries the moment they are installed, even with the*

*LED lights turned OFF, and they will fully deplete a set of batteries in less than 30 days.*

*Consumers should remove batteries from these flashlights immediately after each use and store*

*them separately from the flashlights, if they desire to enjoy the 10-year advertised shelf life from*

*Duracell batteries purchased for use with these Duracell LED flashlights*."  Obviously, if such

disclosures were made by DURACELL, consumers would refuse to purchase defective Duracell

LED flashlights.

30. In fact, even if these defective Duracell LED flashlights were being given away for free,

they would expose consumers to financial losses and frustration of constantly having to replace

batteries, as well as, at the very least, the great stress whenever these defective flashlights failed to

turn on in an emergency, and very likely other great potential harm in such situations.  It would be

like giving away deliberately defective lifejackets to trusting boat owners:  if a boat owner or his

passengers have no other lifejackets (because of reliance on the lifejackets as they were marketed),

they would now be more endangered, by being left without a product able to save them when the

boat sinks in a storm.  DURACELL not only knows, but actively promotes the notion that one of

the primary reasons consumers should and do desire compact household LED flashlights, is to

have them immediately available, inside homes, backpacks, purses and vehicles, instantly operable

in case of emergencies.  This also explains why consumers eagerly purchase LED flashlights in

multi-packs of 3 or 4 units each – to place them in numerous strategic locations around their

homes and their cars – to be ready for use immediately, whenever a disaster might strike.

31. Inability to keep batteries installed inside LED flashlights, without having them rapidly

drain the batteries, **renders such LED flashlights entirely unsuitable for emergency use** – and

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

12

**CLASS ACTION COMPLAINT**

fraudulently failing to fulfill the advertised promises on Duracell's packaging of models like the **250** ("*Emergency Strobe Light," on front*),  the **300** ("*Compact Size - __Ideal for Emergency Situations__*," on back),  and the **350** ("*__Emergency Strobe Light__," on front and "*Compact design makes it __ideal for__ home, car, outdoors and __emergencies__*," on back).  (*see* Exhibits 8 - 10)

32. At DURACELL's web page https://www.duracell.com/en-us/program/duracell-powerforward/, under the heading **Storm Preparedness**, DURACELL declares:    (*see* Exhibit 13)

> "*Storms and natural disasters are __unpredictable__. You never know when one can affect you or someone you love. That's why Duracell encourages everyone to review the Duracell Emergency Checklist or visit www.Ready.gov. Your Emergency Preparedness kit __could save your life__. Make sure it's packed with plenty of food, water, __flashlights__ (and/or lanterns) __and plenty of trusted Duracell batteries__ to outlast the storm.  Follow @Duracell on Twitter for real time updates about storms, preparedness, and PowerForward deployments*."

Further down that **Storm Preparedness** web page, DURACELL states:

> "*__Natural disasters__ like hurricanes, tornados and floods __are happening more frequently every year__, causing power outages __for millions of people__.*"

DURACELL is thus clearly aware that disasters strike without warning and they endanger the lives of millions of Americans, including DURACELL's loyal customers.  DURACELL then expresses its highly commendable corporate commitment to help communities in desperate need, as promoted on their website (and via YouTube videos):

> "*__To assist those in need and to help communities recover, Duracell created the PowerForward__ program.  Since 2011, __Duracell PowerForward has been helping affected communities across the country__ by distributing free Duracell batteries, charging mobile devices, and providing Internet access to those in need so they can connect with family.*"

Without doubt, these are truly beneficial community outreach programs.  However, DURACELL's stated commitment to save lives rings hollow and remains little more than

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

13

**CLASS ACTION COMPLAINT**

corporate brand marketing, shamelessly leveraging the devastation experienced by disaster victims **– unless DURACELL also takes immediate steps to remove from circulation and/or repair every single one of its defective and dangerous LED flashlights.**

33. Unfortunately, since 2014 and through the present, these supposedly essential life-saving Duracell flashlights will, more likely than not, leave DURACELL customers in desperate trouble, possibly resulting in loss of life.  Every day these defective LED flashlights remain in their possession, they are endangering, rather than helping millions of customers who trusted DURACELL's advertised promises, but will end up in the dark during a crisis, with fully or mostly depleted batteries in their defective Duracell LED flashlights.

34. All of the above further confirms that Defendants were fully aware of the battery drain defects in the Duracell LED flashlights and that they schemed to reap a windfall of profits from their fully intended effect – to deceptively manipulate loyal customers into needlessly and repeatedly purchasing replacement Duracell batteries for their "battery-draining" defective Duracell LED flashlights.

35. It is also remarkable that DURACELL's retail distribution partners were already successfully selling large volumes of non-Duracell branded compact LED flashlights that were free of defects, for many years (sold in single or multi-packs, marketed  and packaged similarly to the later Duracell-branded models, and sometimes including complete, ready-to-use sets of Duracell batteries), and these non-Duracell branded flashlights were marketed along side with heavily-promoted multi-packs of Duracell batteries.  These compact non-Duracell branded LED flashlights were much cheaper, brighter and much more efficient than the previous generation of non-LED flashlights that used incandescent or halogen light bulbs – which drained batteries many times faster when in use, compared to the efficient new LED modules.

36. As such, the arrival in the marketplace of these efficient non-Duracell branded LED

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

14

**CLASS ACTION COMPLAINT**

flashlights predictably caused a significant decrease in the demand for replacement Duracell batteries, and, therefore, threatened a loss of revenues to DURACELL, as these new flashlights would have to be operated for much longer periods of time before they would deplete the installed sets of batteries.  In such a marketplace the introduction of the Duracell-branded LED flashlight models 250, 300 and 350, all containing a rapid battery drain defect, and the removal from retail channels of the previous generation of non-Duracell branded LED flashlight models (free of this defect), evidences a fraudulent scheme by DURACELL and its retail partners to generate a recurring and massively profitable revenue stream from the sales of replacement batteries to their trusting (and ultimately deceived) customers, who purchased the defective Duracell flashlights.

37. The timing of the introduction of the defective Duracell LED flashlights into the marketplace also curiously coincided with the August 2014 announcement of the intended spin-off and sale of DURACELL by its multi-brand owner, ***PROCTER & GAMBLE (P&G)***, to a top-tier holding company, ***BERKSHIRE-HATHAWAY, INC***.  Obviously, P&G was highly motivated to pursue business strategies that would maintain and increase the revenues and profits of DURACELL, rather than allowing them to decrease, particularly during the lengthy due-diligence and regulatory approval stage of this publicly announced transaction, in order to secure the swap of the DURACELL corporation for the greatest possible number of shares of P&G from BERKSHIRE-HATHAWAY, INC. on the date of the actual deal closure, February 29, 2016 (ultimately for $52M P&G shares total, valued at $4.7B, less $1.8B cash-recap of DURACELL).

38. As a result of DURACELL's knowing and callous misconduct summarized above, the performance of Representative Plaintiff's and class members' Duracell LED flashlight models 250, 300 and 350, was and continues to be defective and fatally flawed, leaving Plaintiff class members with dead batteries and no light when they try to use them, often in emergency situations, and/or forcing Plaintiff class members to keep purchasing replacement Duracell

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

15

**CLASS ACTION COMPLAINT**

batteries for these defective Duracell LED flashlights on a monthly basis.

39. Representative Plaintiffs, on behalf of themselves and all members of each of the respective classes, seek damages, interest thereon, restitution, injunctive and other equitable relief, reasonable attorneys' fees and costs as a remedy for Defendants' numerous dangerous, unlawful and/or deceptive business practices, as detailed herein.

## JURISDICTION AND VENUE

40. Jurisdiction is proper in this Court due to the existence of federal questions of law and under the Class Action Fairness Act, 28 U.S.C. § 1332(d). The aggregated claims of individual class members exceed the sum or value of $5,000,000.00, exclusive of interest and costs, and this is a class action in which members of the Nationwide plaintiff classes are citizens of many, if not all states. As Defendants and all of them do substantial business in California, supplemental jurisdiction to adjudicate issues pertaining to California state law is proper in this Court under 28 U.S.C. § 1367.

41. Venue is proper in this Court under 28 U.S.C. §1391(b)(2) because the Northern District of California is a district where Representative Plaintiffs, and many similarly Plaintiff class members situated, purchased Defendants' defective products and thus where a substantial part of the events giving rise to the present claims under 28 U.S.C. §1406(a) occurred.

## REPRESENTATIVE PLAINTIFFS

42. Plaintiffs STANLEY SIDDLE and JEF MEEKS are unrelated adult individual residents of the State of California, referred to in this Complaint as the "Representative Plaintiffs." Prior to discovering the product defects summarized above, Representative Plaintiffs purchased Duracell LED flashlight models 250, 300 and/or 350 from Defendants for personal use, including specifically for use in emergencies and natural disasters that are quite frequent in California, as

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

16

**CLASS ACTION COMPLAINT**

advertised being ideal for by the Defendants.  These purchases were made within this judicial district, and as the purchasers and owners of these products, the Representative Plaintiffs were damaged by Defendants' conduct, as set forth herein.

43. Representative Plaintiffs are, and were at all times relevant herein, members of the National and California classes.

44. Representative Plaintiffs bring this action on behalf of themselves, and as a class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure, on behalf of all persons similarly situated and proximately damaged by the unlawful conduct described herein.

45. Within the relevant claim period, Representative Plaintiffs purchased Duracell LED flashlight models 250, 300 and/or 350, packaged complete with Duracell alkaline batteries, in sealed packaging advertising the expected battery performance times, at various Costco Warehouse stores.

46. At the time of these purchases, and when subsequently returning to COSTCO stores, Representative Plaintiffs also observed Duracell and Kirkland replacement AAA battery multi-packs being displayed and promoted in large pallets, strategically located right next to the pallets of Duracell LED flashlights, with both battery brands advertising in large, clear and bold lettering a "*10-year storage life*."

47. Representative Plaintiffs properly installed the Duracell batteries into each flashlight, and confirmed initially that the flashlights appeared to perform as represented.  They then stored these flashlights at normal ambient room temperatures, each one switched OFF, with batteries installed and ready for use in the event of a future emergency or any other, ordinary utilization for the purpose of having efficient and powerful portable LED lighting.

48. To Representative Plaintiffs' surprise and dismay, within less than 30 days, they

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

17

**CLASS ACTION COMPLAINT**

discovered that every one of the Duracell LED flashlights they had purchased failed to turn on when they tried to use them. Upon removal from the flashlights and further inspection, the Duracell batteries from every one of these flashlights were completely drained. Representative Plaintiffs confirmed with a small voltage meter and/or battery tester that all the Duracell batteries that had come packaged with the flashlights were in fact dead or nearly dead, even though Representative Plaintiffs never kept them turned on, other than for very short periods of time.

49. Quite perplexed by this outcome, and relying on DURACELL's advertising on the flashlight packaging, its brand name reputation, as well as Representative Plaintiffs' belief in the truth of DURACELL marketing on the battery packaging, advertising these batteries as having a ***10-year storage life***, they purchased additional fresh Duracell and/or Kirkland brand AAA alkaline batteries from Defendants (sold in large multi-packs), which they then installed into each of the flashlights and stored them, as before, for future use.

50. However, just as the first time, Representative Plaintiffs discovered that again, approximately a month later, each and every one of the Duracell LED flashlights failed to turn on and the installed batteries were dead or nearly dead upon testing.

51. Importantly, prior to purchasing Duracell LED flashlights, Representative Plaintiffs had previously purchased and/or used similar LED flashlights, without the DURACELL brand name. These LED flashlights were purchased from retailers including Defendants (and COSTCO specifically) and they were of substantially similar design, build, appearance, functionality and packaging – but were not marketed under the DURACELL brand name. Representative Plaintiffs still own and regularly use some of these non-

*Law Offices of*
**TIMOTHY P.**
**RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

18

**CLASS ACTION COMPLAINT**

Duracell brand LED flashlights to the present day, and all of these LED flashlights have performed nominally, with Duracell and/or other brand name batteries, including Costco's Kirkland brand, installed in them – always turning on and reliably providing powerful beams of light after multiple years of storage, with no evidence of battery drain.

52. Therefore, wondering if perhaps Representative Plaintiffs had purchased the Duracell LED flashlights from a "bad batch," they returned to COSCTO looking for replacement flashlights and purchased them, only to subsequently discover that these replacement Duracell flashlights also all had the same exact defect and drained the provided Duracell batteries in 30 days or less.

53. Upon subsequently returning to COSTCO, Representative Plaintiffs eventually came across and examined the packaging of the Duracell LED flashlight **model 380,** and at a later time **model 500**, and they discovered that on their packaging DURACELL stated: "*Eliminates power drain of batteries in off position*" and "*NO BATTERY DRAIN IN OFF POSITION*" – thus implicitly acknowledging the previous design and/or manufacturing defects, the feasibility of their resolution, and representing their correction.

## **DEFENDANTS**

54. **THE DURACELL COMPANY**, also known as DURACELL, INC., is an American manufacturing company, with principal executive offices in Chicago, Illinois (with subsidiaries in the United Kingdom (UK) and China), that produces batteries and smart power systems, with annual revenue in 2015 of $2 billion.

55. **BERKSHIRE-HATHAWAY, INC**., is an American multinational conglomerate holding company headquartered in Omaha, Nebraska, and at all times relevant since February 29, 2016

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

19

**CLASS ACTION COMPLAINT**

was, the owner of THE DURACELL COMPANY.  BERKSHIRE-HATHAWAY is the seventh

largest company in the S&P 500 index, and the third largest public company in the world

according to the Forbes Global 2000 list and formula, with cash and cash-equivalent holdings as

of the end of 2017 at $116 billion.

56. **THE PROCTER & GAMBLE COMPANY**, (P&G) is an American multi-national

consumer goods corporation headquartered in Cincinnati, Ohio.  In 2014, P&G recorded $83.1

billion in sales. On November 14, 2014, BERKSHIRE-HATHAWAY announced it would acquire

DURACELL from PROCTOR & GAMBLE for $4.7 billion in an all-stock swap deal, which

ultimately closed on February 29, 2016.

