Timothy P. Rumberger, Esq. California State Bar #145984
**LAW OFFICES OF TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
Telephone:   (510)841-5500
Facsimile:    (510)521-9700
e-mail: tim@rumbergerlaw.com

Attorneys for the Representative Plaintiffs
And the Plaintiff Class(es)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY F. SIDDLE and JEF WILLIAM MEEKS, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>THE DURACELL COMPANY, BERKSHIRE-HATHAWAY, INC., THE PROCTER & GAMBLE COMPANY, COSTCO WHOLESALE CORPORATION, HOME DEPOT, U.S.A., INC., AMAZON.COM SERVICES, INC.,<br><br>        Defendants, | Case No.  4:19-cv-00568-JD<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT AMAZON.COM SERVICES, INC.** |

Request is respectfully made for the voluntary dismissal without prejudice of Defendant AMAZON.COM SERVICES, INC., pursuant to F.R.C.P. 41(a)(1)(A) and F.R.C.P. 23(3).  Upon further investigation by counsel for Plaintiffs, good cause exists for the dismissal of this defendant as solely as a passive retailer of the Duracell-branded products at issue in this litigation. No consideration for this request for dismissal has been negotiated, received or promised to Plaintiffs.

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

1

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT AMAZON.COM SERVICES, INC.**

|    |    |    |
|----|----|----|
| 1  |    | Respectfully submitted, |
| 2  |    |    |
| 3  |    |    |
| 4  | DATED: May 1, 2019 | By: _____ |
| 5  |    | TIMOTHY P. RUMBERGER, Esq. |
| 6  |    | Law Offices of Timothy P. Rumberger Law |
|    |    | Counsel for Representative Plaintiffs |
| 7  |    | and Class Counsel for all putative Class Members |

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

2

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT AMAZON.COM SERVICES, INC.**