57. **COSTCO WHOLESALE CORPORATION**, headquartered in Issaquah, Washington, is

an American multinational corporation operating a chain of membership-only warehouse clubs,

trading as "COSTCO."  It is ranked #15 on the Fortune 500 rankings of the largest United States

corporations by revenue. As of November 2018, COSTCO is the second largest retailer in the

world after Walmart, operating 766 warehouses (including 533 in the United States and Puerto

Rico, 100 in Canada, 39 in Mexico, 28 in the United Kingdom, 26 in japan, 15 in South Korea, 13

in Taiwan, 10 in Australia, 2 in Spain, 1 in Iceland, and 1 in France), with 2018 revenues of

$141.6 billion.

58. **HOME DEPOT U.S.A., INC**., headquartered in Atlanta, Georgia, is the largest home

improvement retailer in America, selling tools, construction related products and services across

the United States in all 50 states, the District of Columbia, Canada, and Mexico.  Home Depot is

ranked #23 on the Fortune 500 rankings with revenue topping $100 billion in 2018.

59. **AMAZON.COM, SERVICES INC**., doing business as AMAZON and headquartered in

Seattle, Washington, is a multinational e-commerce, cloud computing and artificial intelligence

company. AMAZON is the most valuable public company in the world, with revenue in 2017 in

Law Offices of
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

20

**CLASS ACTION COMPLAINT**

excess of $177.8 billion.

60. Nothwithstanding Defendants' awareness of the parasitic battery drain defect in the Duracell LED flashlights, Defendants conspired together and/or acted in concert with each other in their respective capacities, to proceed with producing, marketing, distributing and selling the defective Duracell LED flashlights to consumers, and inducing consumers to then needlessly and repeatedly purchase Duracell and/or other replacement batteries and thereby violating the rights of Representative Plaintiffs and all putative class members by concealing this defect from consumers, to retain the ill-gotten profits from their unfair business practices, as further detailed below.

## CLASS ACTION ALLEGATIONS

61.  Representative Plaintiffs bring this action pursuant to the provisions of Rules 23(a), (b)(2) and (b)(3) of the Federal Rules of Civil Procedure, on behalf of themselves and the following class/subclass(es), collectively, the "classes":

   a. <u>National DURACELL LED Flashlights Class</u>  "All persons who resided in the United States (including its Territories and the District of Columbia) and purchased Duracell LED flashlight models 250, 300 or 350, from DURACELL, COSTCO, HOME DEPOT, or AMAZON, during the relevant claim period."

   b. <u>California DURACELL  LED Flashlights Class</u>  "All persons who resided in the state of California and purchased defective Duracell LED flashlights, in the state of California from DURACELL, COSTCO, HOME DEPOT, or AMAZON, during the relevant claim period."

62. Defendants, their officers, directors and employees, as well as the Judge(s) assigned to this matter, the jury in this case and the members of their immediate families and Representative Plaintiffs' counsel's law firm(s) are excluded from each of the Plaintiff classes.

63. This action has been brought and may properly be maintained as a class action under Federal Rule of Civil Procedure Rule 23 because there is a well-defined community of interest in the litigation, and membership in the proposed classes is easily ascertainable:

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

21

**CLASS ACTION COMPLAINT**

a.  <u>Numerosity</u>: A class action is the only available method for the fair and efficient adjudication of this controversy. The members of the Plaintiff classes are so numerous that joinder of all members is impractical, if not impossible. Representative Plaintiffs are informed and believe and, on that basis, allege that the total number of class members is in the millions of individuals. Membership in the classes will be determined by analysis of Defendants' records;

b.  <u>Commonality</u>: The Representative Plaintiffs and the class members share a community of interests in that there are numerous common questions and issues of fact and law which predominate over questions and issues solely affecting individual members, including, but not necessarily limited to:

   i.  Whether Defendants had a duty to have disclosed to consumers the parasitic battery drain when the defective Duracell LED flashlights are turned OFF;

   ii.  Whether Defendants failed to disclose or concealed material information concerning the parasitic battery drain when the defective Duracell LED flashlights are turned OFF;

   iii.  Whether Defendants breached any express or implied warranties;

   iv.  Whether Defendants engaged in fraud;

   v.  Whether Defendants' conduct and business practices violate the Consumer Legal Remedies Act ("CLRA") California Civil Code §§1750, *et seq.*;

   vi.  Whether Defendants' conduct and business practices violate the Unfair Competition Law ("UCL") California Civil Code §§17200, *et seq.*;

   vii.  Whether Defendants' conduct and business practices constituted deceptive trade practices;

   viii.  The total number of defective Duracell LED flashlights purchased by consumers during the relevant claim period through DURACELL directly,

*Law Offices of*
**TIMOTHY P.**
**RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**CLASS ACTION COMPLAINT**

and from each of DURACELL's partner retailers including COSTCO, HOME DEPOT and AMAZON;

    ix.  The total number of Duracell replacement batteries purchased by consumers during the relevant claim period through DURACELL directly, and from each of DURACELL's partner retailers including COSTCO, HOME DEPOT and AMAZON to replace batteries drained by the defective Duracell LED flashlights, when they were turned OFF;

    x.  The profits realized from consumers' purchases of the defective Duracell LED flashlights by DURACELL, its parent companies, PROCTER & GAMBLE CORPORATION and subsequently BERKESHIRE-HATHAWAY, INC., and each of its partner retailers including COSTCO, HOME DEPOT and AMAZON;

    xi.  Whether Representative Plaintiffs and class members are entitled to relief, the amount and nature of such relief, including injunctive relief and/or restitution.

c.  <u>Typicality</u>:  The Representative Plaintiffs' claims are typical of the claims of the Plaintiff classes.  Representative Plaintiffs and all members of the Plaintiff classes sustained economic damages arising out of and caused by Defendants' common course of conduct in violation of law, as alleged herein.

d.  <u>Adequacy of Representation</u>: The Representative Plaintiffs in this class action are adequate representatives of each of the Plaintiff classes in that the Representative Plaintiffs have the same interest in the litigation of this case as class members, are committed to vigorous prosecution of this case and have retained competent counsel who is experienced in conducting class action litigation of this nature. The

*Law Offices of*
**TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

23

**CLASS ACTION COMPLAINT**

Representative Plaintiffs are not subject to any individual defenses unique from those conceivably applicable to other class members or the classes in their entirety. The Representative Plaintiffs anticipate no management difficulties in this litigation.

e.   <u>Superiority of the Class Action procedure</u>: Since the damages suffered by individual class members, while not inconsequential, may be relatively small, the expense and burden of individual litigation by each member makes or may make it impractical for members of the Plaintiff classes to seek redress individually for the wrongful conduct alleged herein. Should separate actions be brought or be required to be brought, by each individual member of the Plaintiff classes, the resulting multiplicity of lawsuits would cause undue hardship and expense for the Court and the litigants. The prosecution of separate actions would also create a risk of inconsistent rulings which might be dispositive of the interests of other class members who are not parties to the adjudications and/or may substantially impede their ability to adequately protect their interests.

**COMMON FACTUAL ALLEGATIONS**

64. THE DURACELL COMPANY caused the defective Duracell LED flashlights to be designed, manufactured, and distributed directly or indirectly through DURACELL's retail partners, including COSTCO, HOME DEPOT and AMAZON during the relevant claim period.

65. On information and belief, millions of defective Duracell LED flashlights have been purchased directly from DURACELL and through DURACELL's retail partners, including COSTCO, HOME DEPOT and AMAZON by consumers in California and throughout the United States within the claim period.

66. Additionally, as a proximate result of the parasitic battery drain when the defective

Law Offices of
TIMOTHY P.
RUMBERGER
1339 Bay Street
Alameda, California 94501
(510) 841-5500

CLASS ACTION COMPLAINT

24

Duracell LED flashlights were turned OFF, consumers who purchased these defective flashlights, were further induced by DURACELL's marketing appearing on the packaging of these products stating, "***For best performance, use Duracell alkaline batteries***," to thereafter purchase more Duracell replacement batteries from DURACELL directly and through DURACELL's retail partners, including COSTCO, HOME DEPOT and AMAZON within the relevant claim period.

67. Packaging on Duracell replacement batteries boldly stating, "***GUARANTEED 10 YEARS IN STORAGE***," sold by DURACELL and through DURACELL's retail partners, including COSTCO, HOME DEPOT and AMAZON, further foreseeably induced consumers including Representative Plaintiffs and Plaintiff putative class members to purchase Duracell replacement batteries as a proximate and predictable result of the parasitic battery drain when the defective Duracell LED flashlights were stored with their power turned OFF.

68. Consumers, including Representative Plaintiffs and Plaintiff putative class members who purchased the Duracell replacement batteries as a proximate result of the parasitic battery drain when the defective Duracell LED flashlights, reasonably believed these representations pertaining to the expected battery storage life and battery operational life (depending on the applied LED brightness settings) would be true when the batteries installed in their defective Duracell LED flashlights were stored with power turned OFF.

69. Despite the reasonable expectations of consumers, including Representative Plaintiffs and Plaintiff putative class members, as detailed above, Defendants knew and/or should have known-- and yet refused to timely disclose—that the Duracell LED flashlight models 230, 300 and 350 were and are defective, including, but not limited to, defects in their design and manufacturing which cause(d) them to rapidly drain the batteries with power turned OFF.

70. Indeed, as early as 2014, numerous consumers, including Plaintiff putative class members, experienced and/or reported the parasitic battery drain defect present in the Duracell LED

*Law Offices of*
**TIMOTHY P.**
**RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

25

**CLASS ACTION COMPLAINT**

flashlight models 250, 300 and 350.

71. Specifically, Defendants and each of them were put on notice through complaints made to their respective customer service departments, as well as public internet postings by consumers, including Plaintiff putative class members, describing the parasitic battery drain design and/or manufacturing defect in the Duracell LED flashlight model 250  (*see* <u>Exhibit 14</u>).

72. Similarly, Defendants and each of them were put on notice through complaints made to their respective customer service departments, as well as public internet postings by consumers, including Plaintiff putative class members, describing the parasitic battery drain design and/or manufacturing defect in the Duracell LED flashlight model 300  (*see* <u>Exhibit 15</u>).

73.  Additionally, Defendants and each of them were put on notice through complaints made to their respective customer service departments, as well as public internet postings by consumers, including Plaintiff putative class members, describing the parasitic battery drain design and/or manufacturing defect in the Duracell LED flashlight model 350  (*see* <u>Exhibit 16</u>).

## FIRST CLAIM FOR RELIEF
### FRAUD/FRAUDULENT CONCEALMENT
*(for the California and National Classes)*

74. Representative Plaintiffs incorporate in this cause of action every allegation of the preceding paragraphs, with the same force and effect as though fully set forth herein.

75. Representative Plaintiffs, on behalf of themselves and all purchasers of defective Duracell LED flashlights as described herein, allege that Defendant DURACELL made false statements of fact (i.e. that these Duracell flashlights would be ready for use in an emergency, and that Duracell batteries would provide advertised run times after being stored inside these flashlights during their stated storage life), that Defendants knew these statements were false at the time they made them (because of the known parasitic battery drain designed into these flashlights), that the statements were made to induce the plaintiffs to purchase the defective flashlights and to induce them to

Law Offices of
**TIMOTHY P.
RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

26

**CLASS ACTION COMPLAINT**

depend upon their reliability, and that Plaintiffs and the Plaintiff putative class members were damaged when the defective flashlights did not work as described, and were all further damaged when they had to buy more and more Duracell batteries to power these defective flashlights as they repeatedly fully drained Duracell (and/or other brand) batteries in 30 days or less.

76. Representative Plaintiffs, on behalf of all purchasers of Duracell LED flashlights as described herein, alleges that COSTCO, HOME DEPOT, AMAZON and any/all other similarly situated retail partners of DURACELL, made or displayed false statements of fact (i.e. that these flashlights would be ready in an emergency, etc.),  that Defendants knew the statements were false because of the numerous complaints COSTCO, HOME DEPOT, and AMAZON had received from consumers directly, and as broadly posted on public internet sites,  that Defendants continued to advertise, stock, market, and sell defective Duracell LED flashlights, knowing they were indeed defective, and those actions were taken to induce the Plaintiffs and all those similarly situated (the Plaintiff putative class members) to purchase these defective flashlights, and to induce them to depend upon their reliability, and that Plaintiffs and the Plaintiff putative class members were damaged when these defective flashlights did not work as described, and when Plaintiffs and the Plaintiff putative class members had to buy more and more replacement Duracell (and/or other brand) batteries to power these defective flashlights, as they repeatedly fully drained these replacement batteries in 30 days or less.

77. At all relevant times herein, Defendants individually and collectively omitted material facts and/or made misrepresentations of material facts to Representative Plaintiffs and Plaintiff putative class members regarding the true nature and scope of the parasitic battery drain inherent in the defect Duracell LED flashlights.  Defendants knew those material omissions and/or material misrepresentations of facts were false or misleading when nondisclosed or made.

78. Defendants knowingly concealed the material fact of the parasitic battery drain when the

Law Offices of
TIMOTHY P.
RUMBERGER
1339 Bay Street
Alameda, California 94501
(510) 841-5500

27

CLASS ACTION COMPLAINT

defective Duracell LED flashlights were turned OFF, and they continued to make the material

misrepresentation of fact guaranteeing that installed replacement batteries would last for 10-years

when stored, knowing that when stored inside the defective Duracell LED flashlights with power

turned OFF, the batteries would be fully depleted in 30 days or less.

79. Misleading "cautions" issued by DURACELL endangered consumers and mislead them to

not adhere to the best safety practices, i.e. store batteries inside flashlights, such that they would

be instantly ready for use in an emergency.

80. Defendants made these misrepresentations of material facts and concealed the material

facts alleged herein intentionally and/or recklessly, so as to induce reliance thereupon.

81. Representative Plaintiffs and Plaintiff putative class members would have acted differently

had the falsity of the misrepresentations and/or omitted facts been disclosed to them.

82. As a direct and proximate result of Defendants' misrepresentation, concealment, and

suppression of material facts, Representative Plaintiffs and Plaintiff putative class members have

sustained damage by bearing the cost of repeatedly purchasing replacement batteries for the

defective Duracell LED flashlights due to the parasitic battery drain, and/or purchasing

replacement defective and/or non-defective Duracell LED flashlights with Duracell batteries

included.

83. The total amount of damages suffered by Representative Plaintiffs and Plaintiff putative

class members will be proven at trial. Further, Representative Plaintiffs and Plaintiff putative class

members are entitled to and hereby seek rescission, interest, costs of suit, attorneys' fees and/or

other relief the court deems appropriate.

84. Finally, at all times herein mentioned, Defendants intended to cause or acted with reckless

disregard of the probability of causing damage to Representative Plaintiffs and Plaintiff putative

class members, and because Defendants are guilty of oppressive, fraudulent and/or malicious

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

28

**CLASS ACTION COMPLAINT**

conduct, Representative Plaintiffs and Plaintiff putative class members are entitled to an award of exemplary or punitive damages against Defendants in an amount adequate to deter such conduct in the future.

**SECOND CLAIM FOR RELIEF**
**VIOLATION OF THE CONSUMERS LEGAL REMEDIES ACT**
**(California Civil Code §1750, *et seq.*)**
(*for the California Class Only*)

85. Representative Plaintiffs incorporate in this cause of action every allegation of the preceding paragraphs, with the same force and effect as though fully set forth herein.

86. This claim for relief is brought pursuant to the CLRA (the Consumer Legal Remedies Act, California Civil Code §§1750, *et a1.).* Representative Plaintiffs and the California putative class members are "consumers," as that term is defined by Civil Code §1761(d) because they bought the Duracell LED flashlight models 250, 300 and 350, and replacement Duracell batteries therefor, for personal, family, or household purposes.

87. Representative Plaintiffs and the California putative class members have engaged in a "transaction" with Defendants, as that term is defined by Civil Code §1761(e).

88. Defendants' conduct constitutes an unfair method of competition and unfair and deceptive acts and practices under the CLRA, and were undertaken in transactions intended to result in, and which in fact resulted in, the sale of goods to consumers – namely, to repeatedly sell replacement Duracell batteries to consumers who previously purchased the defective Duracell LED flashlights, and/or sell replacement flashlights for these defective flashlights (which in turn might have also been defective).

89. By engaging in the conduct alleged above, Defendants violated California Civil Code §1770 by, *inter alia,* misrepresenting and concealing the nature and scope of the parasitic battery drain defect as Representative Plaintiffs and California putative class members bore the cost of multiple sets of replacement Duracell batteries, and/or purchasing replacement flashlights, and/or

*Law Offices of*
**TIMOTHY P.**
**RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

29

**CLASS ACTION COMPLAINT**

otherwise incurred damages.

90. By concealing the parasitic battery drain inherent in the defect Duracell LED flashlights from the Representative Plaintiffs and the Plaintiff putative California class members, Defendants misrepresented that these LED flashlights and the replacement Duracell batteries therefore have particular characteristics, uses and benefits or qualities, and are of a particular standard, quality or grade, in violation of Civil Code § 1770.

91.  By engaging in the conduct alleged herein, Defendants also advertised and have continued to advertise goods with the intent not to sell them as advertised, in violation of California Civil Code §1770(a)(9).

92.  Pursuant to §1782 of the CLRA, written notices were sent to each of the Defendants regarding its violations of the CLRA, thereby providing Defendants with an opportunity to correct or otherwise rectify the problems alleged herein within 30 days of receipt of that notice.

93. Representative Plaintiffs, on behalf of themselves and the Plaintiff putative California class, now seeks this Court's Order requiring Defendants to, *inter alia*:  (a) cease violating the CLRA by modifying the defective Duracell LED flashlights not yet sold to the consumers in a manner that prevents these flashlights from suffering the parasitic battery drain issue when they are turned OFF,  (b) notify California putative class members that the rapid parasitic battery drain in the previously purchased defective Duracell LED flashlights is the result of design and/or manufacturing defects, and  (c) provide California putative class members with new Duracell batteries for the defective Duracell LED flashlights, free of charge, for the life of the affected flashlights, or, in the alternative, replace these defective Duracell LED flashlights (or their defective components, i.e end caps), such that consumers will no longer experience parasitic battery drain or be exposed to the danger of having their trusted-brand LED flashlights fail to turn on and provide reliable light in the event of emergencies, such as natural disasters, which Duracell

Law Offices of
TIMOTHY P.
RUMBERGER
1339 Bay Street
Alameda, California 94501
(510) 841-5500

**CLASS ACTION COMPLAINT**

had promoted these products to be specifically ideally suited and purchased for.

## THIRD CLAIM FOR RELIEF
## BREACH OF STATUTORY EXPRESS WARRANTY
### (Magnuson-Moss Warranty Act, 15 U.S.C. §2301, *et seq.*)
(*for the California and National Classes*)

94. Representative Plaintiffs incorporate in this cause of action every allegation of the preceding paragraphs, with the same force and effect as though fully set forth herein.

95. Representative Plaintiffs and the Plaintiff putative class members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §2301(3).

96. Defendants are each a "supplier" and "warrantor" within the meaning of 15 U.S.C. §§2301(4)-(5).

97. The defective Duracell LED flashlights, are "consumer products" within the meaning of 15 U.S.C. §§2301(1).

98. Each of Defendants' warranties is a "written warranty" within the meaning of 15 U.S.C. §§2301(6).

99. Defendants breached the warranty by, *inter alia*:

    a. Selling the Duracell LED flashlight models 250, 300 and 350, with defective designs and/or defective manufacturing such that they would drain the batteries within 30 days or less while normally installed in the flashlights with power turned OFF;

    b. Warranting that Duracell batteries were "*Guaranteed for 10 years in storage*" despite knowledge that the defective Duracell LED flashlights would, in fact, drain these Duracell batteries within 30 days or less, whenever Duracell batteries are stored in these flashlights with power turned OFF.

100. Defendants' breach of warranty deprived Representative Plaintiffs and millions of Plaintiff putative class members of the benefits of their bargains.

101. The amount in controversy in this action exceeds $50,000, exclusive of interest and costs.

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

31

**CLASS ACTION COMPLAINT**

102.     There are more than 100 members each of the proposed classes/subclasses.

103.     Defendants have had a reasonable opportunity to cure their breach of written warranty, and failed to do so.

104.     As a direct and proximate result of Defendants' breach of express warranty, Representative Plaintiffs and the Plaintiff putative class members sustained damages and other losses in an amount to be determined at trial.

105.     Further, Representative Plaintiffs and Plaintiff putative class members are entitled to and hereby seek rescission, interest, costs of suit, attorneys' fees and/or other relief the court deems appropriate.

**FOURTH CLAIM FOR RELIEF**
**BREACH OF EXPRESS WARRANTY**
*(for the California and National Classes)*

106.     Representative Plaintiffs incorporate in this cause of action every allegation of the preceding paragraphs, with the same force and effect as though fully set forth herein.

107.     Defendants warranted that each of the Duracell LED flashlight models 250, 300 and 350, was free of defects when it sold these products to Representative Plaintiffs and class members.

108.     This warranty became part of the basis of the bargain.  Accordingly, Defendants' warranty is an express warranty.

109.     Defendants breach this warranty by, *inter alia*:

    a.  Knowingly concealing the material fact of the parasitic battery drain in the defective Duracell LED flashlights when they are stored under normal conditions with power turned OFF, and

    b.  Making the material misrepresentation of fact guaranteeing that Duracell replacement batteries would last for 10-years when stored, knowing that when they are stored, for future use in an emergency, as advertised by Duracell and as would be reasonably expected by the consumers, inside the defective Duracell LED flashlights with power turned OFF, these Duracell batteries would be depleted completely in 30 days or less.

*Law Offices of*
**TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

32

**CLASS ACTION COMPLAINT**

110.     Defendants were on notice of the defects *vis-à-vis* direct complaints from Plaintiff putative class members, the internet message boards and product support forums maintained by Defendants, and from published product reviews on countless websites.

111.     As a direct and proximate result of Defendants' breach of express warranty, Representative Plaintiffs and Plaintiff putative class members sustained damages and losses in an amount to be determined at trial.  Further, Representative Plaintiffs and Plaintiff putative class members are entitled to and hereby seek rescission, interest, costs of suit, attorneys' fees and/or other relief the Court deems appropriate.

**FIFTH CLAIM FOR RELIEF**
**UNFAIR BUSINESS PRACTICES PURSUANT TO THE UNFAIR COMPETITION ACT**
(*for the California Class Only*)

112.     Representative Plaintiffs incorporate in this cause of action every allegation of the preceding paragraphs, with the same force and effect as though fully set forth herein.

113.     Representative Plaintiffs and California putative class members bring this cause of action, seeking equitable and statutory relief to stop the misconduct of Defendants, as complained of herein, and seeking restitution from Defendants for the unfair, unlawful and fraudulent business practices described herein.

114.     The knowing conduct of Defendants, as alleged herein, constitutes an unlawful and/or fraudulent business practice, as set forth in California Business & Professions Code §§ 17200-17208 (the "UCL"). Such violations include, but are not necessarily limited to fraudulent and deceitful conduct and violations of California Civil Code §§ 1709-1711 and the Consumer Legal Remedies Act, California Civil Code §§ 1770(a)(5), (a)(7), and (a)(9).

115.     Defendants' knowing violations of the UCL continue to this day.

116.     Defendants' knowing failure to adopt policies in accordance with and/or adhere to

*Law Offices of*
**TIMOTHY P.**
**RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

33

**CLASS ACTION COMPLAINT**

these laws, all of which are binding upon and burdensome to Defendants' competitors, engenders an unfair competitive advantage for Defendants, thereby constituting an unfair business practice, as set forth in California Business & Professions Code §§ 17200-17208

117.     By engaging in these unlawful business practices, Defendants have enjoyed an advantage over their competition and a resultant disadvantage to the public and California class members for the entire four year claim period set forth in Business & Professions Code §17208.

118.     Defendants' knowing failure to adopt policies in accordance with and/or adhere to these laws, all of which are binding upon and burdensome to Defendants' competitors, engenders an unfair competitive advantage for Defendants, thereby constituting an unfair business practice, as set forth in California Business & Professions Code §§ 17200-17208.

119.     Defendants have clearly established a policy of accepting a certain amount of collateral damage, as represented by the damages to Representative Plaintiffs and California class members herein alleged, as incidental to its business operations, rather than accept the alternative costs of full compliance with fair, lawful and honest business practices ordinarily borne by responsible competitors of Defendants and as set forth in legislation and the judicial record.

120.     Representative Plaintiffs and California putative class members request that this Court enter such orders or judgments as may be necessary to enjoin Defendants from continuing these unfair, unlawful, and/or deceptive practices and to restore to Representative Plaintiffs and California class members any money Defendants acquired by unfair competition, including restitution and/or restitutionary disgorgement, as provided in California Business & Professions Code § 17200, *et seq.*; and for such other relief set forth below.

## **REQUEST FOR RELIEF**

**WHEREFORE,** the Representative Plaintiffs, on behalf of themselves and each member of the proposed National and California classes, respectfully request that this Court enter judgment in

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

34

**CLASS ACTION COMPLAINT**

their favor and for the following specific relief against Defendants, and each of them, jointly and separately, as follows:

1. That the Court declare, adjudge, and decree that this action is a proper class action and certify each of the proposed classes and/or any other appropriate subclasses under F.R.C.P. Rule 23 (b)(1), (b)(2), and/or (b)(3), including appointment of Representative Plaintiffs' counsel as Class Counsel;

2. For an award to Representative Plaintiffs and members of both classes of compensatory and special damages in an amount to be proven at trial;

3. That Defendants be found to have made negligent misrepresentations and/or material omissions of fact to Representative Plaintiffs and members of both classes;

4. [*For the California class only*]: That the Court enjoin Defendants, ordering them to cease and desist from unlawful activities in further violation of California Business and Professions Code § 17200, *et seq.;*

5. For equitable relief enjoining Defendants from engaging in the wrongful conduct alleged herein;

6. That the Court enjoin DURACELL from engaging in its current "plausible deniability cover" for the wrongful conduct alleged herein (*i.e.* using their websites and other publications to promote misleading "cautions" that dangerously contradict the best safety practices, by instructing consumers to remove and store batteries outside the defective Duracell LED flashlights). Consumers *should* in fact store batteries safely installed inside their non-defective LED flashlights, thus making them instantly ready for use during emergencies, and consumers should also test their flashlights, as well as remove and inspect the batteries approximately once per year, and then replace the installed batteries during the last year of their advertised shelf life.

Law Offices of
TIMOTHY P.
RUMBERGER
1339 Bay Street
Alameda, California 94501
(510) 841-5500

**CLASS ACTION COMPLAINT**

7. For interest on the amount of any and all economic losses, at the prevailing legal rate;

8. For an award of punitive and/or exemplary damages, in an amount sufficient to deter such conduct in the future;

9. For an award of reasonable attorneys' fees;

10. For costs of suit and any and all other such relief as the Court deems just and proper;

11. For all other Orders, findings, and determinations identified and sought in this Complaint.

## JURY DEMAND

Representative Plaintiffs and members of each of the Plaintiff classes hereby demand trial by jury on all issues triable of right by jury.

Respectfully submitted,

DATED:  January 31, 2019          By:_____

TIMOTHY P. RUMBERGER, Esq.
Law Offices of Timothy P. Rumberger Law
Counsel for Representative Plaintiffs
and Class Counsel for all putative Class Members

*Law Offices of*
**TIMOTHY P.
RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

36

**CLASS ACTION COMPLAINT**

# EXHIBIT   1

## DURACELL BRAND
## AAA BATTERY MULTI-PACKS

## at COSTCO

## 2019-01-26

# EXHIBIT   1







39

# EXHIBIT   2

## DURACELL
## AAA BATTERY MULTI-PACKS
## RETAIL DISPLAYS
## and
## MARKETING

## at COSTCO

## 2019-01-26

# EXHIBIT   2



# EXHIBIT   3

## KIRKLAND BRAND (DURACELL OEM for COSTCO) AAA BATTERY MULTI-PACKS

## at COSTCO

## 2019-01-26

# EXHIBIT   3





# EXHIBIT   4

## KIRKLAND BRAND (DURACELL OEM for COSTCO) AAA BATTERY MULTI-PACKS RETAIL DISPLAYS and MARKETING

## at COSTCO

## 2019-01-26

# EXHIBIT   4



# EXHIBIT   5

**CURRENT
DURACELL LED FLASHLIGHT
RETAIL DISPLAYS
and
MARKETING**

**at COSTCO**

**2019-01-26**

# EXHIBIT   5



# EXHIBIT  6

## ONLINE MARKETING
### of
## DURACELL LED FLASHLIGHTS

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT  6



## DURACELL - LIGHTING THE WAY SINCE 1964

Dependability is synonymous with the Duracell name. Since 1964, people have counted on Duracell's batteries and quality products to help power their lives and make them feel safer and more secure. Duracell LED Flashlights are no exeption. Browse through our lineup of the best portable lighting products designed for durability and priced with value in mind.

  

VIEW ALL FLASHLIGHTS





# EXHIBIT   7

## ONLINE FAQ PAGE
## for
## DURACELL LED FLASHLIGHTS

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT   7



FAQ ABOUT FLASHLIGHTS

Why doesn't the flashlight power on?

Why is the flashlight beam not shining straight?

Why is the flashlight beam weak?

There is some water or vapor inside the flashlight?

There is battery fluid leaking?

I hear a rattle within the flashlight?

When the flashlight is turned on, it begins to flash and will not provide a constant beam.

What if the flashlight does not turn on at all?

Why does my flashlight drain the batteries when not in use?

Why is the light dim and only strobing?

What if the flashlight beam appears to have a shadow in the beam?

What if the flashlight's beam intensity has decreased significantly after a few uses?

How do I get a replacement battery holder, lens or LED bulb that has been damaged?

What if my flashlight does not toggle between high beam / low beam / strobe?

What if the Zoom on my flashlight will not focus from wide to narrow beam?

Can I use NiMH rechargeable batteries instead of alkaline batteries?

Can I use lithium primary batteries instead of alkaline batteries?

Are there any batteries that are not recommended for use?

What if my question is not covered in the FAQ section or if the FAQ description does not solve my problem. Who can I contact?



DURACELL   DURACELL   Products   User Manuals   Contact Us   Faq

For Customer Support Please Call 888-910-2280

©2017 DURACELL, Bethel, CT 06801. Duracell Is A Registered Trademark Of Duracell U.S. Operations, Inc., Used Under License. All Rights Reserved.

📞 (tel:1-888-910-2280)

# FAQ ABOUT FLASHLIGHTS

### Why doesn't the flashlight power on?



- Check the battery polarity. Batteries may have been inserted incorrectly.
- Batteries may be dead. Replace with fresh new Duracell batteries and power on again.
- For the best performance, use Duracell alkaline batteries.
- The contacts may be dirty. Always keep contacts clean. Alcohol and cotton swap can be used to clean contacts.

### What if the flashlight does not turn on at all?

- Check to see if any on the batteries are installed in a reversed position with the WRONG POLARITY. To ensure correct polarity, align ✚ end of battery to positive indicator on flashlight or battery cartridge and ▬ end of battery to negative indicator of flashlight or battery cartridge.



- The batteries may be dead or dying. Exchange with new fresh batteries and power on again. For the best performance, use Duracell alkaline batteries.
- Check battery contacts for cleanliness. Always keep contacts clean.

### Why does my flashlight drain the batteries when not in use?



- For best battery performance, remove the batteries from the flashlight when not in use.

Below is from the FAQ at main site, www.duracell.com

How can I get a better life out of my batteries?                                          ⌃

Here are a few tips to help extend the life of your batteries. – Turn off battery-operated radios and appliances when they're not in use – Remove batteries from devices that won't be used for a while – Store your batteries in a dry place at normal room temperature without the contacts touching



# EXHIBIT   8

## RETAIL
## and
## ONLINE MARKETING
## and
## PRODUCT INFORMATION
## for
## DURACELL LED FLASHLIGHT
# MODEL 250 (LUMEN)

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT   8







# PACKAGING - FRONT



# PACKAGING - BACK



# DURACELL®

SKU# 1001835121

## INSTRUCTIONS

## Duracell 250 Lumen  Flashlight

**SET UP**

1. To open: Unscrew cap in counter-clockwise direction.
2. Insert batteries into the battery holder.  Insert batteries with correct polarity as shown on the battery holder.
3. To close: Screw cap in clockwise direction.
4. Press rubber push-button to light.

***NOTE: Do not mix old and new batteries.***



**RUBBER CAP SWITCH**

Press the switch at rubber end cap to operate
a) Press one time for 30% light
b) Press two times for 100% light
c) Press three times for flashing strobe light
d) Press and hold switch for momentary-on light

**CAUTION**

Always purchase the correct size and grade of battery most suitable for the intended use. Do not mix alkaline, standard (carbon-zinc), or rechargeable (nickel-cadmium) batteries.
Replace all batteries of a set at the same time.
Clean the battery contacts and also those of the device prior to battery installation.
Ensure the batteries are installed correctly with regard to polarity (+ and -).

**Remove batteries from equipment which is not to be used for an extended period of time.**
Remove used batteries promptly.

**NOTE**

Changes or modifications not approved by the party responsible for compliance could void user's authority to operate the equipment. This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
-- Reorient or relocate the receiving antenna.
-- Increase the separation between the equipment and receiver.
-- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
-- Consult the dealer or an experienced radio/TV technician for help.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions:
(1) This device may not cause harmful interference, and
(2) This device must accept any interference received, including interference that may cause undesired operation.

◎ Customer Service for North America (english only):
1-888-910-2280
Hours: M-F 8AM to 5PM Pacific Time

# EXHIBIT   9

**RETAIL
and
ONLINE MARKETING
and
PRODUCT INFORMATION
for
DURACELL LED FLASHLIGHT**

# MODEL 300 (LUMEN)

**at http://duracellflashlights.com**

**2019-01-26**

# EXHIBIT   9





mouse-over to magnify image

### Duracell 300 lumen LED flashlight

ITM./ART. #922231

**FEATURES:**

- Lightweight, compact size
- High beam
- Low beam

**SPECIFICATIONS:**

**Color:** Black / Blue / Red / Titanium
**Material:** Aluminum
**Lumens:** 300
**Dimensions:** 142mm (Length) x 38mm (head diameter)
**No. of batteries:** 4 x AAA
**Runtime:** 1h30min at high beam, 7h at low beam (ANSI standard)
**IPX4:** Yes
**Beam distance:** 200m
**Candela:** 10000cd
**Light source:** Cree LED
**Impact resistant:** 1m

Get User Manual



DURACELL    Products    User Manuals    Contact Us    Faq

For Customer Support Please Call 888-910-2280

©2017 DURACELL, Bethel, CT 06801. Duracell Is A Registered Trademark Of Duracell U.S. Operations, Inc., Used Under License. All Rights Reserved.

# PACKAGING - FRONT



# PACKAGING - BACK






**ITM. / ART. 922231**

# DURACELL®

**INSTRUCTIONS / INSTRUCCIONES**



**300**

**LUMENS • LÚMENES**

**Tactical Design LED Flashlight**
**Lampe de poche à DEL de conception tactique**
**Linterna LED con diseño técnico**



**Important, retain for future reference:**
**Read carefully.**

**Important : Conservez ce guide pour référence ultérieure.**
**Lisez attentivement les instructions.**

**Importante, guardar para futuras referencias:**
**leer detenidamente**

## Tactical Design LED Flashlight
## Lampe de poche à DEL de conception tactique
## Linterna LED con diseño técnico

**ITM. / ART. 922231**

Instructions
Instrucciones

**SET UP**   **INSTALLATION**   **FUNCIONAMIENTO**

1. To open: Unscrew cap in counter-clockwise direction.
2. Insert batteries into the battery holder. Insert batteries with correct polarity as shown on the battery holder.
3. To close: Screw cap in clockwise direction.
4. Press rubber push-button to light.

1. Pour ouvrir, dévissez le capuchon dans le sens inverse des aiguilles d'une montre.
2. Insérez les piles en respectant la polarité, comme indiqué dans le compartiment à piles.
3. Pour refermer, vissez le capuchon dans le sens des aiguilles d'une montre.
4. Pour allumer, appuyez sur le bouton-poussoir en caoutchouc.

1. Para abrir: desenrosque la base en el sentido contrario a las agujas del reloj.
2. Inserte las pilas en los compartimentos del portapilas. Asegúrese de insertarlas con la polaridad correcta, tal y como se indica en cada compartimento.
3. Para cerrar: enrosque la base en el sentido de las agujas del reloj.
4. Presione el botón de goma para encender la linterna.









**RUBBER CAP SWITCH**

Press the switch at rubber end cap to operate
a) Press one time for high level light
b) Press two times for low level light

**INTERRUPTEUR AVEC CAPUCHON**

Appuyez sur l'interrupteur avec capuchon pour faire fonctionner l'appareil.
a) Appuyez une fois pour obtenir un éclairage de forte intensité.
b) Appuyez deux fois pour obtenir un éclairage de faible intensité.

**INTERRUPTOR EN LA BASE DE GOMA**

Para encender la linterna, presione el interruptor situado en el extremo de goma de la base:
a) presione una vez para obtener una luz de alta intensidad, o
b) presione dos veces para obtener una luz de baja intensidad.




Keep batteries away from children
Gardez les piles hors de portée des enfants
Mantenga las pilas fuera del alcance de los niños.

CE CW UK

Ⓔ Customer Service for North America: 1-888-910-2280
   Hours: M-F 8AM to 5PM Pacific Time
Ⓕ Service à la clientèle pour l'Amérique du Nord : 1 888 910-2280
   Heures : du lundi au vendredi, de 8 h à 17 h (HNP)
Ⓢ Servicio de atención al cliente de Norteamérica: 1-888-910-2280
   Horario: L-V 8AM-5PM (PST/GMT-8)

**CAUTION**

**CAUTION: Keep batteries away from children. If swallowed, consult a physician at once. Ingestion may lead to serious injury or death.** Battery can explode or leak if heated, disassembled, shorted, recharged, exposed to fire or high temperature or inserted incorrectly. Keep in original package until ready to use. Do not carry batteries loose in your pocket or purse.

## FCC STATEMENT OF COMPLIANCE

**NOTE**

WARNING: Changes or modifications not approved by the party responsible for compliance could void user's authority to operate the equipment. This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Note: This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) This device must accept any interference received, including interference that may cause undesired operation. CAN ICES-3 (B)/NMB-3(B). This Class B digital apparatus complies with Canadian ICES-003.

**CAUTION**

Always purchase the correct size and grade of battery most suitable for the intended use.
Always replace the whole set of batteries at one time, taking care not to mix old and new ones, or batteries of different types. Clean the battery contacts and also those of the device prior to battery installation. Ensure the batteries are installed correctly with regard to polarity (+ and -).
Remove used batteries promptly. Remove batteries from appliances that will not be used for long periods of time (months or longer). Keep contacts clean, both on the battery and in the appliance.

 Battery may contain hazardous substances which could be endangering to environment and human health. This symbol marked on the battery and/or packaging indicates that used battery shall not be treated as municipal waste. Instead it shall be left at the appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about collection and recycling of used batteries, please contact your local municipality, your waste disposal service or the point of sale where you purchased this product.

# EXHIBIT   10

## RETAIL
## and
## ONLINE MARKETING
## and
## PRODUCT INFORMATION
## for
## DURACELL LED FLASHLIGHT
# MODEL 350 (LUMEN)

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT   10





# PACKAGING - FRONT



# PACKAGING - BACK





- Compact design makes it ideal for home, car, outdoors and emergencies
- For the best performance, use Duracell alkaline batteries
- Replace all used batteries at the same time

Variable Focus LED Flashlight
Lampe de poche à DEL avec focale variable
Linterna LED con enfoque variable

**ITM. / ART. 962695**

Instructions
Instrucciones

## SET UP

1. To open: Unscrew cap in counter-clockwise direction.
2. Insert batteries into the battery holder.  Insert batteries with correct polarity as shown on the battery holder.
3. To close: Screw cap in clockwise direction.
4. Press rubber push-button to light.
5. Slide head to focus beam.

1. Pour ouvrir, dévissez le capuchon dans le sens inverse des aiguilles d'une montre.
2. Insérez les piles en respectant la polarité, comme indiqué dans le compartiment à piles.
3. Pour refermer, vissez le capuchon dans le sens des aiguilles d'une montre.
4. Pour allumer, appuyez sur le bouton-poussoir en caoutchouc.
5. Faire glisser la tête pour concentrer le faisceau.

1. Para abrir: desenrosque la base en el sentido contrario a las agujas del reloj.
2. Inserte las pilas en los compartimentos del portapilas. Asegúrese de insertarlas con la polaridad correcta, tal y como se indica en cada compartimento.
3. Para cerrar: enrosque la base en el sentido de las agujas del reloj.
4. Presione el botón de goma para encender la linterna.
5.Deslice el cabezal para focalizar el haz luminoso.

## INSTALLATION        FUNCIONAMIENTO


① 


②




③
④


⑤

## RUBBER CAP SWITCH

Press the switch at rubber end cap to operate
a) Press one time for high level light
b) Press two times for low level light

## INTERRUPTEUR AVEC CAPUCHON

Appuyez sur l'interrupteur avec capuchon pour faire fonctionner l'appareil.
a) Appuyez une fois pour obtenir un éclairage de forte intensité.
b) Appuyez deux fois pour obtenir un éclairage de faible intensité.

## INTERRUPTOR EN LA BASE DE GOMA

Para encender la linterna, presione el interruptor situado en el extremo de goma de la base:
a) presione una vez para obtener una luz de alta intensidad, o
b) presione dos veces para obtener una luz de baja intensidad.



Keep batteries away from children
Gardez les piles hors de portée des enfants
Mantenga las pilas fuera del alcance de los niños.



CE CW EU

For best performance, use Duracell alkaline batteries.
Pour de meilleurs résultats, utilisez des piles alcalines Duracell.
Para un mejor rendimiento, utilice pilas alcalinas Duracell.

**CAUTION**

**CAUTION:** Keep batteries away from children. Do not swallow. If swallowed, consult a physician at once. For information on treatment, call (202) 625-3333 collect. **Ingestion may lead to serious injury or death.** Battery can explode or leak if heated, disassembled, shorted, recharged, exposed to fire or high temperature or inserted incorrectly. Keep in original package until ready to use. Do not carry batteries loose in your pocket or purse.

## FCC STATEMENT OF COMPLIANCE

**NOTE**

WARNING: Changes or modifications not approved by the party responsible for compliance could void user's authority to operate the equipment. This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Note: This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) This device must accept any interference received, including interference that may cause undesired operation. CAN ICES-3 (B)/NMB-3(B). This Class B digital apparatus complies with Canadian ICES-003.

**CAUTION**

Always purchase the correct size and grade of battery most suitable for the intended use.
Always replace the whole set of batteries at one time, taking care not to mix old and new ones, or batteries of different types. Clean the battery contacts and also those of the device prior to battery installation. Ensure the batteries are installed correctly with regard to polarity (+ and -).
Remove used batteries promptly. Remove batteries from appliances that will not be used for long periods of time (months or longer). Keep contacts clean, both on the battery and in the appliance.

 Battery may contain hazardous substances which could be endangering to environment and human health. This symbol marked on the battery and/or packaging indicates that used battery shall not be treated as municipal waste. Instead it shall be left at the appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about collection and recycling of used batteries, please contact your local municipality, your waste disposal service or the point of sale where you purchased this product.

© 2015 DURACELL, a division of the Gillette Company, Bethel, CT 06801, USA. DURACELL is a registered trademark of the Gillette Company, used under license. All rights reserved.
© **Customer Service for North America (English only):**
 **1-888-910-2280 - Hours: M-F 8AM to 5PM Pacific Time**

Compatible with alkaline batteries and rechargeable batteries.
DO NOT mix and use alkaline batteries with rechargeable batteries together.
For the best performance, use Duracell alkaline batteries.


Compatible avec les piles alcalines et les piles rechargeables.
NE PAS mélanger et utiliser des piles alcalines avec des piles rechargeables ensemble.
Pour une performance optimale, utiliser des piles alcalines Duracell .


Compatible con pilas alcalinas y baterías recargables.
NO mezclar y utilizar pilas alcalinas con baterías recargables juntas.
Para el mejor rendimiento, utilizar pilas alcalinas Duracell.


Made in China / Fabriqué en Chine / Hecho en China

Rev. JULY 25 2015

# EXHIBIT   11

## RETAIL
## and
## ONLINE MARKETING
## and
## PRODUCT INFORMATION
## for
## DURACELL LED FLASHLIGHT
# MODEL 380 (LUMEN)

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT   11

# PACKAGING - FRONT



# PACKAGING - BACK

· **Eliminates power drain of batteries in off position**



ITM. / ART. 1145374

# DURACELL®
## INSTRUCTIONS / INSTRUCCIONES

### 380
**LUMENS · LÚMENES**

**LED Flashlight**
**Lampe de poche DEL**
**Linterna LED**



**Important, retain for future reference:
Read carefully.**

---

**Important : Conservez ce guide pour référence ultérieure.
Lisez attentivement les instructions.**

---

**Importante, guardar para futuras referencias:
leer detenidamente**



ITM. / ART. 1145374

# LED Flashlight
# Lampe de poche
# Linterna LED

| SET-UP | INSTALLATION | FUNCIONAMIENTO |
|---|---|---|

**1.** To open: Unscrew cap in counter-clockwise direction.
**2.** Insert batteries into the battery holder.  Insert batteries with correct polarity as shown on the battery holder.
**3.** To close: Screw cap in clockwise direction.
**4.** Slide head of flashlight to select wide or narrow light beam.
**5.** A) Turn battery lock dial counterclockwise to disengage battery power or B) clockwise to engage power.



**1.** Pour ouvrir, dévissez le capuchon dans le sens inverse des aiguilles d'une montre.
**2.** Insérez les piles en respectant la polarité, comme indiqué dans le compartiment à piles.
**3.** Pour refermer, vissez le capuchon dans le sens des aiguilles d'une montre.
**4.** Glissez la tête de la lampe pour choisir un faisceau large ou étroit.
**5.** A) Tournez le verrouillage des piles dans le sens antihoraire pour désactiver les piles et B) dans le sens horaire pour les activer.




**1.** Para abrir: desenrosque la base en el sentido contrario a las agujas del reloj.
**2.** Inserte las pilas en los compartimentos del portapilas. Asegúrese de insertarlas con la polaridad correcta, tal y como se indica en cada compartimento.
**3.** Para cerrar: enrosque la base en el sentido de las agujas del reloj.
**4.** Deslice el cabezal de la linterna para elegir un haz de luz ancho o estrecho.
**5.** A) Gire el cabezal de bloqueo de las pilas en sentido anti-horario para desactivar las pilas y B) en sentido horario para activarlas.



## RUBBER CAP SWITCH
Press the switch at rubber end cap to operate.
a) Press one time for high level light
b) Press two times for low level light
c) Press three times for off

## INTERRUPTEUR AVEC CAPUCHON
Appuyez sur l'interrupteur avec capuchon pour faire fonctionner l'appareil.
a) Appuyez une fois pour obtenir un éclairage de forte intensité
b) Appuyez deux fois pour obtenir un éclairage de faible intensité
c) Appuyez trois fois pour éteindre

## INTERRUPTOR EN LA BASE DE GOMA
Para encender la linterna, presione el interruptor situado en el extremo de goma de la base.
a) Presione una vez para obtener una luz de alta intensidad
b) Presione dos veces para obtener una luz de baja intensidad
c) Presione tres veces para apagar




Keep batteries away from children
Gardez les piles hors de portée des enfants
Mantenga las pilas fuera del alcance de los niños.

CE CW UK

79

**CAUTION**

**CAUTION:** Keep batteries from children. Do not swallow. If swallowed, consult a physician or call your local poison control at once for information on treatment. Ingestion may lead to serious injury or death. Batteries may explode or leak, and cause burn injury, if recharged, disposed of in fire, mixed with a different battery type, inserted backwards or disassembled. Replace all used batteries at the same time. Do not mix old and new batteries. Do not carry batteries loose in your pocket or purse. Do not remove the battery label. Do not shine LED light directly in the eyes.

## FCC STATEMENT OF COMPLIANCE

**NOTE**

WARNING: Changes or modifications not approved by the party responsible for compliance could void user's authority to operate the equipment. This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Note: This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) This device must accept any interference received, including interference that may cause undesired operation.

CAN ICES-3 (B)/NMB-3(B). This Class B digital apparatus complies with Canadian ICES-003.

**CAUTION**

Always purchase the correct size and grade of battery most suitable for the intended use. Always replace the whole set of batteries at one time, taking care not to mix old and new ones, or batteries of different types. Clean the battery contacts and also those of the device prior to battery installation. Ensure the batteries are installed correctly with regard to polarity (+ and -). Remove used batteries promptly. Remove batteries from appliances that will not be used for long periods of time (months or longer). Keep contacts clean, both on the battery and in the appliance.

 Please dispose of batteries according to local regulations for the battery chemistry.

Working Temperature: -10 ˚C to 40 ˚C / 14° F to 104° F

Compatible with alkaline batteries and rechargeable batteries.
DO NOT mix and use alkaline batteries with rechargeable batteries together.
For the best performance, use Duracell alkaline batteries.

©2016 DURACELL, Bethel, CT 06801. Duracell is a registered trademark of Duracell U.S. Operations, Inc., used under license. All rights reserved.
® Customer Service for North America (English only):
1-888-910-2280
Hours: Monday-Friday, 8AM to 5PM Pacific Time



CAUTION: Possible hazardous optical radiation emitted from this product.
The luminaire should be positioned so that prolonged staring into the luminaire at a distance closer than 1.57m is not expected.

PRÉCAUTION : Le luminaire doit être placé de telle sorte qu'il ne soit pas fixé du regard de manière prolongée à une distance inférieure à 1 m 57.

ADVERTENCIA: La luminaria debería estar colocada de manera a no mirarla detenidamente a una distancia inferior a 1 m 57.

Distributed by:
Costco Wholesale Corporation
P.O. Box 34535
Seattle, WA 98124-1535
USA
1-800-774-2678
www.costco.com

Imported by / Importé par :
Costco Wholesale Canada Ltd.*
415 W. Hunt Club Road
Ottawa, Ontario
K2E 1C5,  Canada
1-800-463-3783
www.costco.ca
* faisant affaire au Québec sous le nom Les Entrepôts Costco

Importado por:
Importadora Primex S.A. de C.V.
Blvd. Magnocentro No.4
San Fernando La Herradura
Huixquilucan, Estado de México
C.P. 52765
RFC: IPR-930907-S70
(55)-5246-5500
www.costco.com.mx

Imported by:
Costco Wholesale UK Ltd /
Costco Online UK  Ltd
Hartspring Lane
Watford, Herts
WD25 8JS
United Kingdom
01923 213113
www.costco.co.uk

Importado por:
Costco Wholesale Spain, S.L.U.
Polígono Empresarial Los Gavilanes
C/ Agustín de Betancourt,17
28906 Getafe (Madrid) España
NIF : B86509460
900 111 155
www.costco.es

Distributed by:
Costco Wholesale Iceland ehf.
Kauptún 3-7, 210 Gardabaer
Iceland
www.costco.is

Distribué par :
Costco France
1 avenue de Bréhat
91140 Villebon-sur-Yvette
France
01 80 45 01 10
www.costco.fr

Imported by:
Costco Wholesale Japan Ltd.
3-1-4 Ikegami-Shincho
Kawasaki-ku, Kawasaki-shi,
Kanagawa 210-0832 Japan
044-281-2600
www.costco.co.jp

Imported and Distributed by:
Costco Wholesale Korea, Ltd.
40, Iljik-ro
Gwangmyeong-si
Gyeonggi-do, 14347, Korea
1899-9900
www.costco.co.kr

Imported by / Manufactured for:
Costco President Taiwan, Inc.
No. 656 Chung-Hwa 5th Road
Kaohsiung, Taiwan
Company Tax ID: 96972798
0800-885-889
www.costco.com.tw

Imported by:
Costco Wholesale Australia Pty Ltd
17-21 Parramatta Road
Lidcombe NSW 2141
Australia
www.costco.com.au

**Made in China / Fabriqué en Chine / Hecho en China**
Rev. APRIL 5, 2017

# EXHIBIT   12

## RETAIL
## and
## ONLINE MARKETING
## and
## PRODUCT INFORMATION
## for
## DURACELL LED FLASHLIGHT
# MODEL 500 (LUMEN)

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT   12

# PACKAGING - FRONT

- **NO BATTERY DRAIN IN OFF POSITION**



# PACKAGING - BACK



# COSTCO RETAIL DISPLAY



# EXHIBIT   13

## ONLINE PROMOTION
## of
## SUITABILITY
## for
## EMERGENCY USE
## of
## DURACELL LED FLASHLIGHTS
## and
## DURACELL BATTERIES
## at
**www.duracell.com/en-us/program/**
**duracell-powerforward/**

## 2019-01-26

# EXHIBIT   13



## Storm Preparedness

Storms and natural disasters are unpredictable. You never know when one can affect you or someone you love. That's why Duracell encourages everyone to review the Duracell Emergency Checklist or visit www.Ready.gov. Your Emergency Preparedness kit could save your life. Make sure it's packed with plenty of food, water, flashlights (and/or lanterns) and plenty of trusted Duracell batteries to outlast the storm.

Follow @Duracell on Twitter for real time updates about storms, preparedness, and PowerForward deployments.










Natural disasters like hurricanes, tornados and floods are happening more frequently every year, causing power outages for millions of people. To assist those in need and to help communities recover, Duracell created the PowerForward program.

Since 2011, Duracell PowerForward has been helping affected communities across the country by distributing free Duracell batteries, charging mobile devices, and providing Internet access to those in need so they can connect with family.







**Duracell Power Forward's new truck: The Rugged Responder**
Duracell • 314K views • 4 years ago
Now with more trucks, **Duracell Power Forward** can donate Duracell batteries, WiFi, and charging stations across the U.S. within ...
CC



**Duracell Powers Forward in New Orleans**
Duracell • 114K views • 6 years ago
Following Hurricane Isaac in August 2012, the Duracell Rapid Responder – the newest member of **Duracell's Power Forward** fleet ...



**Duracell PowerForward – 2015 Texas Floods**
Duracell • 112K views • 3 years ago
The **Duracell PowerForward** team traveled to Central Texas to help people power up following the severe floods in May 2015.



**Power Forward New Jersey**
Duracell • 55K views • 6 years ago
The **Duracell** Rapid Responder traveled to hard-hit Hoboken NJ to help community members power up following Superstorm ...



**Power Forward New York**
Duracell • 21K views • 6 years ago
In the wake of Sandy, the **Duracell** Rapid Responder traveled to the New York/Tri-State area to help folks impacted by the storm ...





# MN2400
**Size:** AAA (LR03)

Alkaline-Manganese Dioxide Battery

**Zn/MnO₂**



Dimensions shown are IEC standards

| Nominal voltage | 1.5 V |
|---|---|
| Impedance | 250 m-ohm @ 1 kHz |
| Typical weight | 11 g (0.4 oz) |
| Typical volume | 3.5 cm$^3$ (0.2 in$^3$) |
| Terminals | Flat |
| Storage temperature range | 5ºC to 30ºC (41ºF to 86ºF) |
| Operating temperature range | -20ºC to 54ºC (-4ºF to 130ºF) |
| Designation | **ANSI:** 24A   **IEC:** LR03 |





## DURACELL®
BATTERIES

Berkshire Corporate Park
Bethel, CT.  06801 U.S.A.
Telephone: Toll-free 1-800-544-5454
www.duracell.com

<span style="color:red">Delivered capacity is dependent on the applied load, operating temperature and cut-off voltage. Please refer to the charts and discharge data shown for examples of the energy/service life that the battery will provide for various load conditions.</span>

This data is subject to change. Performance information is typical. Contact Duracell for the latest information.

MN24CTUS0413

Page 1 of 2

92



**MN2400**
**Size:** AAA (LR03)

Alkaline-Manganese Dioxide Battery

Zn/MnO₂









**DURACELL**
BATTERIES

Berkshire Corporate Park
Bethel, CT.  06801 U.S.A.
Telephone: Toll-free 1-800-544-5454
www.duracell.com

Delivered capacity is dependent on the applied load, operating temperature and cut-off voltage. Please refer to the charts and discharge data shown for examples of the energy/service life that the battery will provide for various load conditions.

This data is subject to change. Performance information is typical. Contact Duracell for the latest information.

MN24CTUS0413

Page **2** of **2**

DURACELL    PRODUCTS    TRUSTED TECHNOLOGY    CAMPAIGNS    HELP    OEM    TECH LIBRARY

NEVER TRUST A BATTERY
TO DO A DURACELL JOB

Meet the most trusted lineup of batteries in the world
MEET OUR BATTERIES

See the new Duracell campaign
WATCH OUR ADS

# EXHIBIT   14

## CONSUMER COMPLAINTS

## about

## RAPID, PARASITIC
## BATTERY DRAIN DEFECT

## in

## DURACELL

## MODEL 250

## LED FLASHLIGHTS

# EXHIBIT   14

The following are publicly posted internet comments by consumers / putative class members illustrative of the parasitic battery drain design and/or manufacturing defect in the Duracell "Durabeam Ultra" LED flashlight **model 250**:

| MODEL | DATE | COMMENT | SOURCE |
|---|---|---|---|
| 250 | 2015-02-16 | As has been said by others, these eat through batteries like nobody's business. It appears that **they somehow lose charge even when the lights aren't on** (I'll put new batteries in, leave it in the car for 2 weeks, come back, and they are dead). Disappointing. **Duracell seems to have found a clever way to have us by their products (batteries) more frequently.** | https://www.amazon.com/ Duracell-Lumens-High-Intensity-Flashlight-Packaging/product-reviews/B00D3Y3JEE/ref=c m_cr_othr_d_paging_btm_ 3?filterByStar=critical&page Number=3 |
| 250 | 2015-04-21 | **I believe Duracell has designed these flashlights to drain the batteries when not in use.** I've gone through at least 20 batteries and have used the flashlights for maybe five minutes each. Within a couple of months **the batteries are drained whether I've used the flashlight or not.** Pure junk and Costco would be well advised not to sell this junk. I'm taking my back and hope to get a refund. | https://www.amazon.com/ Duracell-Lumens-High-Intensity-Flashlight-Packaging/product-reviews/B00D3Y3JEE/ref=c m_cr_othr_d_paging_btm_ 3?filterByStar=critical&page Number=3 |
| 250 | 2015-06-24 | I kept one and gave away two, so this is based on just one: Great small, very bright flashlight as long as it works. Have had no problem changing batteries. **The problem is that this flashlight**--at least the one I have**--drains the batteries when it is off.** The first time it happened I assumed I had somehow left it on, but, no, it turns out it completely drains batteries in a matter of weeks, with no use at all. Totally unacceptable. UPDATE: Bought at a Costco, FYI. **Wrote Duracell, and their answer was: I'm sorry** that you had this experience with your flashlight. Our Duracell flashlights that were purchased at Costco are handled by Technomate Manufacturing Ltd. You can contact them at: Technomate Manufacturing Ltd......Hong Kong. And they gave a phone number.  Seriously? No one is going to jump through hoops to replace an inexpensive flashlight or three. | https://www.amazon.com/ Duracell-Lumens-High-Intensity-Flashlight-Packaging/product-reviews/B00D3Y3JEE/ref=c m_cr_othr_d_paging_btm_ 2?filterByStar=critical&page Number=2 |
| 250 | 2015-08-31 | Before I realized that **my Duracell 250 flashlights** (smaller version) **had a problem** I had already bought these (at Costco). Turns out they have the same problem: **The flashlights drain batteries when off.** I went to turn one of these on today, after 2-3 months, and it went on for a few seconds then turned itself off. Checked batteries and they were almost dead. These are the batteries that came brand new with the flashlight, and are dated 2020. The flashlight has been used maybe 3 minutes since I got it.<br><br>**Emailed Duracell when the 250s died and they said, oh you have to write (snail mail) to some place in China. We don't handle those.** Seriously. This problem has been noted elsewhere, and I have experienced it in two different models; I don't think it is an isolated problem. The correct response should have been, We are very sorry here are new flashlights! Extremely unhappy with the company. I gave one of these to my 90-year-old mother to keep by her bed, so you can see why I might be miffed... | https://www.amazon.com/ Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=c m_cr_othr_d_paging_btm_ 7?ie=UTF8&reviewerType=a ll_reviews&pageNumber=7 &filterByStar=critical |

# EXHIBIT   15

## CONSUMER COMPLAINTS

## about

## RAPID, PARASITIC
## BATTERY DRAIN DEFECT

## in

## DURACELL

## MODEL 300

## LED FLASHLIGHTS

# EXHIBIT   15

The following are publicly posted internet comments by consumers / putative class members illustrative of the parasitic battery drain design and/or manufacturing defect in the Duracell "Durabeam Ultra" LED flashlight **model 300:**

| MODEL | DATE | COMMENT | SOURCE |
|---|---|---|---|
| 300 | 2014-12-10 | Update: As noted on my initial review, these are great lights. That being said, **there is a major flaw in this model, which is a battery drain**. From what I've read the switch is **the flaw, which draws power from the batteries even when switched off. I recently checked my all three during one my routine battery check of my emergency battery packs and flashlights. These were totally dead.** In most cases, I can get through at least two checks with plenty (volts) to spare, before I refresh the batteries. This equates to at least a year, but I've had flashlights easily last two years before the batteries go below 1.3v or 1.5v before I swap them out. These didn't last 3 months before a noticeable difference.<br>If you plan on using these for emergency purposes, it's best to store them with the batteries removed. This becomes a pill in an emergency situation, but it's better than not having anything at all. These are best when you're on a short camping trip, as the power drain should be able to get you through a few days camping.<br>Overall, I can no longer recommend this flashlight model, simply because you have to store them with the batteries removed. It's my opinion it defeats one of the main reasons I use flashlights (power outages, emergencies, or for household chores.) since **you can't store them for even short periods of storage, these will drain the batteries.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_5?ie=UTF8&reviewerType=all_reviews&pageNumber=5&filterByStar=critical |
| 300 | 2014-12-31 | Very bright, they seem very durable, and aren't too big. Updated 8/20/2015: Lowered the rating from 5-star to 2-stars. Apparently the insulation within the switch isn't good enough to prevent some leakage, so **not only does the battery run down very quickly (i.e., it's not in use; the switch is off, yet it still drains the battery**), but on one of them the end result was a leaky battery, which corroded part of the flashlight. Not very happy with these now. :-( | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_4?ie=UTF8&reviewerType=all_reviews&pageNumber=4&filterByStar=critical |
| 300 | 2015-02-06 | Pros: Work well when they work. Bright.  Cons: Had to buy four packs to get two packs worth of working lights. The switches are garbage. I did a bunch of troubleshooting and found that the switches sre very finicky  .Battery life is not great Really needed a light tonight and it had dead batteries. Grabbed my wife's and was the same. Put in new batteries and all was well but since we were having an emergency at the time I have learned these lights cannot be trusted. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_9?ie=UTF8&reviewerType=all_reviews&pageNumber=9&filterByStar=critical |
| 300 | 2015-02-07 | Not one of the lights work and I have tried, replacing All batteries, the light stays on 3seconds and then it's OFF and want come back on send me a pre paid return Lable to send these back to Costco…. Todays Date 2/06/2015 | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&pageNumber=14&filterByStar=critical |
| 300 | 2015-02-15 | Bought these at Costco. **I'll NEVER buy anything but batteries, branded by a battery company again**. Replaced with Tasco 250 lumens, more features, sturdier built, much better choice | https://www.amazon.com/gp/profile/amzn1.account.AEMI7Q2JFVGWBEDGKVRPW6WQAVIQ/ref=cm_cr_arp_d_gw_btm?ie=UTF8 |

| 300 | 2015-04-14 | Bought these at a big box wholesale club. One never worked. The other two worked for a while, but would run down batteries while simply sitting on the shelf. Finally they stopped working too. Tried new batteries. Wasted several Duracell batteries on these battery vampires. Poor design, very disappointing. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_12?ie=UTF8&reviewerType=all_reviews&pageNumber=12&filterByStar=critical |
|---|---|---|---|
| 300 | 2015-05-14 | I got this set for Christmas. I've had to replace the batteries in all three several times, and it's only May. I infrequently use them (maybe once per week), and yet they drain the life from the batteries. I replaced the batteries in one a couple weeks ago, used the flashlight only once, and now it is already dead again. I always switch to the dim setting, and I only use the flashlight for maybe five minutes at a time. Either the LEDs are way too overpowered for the battery capacity, or there is a current drain, even when they are off. Maybe it is best to leave the battery cartridge sitting out while not in use, but that would be really inconvenient. My opinion: spend a few extra bucks on a Mag light and you will save a fortune on batteries later. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2015-05-30 | Like many others, I bought these at Costco. All 3 worked fine out of the box. I set them off to the side for a couple a months, and when I tried to use them, all three had depleted the batteries. I checked the switch with my digital VOM, and even when it's switched off it draws current. Here's how you can test to see if yours is like mine. 1) Turn on the flashlight. 2) While the light is on, unscrew the base until the light goes out. 3) Screw the base back in. You'll notice that the light doesn't come back on. This is because it's not a physical on/off switch, but a contact switch that tells a logic circuit whether to turn on or off. The logic needs current to know what's happening, so it's always drawing current from the batteries, even when the LED light is off. Dumb dumb dumb design for something that you really WANT to work in an emergency. If they'd made it with a true on/off switch rather than having a contact switch with logic circuitry, it would've been great. Instead, they designed something that is constantly draining batteries. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/dp/B00LCRL1P8 |
| 300 | 2015-06-22 | I bought these and within 6 weeks of non-use the batteries in all 3 flashlights were down to 0.7 volts from 1.5 volts full charge. These were brand new batteries, Duracell AAA with an expiration date of March 2020. The symptoms of low batteries on these units is the flashlight will turn on briefly and then turn off. There has to be a design flaw in the circuitry that causes the flashlight to draw down the batteries even when sitting idle. I would not recommend this product at this time unless Duracell comes up with a fix | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_10?ie=UTF8&reviewerType=all_reviews&pageNumber=10&filterByStar=critical |
| 300 | 2015-08-23 | The lights were a total waste of money (and batteries). The on/off switch works based on sheer luck, it turns itself randomly off again and it depletes the batteries even when not in use. Maybe that part is intentional; after all it's from a battery company that wants to sell more batteries. A totally useless, junk product from a "reputable" company. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |

| 300 | 2015-08-29 | I bought about 60 of these in late 2014 from Costco. They were intended as presents. Less than $7 per flashlight. My own experience with other small LED flashlights and the problem reports on this particular flashlight led me to test them all before giving them to friends. On this type of flashlight, the push button switch on the end cap is often inoperative or intermittent. To my surprise, 58 of 60 worked great. The anodized aluminum case is one piece and thick enough to be very solid. The threads on the end cap worked smoothly and the rubber bonnet on the switch is very rugged. It uses four AAA batteries rather than three as found in other low cost flashlights. The battery holder is made of strong, rigid plastic and is well labeled. The battery contacts and spring are sturdy and provide reliable electrical contact. Batteries are easy to insert and relatively easy to remove and are held firmly in place. The holder fits well in the flashlight case and the electrical contacts are reliable. While I have no means to measure the light output, the 300 lumen rated output is probably correct. These are VERY bright with white light and a very well defined circular pattern even at a distance of 20 yards. Based on my review up to this point, you might wonder why only 3 stars? After using these for about eight months, some inherent limitations, design flaws, and quality problems have become apparent. **The design flaw that others discovered is that a small amount of current is being drawn even when the light is off.** This is to power the tiny logic board that is part of the switch. The result is that the run time is dramatically shortened after only one or two months of non-use. I am not willing to loosen or remove the end cap to prevent the drain on the battery when the light is not in use. I'll take off 1 and 1/2 stars for that and not buy these in the future. I have also encountered the problem of the light staying on for only one or a few seconds with batteries that should still have enough charge to work. I knew these very bright lights would eat batteries like crazy. As a result, I use NiMH rechargeable batteries, usually the highly rated Sanyo/Panasonic eneloop brand. These are great because they maintain nearly full voltage until they are spent. A characteristic of the LED technology is that they need at least 3.6 v. or they don't light at all. The combination of LEDs with NiMH batteries is that they maintain nearly full briteness until the light goes off without warning. This is annoying. I am switching to Li-on batteries. Unfortunately, standard flashlights like this one can't use a Li-on battery. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |
| 300 | 2015-08-30 | One of the worst purchases I've ever made. Rare is the situation where I feel compelled to negatively review a product like this, but these flashlights are a complete and utter failure. All three died - it wasn't just an unlucky one - by the second time I had to use them. Putting in four new AAA batteries gets them to come on, but then they last about five minutes before they fade out and turn off. You can click them on but then they go immediately back off. Using becomes like a horror movie where you expect some creep to all of the sudden appear in front of you because of the strobe-like effect. Had a windstorm yesterday, power out all night, and my family was stuck using phones as flashlights because these quit on us. A complete waste of money. Had to go out and buy different flashlights today. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |

| 300 | 2015-08-31 | Before I realized that my Duracell 250 flashlights (smaller version) had a problem I had already bought these (at Costco). Turns out they have the same problem: **The flashlights drain batteries when off.** I went to turn one of these on today, after 2-3 months, and it went on for a few seconds then turned itself off. Checked batteries and they were almost dead. These are the batteries that came brand new with the flashlight, and are dated 2020. The flashlight has been used maybe 3 minutes since I got it. Emailed Duracell when the 250s died and they said, oh you have to write (snail mail) to some pace in China. We don't handle those. Seriously. This problem has been noted elsewhere, and I have experienced it in two different models; I don't think it is an isolated problem. The correct response should have been, We are very sorry here are new flashlights! Extremely unhappy with the company. I gave one of these to my 90-year-old mother to keep by her bed, so you can see why I might be miffed. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_7?ie=UTF8&reviewerType=all_reviews&pageNumber=7&filterByStar=critical |
| --- | --- | --- | --- |
| 300 | 2015-09-09 | **These flashlights drain the battery even when turned off!** I placed a flashlight in the glove compartment of my car with new batteries. I used it once for 2 minutes. Now it's dead. Measuring the resistance of the switch in all three positions, **I discover that the circuit is never fully open, i.e. broken. No wonder the battery slowly drains. Not totally surprising, coming from a battery company**. Solution: keep the bottom part mostly unscrewed. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_11?ie=UTF8&reviewerType=all_reviews&pageNumber=11&filterByStar=critical |
| 300 | 2015-09-19 | Total waste of money. Bought these for around the house. Great for about a month. They were just sitting in the drawer as just in case lights. Had one in each car as well. Never actually used, just turned on to check function. **Went back a month later preparing for a camping trip and figured I should check the lights before we headed out. All 6 we bought were dead.** Once completely. The other two very dim but would light up for a split second and turn back off. Such a bummer. Would definitely not recommend. For comparison, I have a Surefire light that has had the same battery in it for 6 years now and it is still as bright as day 1. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2015-09-29 | I DO NOT Own any of the Duracell products but would like to but leery of them given **the massive amounts of negative reviews.** My question is, IS Duracell doing anything to improve their product at all? | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_13?ie=UTF8&reviewerType=all_reviews&pageNumber=13&filterByStar=critical |
| 300 | 2015-10-02 | I bought these flashlights at COSTCO approximately one year ago and I am experiencing many of the same problems that other reviewers have mentioned. All of mine worked ok at first, but they seem to **drain batteries over time even when not used**. I had one in my van for less than a year that has never been used and got it out yesterday to use and it would come on for a few seconds then go out. Replaced the batteries and it works fine. **They claim that these batteries have a shelf life of up to 10 years,** so they shouldn't go bad in less that 1 year without use. The other 2 I use fairly frequently but the battery life is short, only a couple months. When batteries get weak, light comes on for a few seconds then goes off. Very disappointed in the performance of these flashlights. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_9?ie=UTF8&reviewerType=all_reviews&pageNumber=9&filterByStar=critical |

| 300 | 2015-10-04 | **These flashlights are designed to eat batteries**. They are nice and bright when you first turn them on, but **after a bit of time they sit around and you need in an emergency the won't work.** I got excited and bought them for the whole family, now I'm telling everyone **to throw them in trash. you don't want to risk it when it comes to not having flashlight during emergency** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_11?ie=UTF8&reviewerType=all_reviews&pageNumber=11&filterByStar=critical |
| 300 | 2015-10-06 | These seemed great at first. They were super bright and cheap at Costco. After less than a month with new Duracell batteries they stopped working, and that is with very little use. When I replaced the batteries they worked again for a short time, but then nothing. **They seem to be draining the batteries somehow, even when the flashlight is turned off. I bought 2 packs of these and all 6 of them have the same problem. It seems to me it is a design flaw** and not a lemon. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_9?ie=UTF8&reviewerType=all_reviews&pageNumber=9&filterByStar=critical |
| 300 | 2016-01-06 | I bought this exact same multipack at Costco, like several others who posted here.<br>I have purchased other multipacks of cheap led flashlights at Costco in the past with no problems, other than I don't mind losing a flashlight overly much because they're cheap, so if I drop it under a customers house I may not go back to get it. These ones...were frustrating! **Batteries were always dead when I picked one up off a shelf.** The last straw came when today I pulled one out at work that I had just put new batteries in yesterday and it was already not working.<br>I actually was doing a Google search tonight to see if there was a possibility that the flashlight itself was draining my batteries despite being "off" and sure enough, I am not crazy! Good to know.<br>I'd also suspected a faulty switch, but taking batteries out of the Duracell light and putting them in my last "off brand" flashlight which I know works (and 3 AAAs last weeks even with regular use for work in it) and they were Definitely Dead.<br>So save yourself a headache and steer clear of these flashlights. And if you see a Costco multipack with flashlights that say "TechLite Lumen Master" on the side, that is my "off brand" light that works as well as I wish these Duracell ones would. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |
| 300 | 2016-01-14 | DO NOT BUY!!! Like several other people reviewing this product, I was disappointed. **THE BATTERIES DIE EVEN WHEN THE FLASHLIGHT IS OFF!!** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_13?ie=UTF8&reviewerType=all_reviews&pageNumber=13&filterByStar=critical |
| 300 | 2016-01-16 | **These eat batteries due to always being on even when switched off!** Too bad! Nice light otherwise but we live in the country and must have flashlights we can rely on. These are not them | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |

| 300 | 2016-04-09 | It appeared to be a great deal! 300 lumens WOW. The packaging was all good. I installed batteries, they all tested well. A day later I turn one of them on. It would come on then go right off. Later I was using one while installing a new light fixture. The second flashlight would stay on just a couple seconds then go off. The third one is in my wife's car not turned it on since putting there. Note I never dropped or damaged these flashlights. **The return process seems to be a hassle, so I'll just eat them**. Still want this type, but want better quality. | https://www.amazon.com/gp/customer-reviews/RGGL0O5TVW28D/ref=cm_cr_getr_d_rvw_ttl?ie=UTF8&ASIN=B00LCRL1P8 |
| 300 | 2016-05-18 | Looked up reviews to see if anyone else was having the same problems I was with these flashlights—**drained batteries after they sit unused for a while.** So, I'll add mine to the litany here. The flashlights work great with brand-new batteries, but **after a week or two unused in the drawer and you pull them out when you really need them, batteries dead.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_11?ie=UTF8&reviewerType=all_reviews&pageNumber=11&filterByStar=critical |
| 300 | 2016-06-14 | A thing of beauty, works well, BUTTTTTT, **They drain batteries even with non-use, I have stupidly purchased 12 of these and they all drain batteries**, DO NOT BUY, DURACELL = You Should Be Ashamed!!! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_5?ie=UTF8&reviewerType=all_reviews&pageNumber=5&filterByStar=critical |
| 300 | 2016-06-14 | Waste of money. Like the other guy in the review said about the bad design. **It keeps pulling current from batteries when off.** I got lucky if it lasted two days. Was going through batteries way too fast. Threw them away. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&pageNumber=14&filterByStar=critical |
| 300 | 2016-08-03 | The switch is **constantly drawing power so the batteries go dead even when off. These lights should be taken off the market** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_16?ie=UTF8&reviewerType=all_reviews&pageNumber=16&filterByStar=critical |
| 300 | 2016-08-13 | How does a product where 52% of the reviews are one star end up with an overall rating of 4 stars? I bought these at Costco, they worked fine initially but then **the batteries depleted even though I had set them aside for a while**, when I replaced the batteries, if I clicked the switch, it would flash on and then turn off after a couple of seconds. Eventually all three flashlights ended up with the same behavior. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_15?ie=UTF8&reviewerType=all_reviews&pageNumber=15&filterByStar=critical |

| 300 | 2016-08-30 | **Battery-depleting.** Although I did not buy this product from Amazon, I came here to find out if anyone else was experiencing the same problems I was having.<br><br>I bought a Duracell Durabeam Ultra 300-Lumen 3-pack from Costco last year, intending to use them as home emergency flashlights. One was DOA right out of the box. I did some parts-swapping and traced it it to a bad end cap/switch. The remaining two flashlights worked great (I cycled them through High, Low, Off several times and they were wonderfully bright and performed flawlessly), and the price was right, so I placed them in a couple of useful locations around the house. We didn't actually use the flashlights, we just wanted them to be handy for emergency purposes. However, **I tested them a few months later and discovered that their batteries were badly depleted**. Each flashlight came on dimly for a few seconds and then turn itself off again, I assume due to the low voltage.<br><br>**I replaced all 8 batteries with brand-new Duracell AAA's,** tested the lights once again to ensure that they were performing properly, and then went through the same depleted battery experience again a few months later.<br><br>**I can confirm that these flashlights will drain their batteries relatively quickly even while they are turned off.** If not for this unfortunate problem they would be a great flashlight, but as it is they are fatally flawed and should be avoided. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_7?ie=UTF8&reviewerType=all_reviews&pageNumber=7&filterByStar=critical |
| 300 | 2016-09-04 | Bought two 3-packs at Costco, thinking I could stash these around the house for emergencies. Imagine my surprise **when I went to use one and the batteries were dead. In fact, the batteries were dead in ALL 6 flashlights.** So I replaced the batteries and began checking them once a week. Now either the LED is dead, or the push button no longer works, even with fresh batteries. SO, 5 out of 6 are now completely dead. Duracell people should pull these off the market! Oh, the edges are very sharp and scratch furniture easily | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_10?ie=UTF8&reviewerType=all_reviews&pageNumber=10&filterByStar=critical |
| 300 | 2016-10-22 | **It's a brilliant strategy for a battery manufacturer to make products that drain their batteries.** Flashlights are often purchased for emergency situations. I have a few in key locations like my car, front entrance, bedroom, etc. Unfortunately, **every time there's a need for a flashlight, it's almost guaranteed that these Duracell flashlights will be dead! They slowly drain away your batteries when not in use.** The light output is actually not bad. But because Duracell is greedy and manufactured such an unethical product, I am rating these a 1 star. Perhaps I should avoid Duracell altogether now. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2016-10-27 | There seems to be a problem with the programming of these flashlights. It goes something like this:<br>1. Install batteries<br>2. Turn on flashlight<br>3. Use flashlight<br>4. Turn off flashlight<br>5. Repeat process starting at step 1<br>If it just went back to step 2, these would be wonderful. **But it seems that duracell has mostly entered the flashlight market as a means to drive battery sales.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_10?ie=UTF8&reviewerType=all_reviews&pageNumber=10&filterByStar=critical |

| 300 | 2016-10-30 | Bad Product!!!! DO NOT buy this flashlight!!!! <mark>This flashlight drains the batteries when off.</mark> You loose. Duracell sells more batteries. Bad product!!!! Read the other negative reviews. Remove batteries when not in use. <mark>Shame on you Duracell....!!!!!!!</mark> | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_3?ie=UTF8&reviewerType=all_reviews&pageNumber=3&filterByStar=critical |
| --- | --- | --- | --- |
| 300 | 2016-11-15 | Same as others, <mark>these flashlights drain batteries fast just laying around.</mark> I've got a bunch of them, they all do it. Looking for a good replacement. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&pageNumber=14&filterByStar=critical |
| 300 | 2016-11-16 | <mark>After less than 3 months, all three flashlights are dead. Simply wont turn on</mark>.. Plus these things go through batteries like you wont believe.. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/dp/B00LCRL1P8 |
| 300 | 2016-11-18 | Duracell Made a "Battery Killer" This is really a review of <mark>the Duracell 300 flashlight which is a "battery killer"</mark>. I have had at least three of these lights and have gone through at least 20 or more batteries (4 at a time) thinking that I had somehow accidently turned on the lights. <mark>The switch in the 300 will drain the batteries 'dead' in about two months.</mark> Many times a flashlight is needed in an emergency and these stranded me when I needed them at home or in my car. <mark>At the very least Duracell should send everyone who bought the 300 models replacements and a new set of AAA batteries.</mark> | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_15?pageNumber=15 |
| 300 | 2017-01-08 | I just want a simple small tough flashlight. a little too big. since it has 3 button states; off, high, low. I am used to an on/off state, so I end up hitting the button to turn it off and it just puts it in low. Then, <mark>I throw it in the drawer, thinking I had turned it off and the batteries run out</mark> | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/dp/B00LCRL1P8 |
| 300 | 2017-01-22 | I should have known better than to buy a flashlight made by a battery company. <mark>These are awful. They are always dead every time I need them.</mark> Goes through at least one set of 4 batteries per flashlight a year. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_12?ie=UTF8&reviewerType=all_reviews&pageNumber=12&filterByStar=critical |
| 300 | 2017-02-02 | <mark>BEWARE!! Drains batteries fast when turned off!</mark> Pretty much useless. You are better off buying a brick. All 3 coast flashlights I have on the other hand, have worked perfectly for years. Avoid these duracell craplights | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_11?ie=UTF8&reviewerType=all_reviews&pageNumber=11&filterByStar=critical |

| 300 | 2017-02-11 | Well I can't seem to find my original review to update it with additional information. So I'll give a quick overview. I was not very impressed with the battery life after purchase so I did some additional testing. Two of the three lights just will not hold fresh batteries. ==After two months with new batteries and zero use of the light, I would guess the bulb output is at about 50% which is not good if you plan to used these as emergency lights.== If it is something you will used day in, day out it might be OK, ==but these just don't work for emergency use lights==. Sorry Duracell, can't recommend these too highly. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |
| 300 | 2017-02-26 | Good buy if your job provides batteries. Not recommended for home use. ==The batteries die incredibly fast, even when it's off.== | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_3?ie=UTF8&reviewerType=all_reviews&pageNumber=3&filterByStar=critical |
| 300 | 2017-03-08 | Like others, bought at costco. ==Fresh batteries go in, put the light in my car, backpack, garage, etc.... and when I go to use it the light is already dead.== Waste of money. I've spent soooooooo much money in batteries thinking it was bad batteries or because I'd left them in the cold. Went to grab one last night when I really needed it because I thought I'd hit an animal while driving and wanted to search for it on the side of the road to see if it was ok, went to my bug out bag, grabbed the light.... completely dead. Garbage. Literally I'll be throwing mine in the garbage. ==They are a liability to have a round because when you really need them, they won't work.== | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2017-03-08 | ==What were duracell and costco thinking.== First set of batteries seemed to last ok as I did use them alot but ==second and third sets went dead within a couple of weeks of just sitting==. I am going to try and return these pieces of junk. Very dissapoing | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&pageNumber=14&filterByStar=critical |
| 300 | 2017-03-19 | Nice looking, really bright beam, two brightness settings, quality feel.......but REALLY bad design. I didn't buy mine on Amazon, but thought I would add to the excellent reviews here that highlight the issues with this product. ==I will first attest to the issue of the draining of batteries while off== and the common leakage of batteries while installed (not sure if the design contributes to that, didn't think so, but batteries seem to leak more frequently with this product than with others I have had).<br>I have also found that the plastic battery rack that holds the 4 batteries to be made from very inferior materials. Once the batteries leak there is no coming back, as the rack just crumbles from the corrosion. If you think that is understandable, let me also point out that it also does so over a relatively short period of time WITHOUT a battery leak, possibly from the heat from being stored in a car. I have always placed flashlights in my cars for emergency and this is the only one that practically crumbles after a few months. I was initially really impressed and had really high hopes for this product. I still hope the manufacturers correct the issues before it is too late. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |

| | | | |
|---|---|---|---|
| 300 | 2017-03-29 | Decently bright, however **the batteries die when not being used. Flashlight didn't work when needed.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_2?ie=UTF8&reviewerType=all_reviews&pageNumber=2&filterByStar=critical |
| 300 | 2017-04-08 | I bought two 3-packs of these back in 2016 on two separate occasions, and believe that **they were essentially designed to drain all 4 AAA batteries as quickly as possible.** In one of these lights I inserted 4 brand new AAA batteries, marked the date on it, and set it aside assuring it did not get used. In less than a month all 4 batteries were completely drained, and some even read negative voltage with my Fluke digital VOM. This will certainly be the last Duracell product I ever buy again! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_5?ie=UTF8&reviewerType=all_reviews&pageNumber=5&filterByStar=critical |
| 300 | 2017-05-14 | I haven't read through all the reviews but I think I'm in the same boat as a lot of people. I bought the 3 flashlight set from Costco. Put batteries in all of them expecting them to perform for a very long time. The only led flashlight I had before was an Ozark Trail 3AAA that I have never had to replace the batteries in (~4 years). **Within a month all three were dead. Put batteries in one of them and marked the date with tape and pen. Not even really a month before dead.** Thought maybe it was the one flashlight so tried with another and same results. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_9?ie=UTF8&reviewerType=all_reviews&pageNumber=9&filterByStar=critical |
| 300 | 2017-06-02 | Light is good, but now that I have had these in I found that I need to store them without the batteries in otherwise **they drain the batteries down slow say over 6 months.** No other flash light including other LEDs I have do this. All three of these do and was a complete waste of batteries | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_2?ie=UTF8&reviewerType=all_reviews&pageNumber=2&filterByStar=critical |
| 300 | 2017-06-07 | Got these as a gift. Sad to say they are a ripe off. **Made to drain your battery's as quickly as possible even while setting on the shelf. Drained a set of batters in less than 30 days without a single time being used.** Don't buy these unless your a Duracell stock owner. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_9?ie=UTF8&reviewerType=all_reviews&pageNumber=9&filterByStar=critical |
| 30 | 2017-06-24 | Take a look at the top critical review and comments. **These are designed to drain your batteries flat while on the shelf, waiting for an emergency.** Duracell product managers apparently have no scruples. Look for flashlights with mechanical switches unless you use it daily and don't need for an emergency. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_11?ie=UTF8&reviewerType=all_reviews&pageNumber=11&filterByStar=critical |
| 300 | 2017-07-10 | I thought these were ausum at first. Bought 6 small and 4 large ones. JUNK! **all drain batteries when off.** I have to unscrew the back so there is no connection for them to last | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_2?ie=UTF8&reviewerType=all_reviews&pageNumber=2 |

| 300 | 2017-07-10 | The other reviews on here are correct, **these lights do consume power when off in storage.** If you are going to store it, unscrew the cap a bit until the switch breaks contact.<br>They also use 4 AAA batteries to get the voltage up, but AAA don't have very high capacity and so they will consume batteries faster because of it.<br>The lights have no beam adjustment capabilities.<br>That being said, I've still bought 2 sets. They are small but easy to handle, they use standard batteries, they are BRIGHT for their size, and the chassis is super tough. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2017-08-14 | **Drains the batteries even when turned off.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&pageNumber=14&filterByStar=critical |
| 300 | 2017-09-05 | **These Duracell flashlights seem to drain the batteries. I have several in the house that were useless when needed . this is the third time I have replaced the batteries** thinking it was my fault. And I will add that I have a set of larger Dura 1000 that seems to have the same issue. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2017-09-14 | Bought at Costco for emergencies and sporadic use around the house. I quickly found that any money I saved on price was burned up in battery costs- **these flashlights burn juice with the power off!** I resorted to unscrewing the cap when not in use, before I regained my sense.<br>I opened my trusty Maglite, which has lived under the Texas sun for 10 years. Behold, there was a D cell scheduled for retirement in 2014.<br>The Duracell flashlights require battery replacement every 2 months. If you need an inexpensive torch and are willing to remove the battery cartridge after each use, it will serve you well.<br>If not, stick with products from an actual flashlight manufacturer.<br>I'm required to select at least one star. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_7?ie=UTF8&reviewerType=all_reviews&pageNumber=7&filterByStar=critical |
| 300 | 2018-01-24 | All three have had excessive battery drain. **It has taken me several battery changes before I realized it was not due to my error of leaving the flashlights on.** In the interim I have purchased three of the 380 models and they are working well. If I could find the Receipt I would return them. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_viewpnt_rgt?ie=UTF8&reviewerType=all_reviews&pageNumber=1&filterByStar=critical |
| 300 | 2018-02-11 | I bought a 3 pack and loved them when I first turned them on**, a week later when I needed them they wouldn't come on - batteries dead , I thought I got a bad batch so I order another 3 Pack, same thing,** they are junk DONT WASTE YOUR MONEY!!!! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_3?ie=UTF8&reviewerType=all_reviews&pageNumber=3&filterByStar=critical |

| 300 | 2018-02-15 | I bought these thinking they were similar to a set I bought at Costco last year. They're not! The ones I got at Costco were focusable, these weren't. **I have also experienced the same battery drain other users are commenting on - I couldn't believe that the new alkaline batteries that came with these were already drained after a few weeks of the flashlight mainly sitting**, used maybe 5 minutes total time.... Now I understand why! Too bad, as they do put out a nice light. We like to place these in some rental houses we have for emergencies, but if the **batteries won't stay charged until the emergency, they are worthless** for that! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/dp/B00LCRL1P8 |
| 300 | 2017-03-29 | Decently bright, however **the batteries die when not being used.** Flashlight didn't work when needed. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_2?ie=UTF8&reviewerType=all_reviews&pageNumber=2&filterByStar=critical |
| 300 | 2018-03-18 | DISASTER OF A FLASHLIGHT. These flashlights fail quickly. **The batteries drain when off.** DO NOT BUY AS THEY WILL ALL FAIL! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_3?ie=UTF8&reviewerType=all_reviews&pageNumber=3&filterByStar=critical |
| 300 | 2018-04-18 | Although we have been very impressed and happy with the brightness and with the color variety, unfortunately these flashlights burn through batteries like crazy, whether in high/moderate/low/almost-no use. We owned nine of these flashlights, and we gave some additional flashlights as gifts to family and friends. We've all suffered the same requirement of replacing batteries much much more frequently than any other flashlights of similar power and size. We became sick and tired of **finding the flashlights dead or with low power when we needed them, and sick and tired of paying for so many batteries.** We placed a barrier between the contacts in every flashlight, which solved the batteries issue, but removing the barrier whenever needing to use a flashlight was ridiculous; a heroic effort on our part :-) but who wants to do that? So we finally decided to get rid of all of these flashlights and replace them. There is concern that this is a Duracell flashlight that burns through batteries for some reason, requiring us to buy far more batteries than typically. Considering Duracell is a well-known battery brand that is selling the item that will use lots and lots of batteries, it does raise a bit of suspicion. Hate to think like that, but there it is. We've since replaced the flashlights and the replacements don't drain batteries at an oddly fast rate as these do. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/dp/B00LCRL1P8 |

# EXHIBIT   16

## CONSUMER COMPLAINTS

## about

## RAPID, PARASITIC
## BATTERY DRAIN DEFECT

## in

## DURACELL

## MODEL 350

## LED FLASHLIGHTS

# EXHIBIT   16

The following are publicly posted internet comments by consumers / putative class members illustrative of the parasitic battery drain design and/or manufacturing defect in the Duracell "Durabeam Ultra" LED flashlight model 350:

| MODEL | DATE | COMMENT | SOURCE |
|-------|------|---------|--------|
| 350 | 2016-03-04 | **Batteries drain so fast on these flashlights that they are rarely ready when you need to use them.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_18?pageNumber=18 |
| 350 | 2016-03-11 | very bright **but they suck batteries.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_9?pageNumber=9 |
| 350 | 2016-07-16 | Appealing unit. Very bright, zoom-function a terrific plus. However, ... batteries exhaust stupid fast, even with non-use of flashlight. I learned **I had to remove batteries after EVERY use. Suspect there is a design-flaw, a trickle-drain wastes the batteries in days.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_19?pageNumber=19 |
| 350 | 2016-07-24 | I've bought about 15 of these over the past couple years. They are bright but **75% of mine drain the batteries even when not used. I can load new batteries and put it away in a drawer, come back a month or two later and the batteries are dead or very weak.** Only a couple didn't have the problem. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_17?pageNumber=17 |
| 350 | 2016-08-20 | Like alot of people I bought the Duracell 3-pack at Costco (at least a year ago) - the "350 Lumens"...identified per the stamp on the flashlight of "350". **I've put fresh batteries in and then started noticing my flashlights always had dead batteries.** That lead me here (love Amazon reviews). I see in some reviews of model 350 that people say they don't have the gripe of battery still draining when flashlight turned off...while some other 350 reviews still note this problem. **Add me to the "350" detractors...flashlights are meant to be working when you need them and these 350's have let me down.** Most LED flashlights I have are very good but these 350's are 1-STAR due to POOR battery life. In the recycle bin they go. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_15?pageNumber=15 |
| 350 | 2016-09-25 | I really wanted to like these, cheap and bright. The 300 series worked for a year then the switches went and **they drained the batteries even when off. I got the 350 and was told the switch problem is fixed, it's not.** I walk at night and need to turn the flashlight on when a car is coming. **The switch on the 350 is completely unreliable.** Occasionally it works as expected, however most times I have to unscrew the bottom and play with it to get it to work. The car is past me before the light works. Before you review a product and give five stars, give it time to prove itself. **This flashlight will let you down.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_17?pageNumber=17 |

| 350 | 2016-11-21 | So VERY disappointing. I had one of these and wanted to get several more. All the high ratings on Amazon encouraged me, even though Costco had the same item (for half price) and the reviews were terrible. I took my chances and bought it from Amazon. What a mistake. Only the black light would work. Transferring it's power pack of 4 AAA batteries to the non working ones didn't help them. A flashlight is a pretty simple product. They have been around for YEARS! How can such a well-know brand like Duracell produce such garbage?! <br><br> EDITED Nov. 26, 2016. I took the advice in review posted April 4, 2016 by R.S. who said to call customer service at the number printed on the instructions that come with the flashlights. He was right - they are very cordial and helpful. I told them that two of the three lights would not work. But unlike with R.S. who was sent replacement end caps (containing the switch), They said they would send out two entire replacement flashlights which I just received today. Fast work! And both work perfectly. Interestingly, the number printed on the new end caps is 1542, same as on my original light that always worked. The number on each of the lights in the tri-pack was 1550. So it would seem (from this small sample size) that 1542 caps are good and 1550 caps are not. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_1?pageNumber=1 |
| 350 | 2017-01-06 | I bought it, and regret it. Here's the scoop. Sounds like a good deal for 3 with batteries included. Out of the box and loaded I was very impressed with the output of Lumen from the light. So I dropped one in my truck and had not used it, packed one in my BOB and left the other in the pack. Got the last one from the pack about 3 weeks ago, loaded it up and dropped it in my other rig. I needed a light the other morning as I pulled from my garage so into my door pocket my freezing hand went to retrieve it and illuminate the dark and cold road way. What appeared to my surprise was a dim glob of light for about 2 seconds. Not a happy camper with this. When I got home at the end of the day I tested on other light in my truck and guess what.... same thing. Really not a happy camper now! So tonight I pulled the last one from my BOB. No issues, just like I expected, works like the first day I tested it. Glad to see but I don't feel like it got what I thought I was buying. I don't know if this is a QC issue, perhaps the batteries provided are on the cusp of being worthless, or if this light just does not perform after a couple of weeks in cold temps. So I picked up some new batteries and will test one of the bad performing lights. I'll update with the results, but at this point, can't really recommend these lights. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_16?pageNumber=16 |

| 350 | 2017-01-09 | Great lights. I bought these to replace a similar model that had a power leak in the design. (Read: The switch caused a power drain on the battery, which would ultimately kill/drain the batter when needed.) I hope their "emergency" feature means they've resolved the battery leak issue. I will update my review accordingly after seeing the battery affects over a few months. These seem well constructed with its aluminum body. In regards to the flashlight light, the light is done well. It give a well adjusted adjustable beam of light with no inconsistent hotspots. The light is even throughout the ranges, where the beam becomes a square at it's most concentrated point. Overall, these seem like a good fit for basic house flashlights, where I like to put all around the house for random uses including outages and emergency situations and possibly in your vehicle. For general use, I think these are good quality lights with a good compact form factor. These can be placed pretty much anywhere, but I would still consider different options if your use is specific to a particular activity. I would recommend these for great lighting for the quality of build and cost. I have only removed 1-Star due to my previous issue with battery drain. I will update this review once I determine this is not an issue. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_8?pageNumber=8 |
| 350 | 2017-02-26 | Very handy little lights. Batteries last much longer then the Duracell 300 which ate batteries even when not being used. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_6?pageNumber=6 |
| 350 | 2017-05-27 | I have five of these lights. Three seem to be working OK. Two drain the batteries: 2-3 months on the shelf, batteries are dead. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_18?pageNumber=18 |
| 350 | 2017-07-06 | I purchased two (3 packs) of these from Costco and placed them around the house and in our car's consoles. I was surprised, when several of them did not work because of dead batteries after being unused for a few months. So, I decided to run a test. I put new batteries in all the flashlights and used a Sharpie to mark the date on the batteries. With little or no use, all of the flashlights batteries were dead within six months. That's when I knew that something was up. I did some research and found that all of the Duracell flashlights have a PARASITIC DRAIN which causes them to run the batteries out even when not in use. It makes sense that Duracell (a battery company) would sell inexpensive well-made flashlights so they can sell more batteries. It makes no difference that the flashlights are well-made because they don't work when you need them. I ended up buying some cheap Ozark Trail flashlights at Walmart. I ran the same test and after one year they were as bright as the first day I put in the inexpensive off-brand batteries that came with flashlights. I cannot speak for all of the Ozark Trail products, but I can say that the LED Flashlight & Penlight & Headlamp Combo sold at Walmart (and on Amazon) DO NOT have a parasitic drain. I bought several extra at Walmart ($10 each) just in case they stopped carrying them. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_15?pageNumber=15 |

| 350 | 2017-10-22 | Bought these flashlights at costco 2 years ago. Of the 3 only one working now. Did not use all 3 at the same time but the switch goes bad in a year, or so. ==They also drain batteries left in the flashlight==. Found that out when first put batteries in all 3 after purchase from costco and rotated thier use when one would die. By the time i got to the third flashlight the batteries did not last very long.<br>I purchased a coast flashlight about 3 years ago and used it in the use rotation. Really like the flood option of the coast and bought the three pack at costco thinking all LED flashights are probably built the same. Not so. The coast is more expensive but does not eat through batteries, and it still works. ==Not surprising i need to constantly buy batteries for the duracell flashlights==. Costco conviently sells the multipack batteries next to thier flashlight displays. You may want to reconsider. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_16?pageNumber=16 |
| 350 | 2017-12-18 | ==These flashlights have serious problems with battery drain.== I first found that it gets warm after I turned it on for a few minutes. Then I found that battery is dead only after a few times of use. Luckily I am using rechargeable batteries. I simply recharge them. I am really into rechargeable batteries. My charger can tell me how much capacity is left and how much it charges. ==I found that only a few of times of use completely drain the battery!== I suggest that you stay away from these flashlights. Or be prepared to ==have a new set of battery as a backup.== | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_18?pageNumber=18 |