1  Timothy P. Rumberger, Esq. California State Bar #145984
   **LAW OFFICES OF TIMOTHY P. RUMBERGER**
2  1339 Bay Street
   Alameda, California 94501
3  Telephone:     (510)841-5500
   Facsimile:      (510)521-9700
4  e-mail: tim@rumbergerlaw.com

5  Attorneys for the Representative Plaintiff
   And the Plaintiff Class(es)

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11
   STANLEY F. SIDDLE, individually and on      )   **Case No.  4:19-cv-00568-JD**
12 behalf of all those similarly situated,      )
                                                )
13          Plaintiffs,                         )   **FIRST AMENDED CLASS ACTION**
                                                )   **COMPLAINT FOR DAMAGES,**
14 v.                                           )   **RESTITUTION, INJUNCTIVE AND**
                                                )   **EQUITABLE RELIEF**
15 THE DURACELL COMPANY, THE                    )
   PROCTER & GAMBLE COMPANY,                    )   **CLASS ACTION**
16 COSTCO WHOLESALE CORPORATION,                )
   TECHNOMATE MANUFACTORY, LTD.,                )   JURY TRIAL DEMANDED
17 PRO-TEK INDUSTRIES, LLC.                     )
                                                )
18          Defendants,                         )
19 _____

20        Representative Plaintiff STANLEY F. SIDDLE alleges as follows:

21                      **INTRODUCTION**

22     1.   This is a class action brought by Representative Plaintiff on behalf of himself, a California

23 class, and a national class, of all persons who purchased Duracell-branded LED flashlight models

24 250, 300 or 350, manufactured by DURACELL licensee TECHNOMATE MANUFACTORY,

25 LTD., packaged with DURACELL batteries included, and distributed by DURACELL's retail

26 partners including COSTCO, Home Depot, and Amazon, within the last four years. These

27 flashlights are defective:  they rapidly drain batteries in less than 30 days when turned OFF.

28

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**FIRST AMENDED CLASS ACTION COMPLAINT**

1

2.   THE DURACELL COMPANY is an American manufacturing company, with principal executive offices in Chicago, Illinois (and subsidiaries in the United Kingdom (UK) and China). DURACELL was 100% owned by parent holding company PROCTER & GAMBLE from 2005 until completion of its sale on February 29, 2016 to Berkshire-Hathaway, Inc.

3.   THE DURACELL COMPANY, a.k.a. DURACELL, INC., (dba "DURACELL") declares, and the evidence discovered after the filing of the initial complaint suggests that DURACELL first entered into a licensing agreement with TECHNOMATE MANUFACTURING, LTD. in early 2013,  as a result of their discussions about manufacturing Duracell-branded flashlights in order to market them, combined with alkaline batteries manufactured by DURACELL, inside packages specifically designed and labeled for sale at COSTCO.  As required by the Lanham Act, 15 U.S.C. §1051-1127, DURACELL has at all times relevant retained and bore a duty to exercise its rights to quality control over the design and manufacture of all Duracell-branded flashlights so as to ensure that all goods bearing the DURACELL mark are of the same quality.

4.   Since at least January 2014 to the present, all Defendants together have engaged in a concerted scheme to market and distribute Duracell-branded LED flashlight models 250, model 300, and model 350, (also marketed by Defendants as "Durabeam Ultra"), with iterations of substantially similar Duracell-branded LED flashlights appearing nationwide in the U.S. market through the present time.  All of these LED flashlights were marketed by Defendants inside sealed single or, more commonly, multi-packs containing three or four flashlights.  (*See, e.g.* <u>Exhibits 8, 9 and 10</u>)

5.   Each of these sealed retail packages of Duracell-branded LED flashlights have also included a full set of DURACELL AAA-size  "COPPERTOP Alkaline-Manganese Dioxide" batteries (presently designated as model MN2400), one full set for each of the flashlights, all made prominently visible in the clear plastic packaging.  Conveniently, these "bonus" sets of

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

2

**FIRST AMENDED CLASS ACTION COMPLAINT**

DURACELL batteries can be immediately installed and used for powering the enclosed LED flashlights by the consumers.  DURACELL AAA batteries are marketed by Defendants as the best replacement batteries to be purchased by consumers for use in these flashlights in the future.  Replacement DURACELL alkaline AAA batteries, sold separately from Duracell-branded flashlights in many different multi-unit packages, are available from DURACELL's retail partners, as well as in wide retail distribution, at virtually every type of retail and online outlet in the USA and worldwide. (*See* Exhibits 1 and 2)  In addition, COSTCO markets its own "Kirkland" brand AAA alkaline batteries, (which DURACELL has not disputed were manufactured by it for COSTCO), and presently sold by COSTCO in 64-packs. (*See* Exhibits 3 and 4)

6.   Nowhere *on* these Duracell-branded LED Flashlights, nor anywhere on the packaging, does any name other than DURACELL appear -- not the name or existence of any licensee, manufacturer, or customer service provider other than DURACELL (apart from representing that these products were "imported by" or alternatively "distributed by" COSTCO, and, on some early variants an erroneous reference to "Gillette," which has actually not owned DURACELL since 2005, after it's sale to Procter & Gamble, subsequently corrected on the later models).  Certainly nothing on the product packaging, point-of-purchase in-store displays or websites discloses that anyone other than DURACELL itself is the designer and manufacturer of these flashlights, such that, at the time of purchase, the objective representation to Plaintiff (as well as any and all consumers reasonably relying on this representation) is that DURACELL is the manufacturer of both the Duracell-branded flashlights and the Duracell-branded batteries inside the packages offered for sale.  Similarly, there is no indication on the packaging, or in any of the marketing of these defective Duracell-branded LED flashlights, that the 888-910-2280 "Customer Service" phone number provided connects consumers to anyone other than DURACELL (rather than in fact

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

3

**FIRST AMENDED CLASS ACTION COMPLAINT**

to DURACELL licensee's TECHNOMATE MANUFACTORY affiliate in the United States, PRO-TEK INDUSTRIES, LLC, based in California, who operate a warehousing and shipping operation and answer mail, while, at the present time, in turn using the help of *American Customer Service*, in Norcross, Georgia, to answer that customer service number, take orders for replacement defective parts and flashlights, and answer consumer's questions).

7.   The Duracell-branded LED flashlight models 250, 300 or 350 and potentially similar models all share a catastrophic and pervasive design and/or manufacturing defect that rapidly drains the installed batteries, with power turned OFF, thus rendering these flashlights inoperable until reloaded with more batteries, as further described below.  (Hereinafter these flashlights shall be identified simply as "***the defective Duracell LED flashlights***" or "***the defective flashlights***," unless specific characteristics of certain specific models are being identified and discussed.)

8.   Certain later variants of Duracell-branded LED flashlights, (*e.g.* models 380, 500, 1000, 1500) marketed by Defendants as being free of this design and/or manufacturing defect, are henceforth referred to as "*the non-defective Duracell LED flashlights,*" unless otherwise specified. (*See, e.g.* Exhibits 5)

9.   The packaging and marketing for the defective Duracell-branded LED flashlights promotes the reliability of these products, assuring consumers that these products are **"ideal"** for use in "**emergencies**" and boasting about their performance, specifically the ability to provide light continuously for up to 1 hour and 30 minutes at the high-intensity setting, and up to 7 hours at the low-intensity setting, when used with DURACELL AAA alkaline batteries. (*See* Exhibits 8, 9 and 10)

10. Duracell-branded flashlight packaging further advises consumers that "*For best performance, **use Duracell alkaline batteries***" and to "***Replace all batteries** at the same time.*" (Exhibits 8, 9 and 10)

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

4

**FIRST AMENDED CLASS ACTION COMPLAINT**

11. All DURACELL COPPERTOP AAA Alkaline batteries, regardless of how they are packaged or where they are sold in the US, are represented by DURACELL (as well as by PROCTER & GAMBLE, in a news release and at their website at least since June 1, 2012) as having a "*10-year storage lifespan*," and/or "***GURANTEED 10 YEARS IN STORAGE***," and also as being "***the most trusted batteries in the world***."  (*See* Exhibit 1)

12. COSTCO's own "Kirkland" brand batteries, manufactured for COSTCO by DURACELL, and sold inside Costco Warehouse stores side by side with replacement DURACELL batteries, advertise the same 10-year storage life.  (*See* Exhibit 3)

13. However, **the defective Duracell-branded LED flashlights do not actually have the performance characteristics represented by Defendants' promises related to either these Duracell-branded flashlights or the DURACELL batteries**: they do not provide consumers with the advertised operation times, and both the provided or the replacement DURACELL batteries do not have the advertised storage lifespans when installed in these defective Duracell-branded LED flashlights, with power turned OFF.  Instead, these flashlights often fail to turn on at all, or turn on and fade out in seconds, after being stored and not in use for 30 days or less. Specifically, these flashlights are defective in that **their flawed end caps continuously and rapidly drain electric power when their LED lights are switched OFF**, thus causing the batteries **(**Duracell-branded or any other equivalents) inside these flashlights to become fully depleted and dead, in less than 30 days, instead of the 10-year advertised storage lifespan for the DURACELL batteries sold with these flashlights or the replacement batteries sold separately.

14. In contrast, batteries installed in non-defective LED flashlights do not suffer this parasitic power drain defect, and can be safely stored inside such non-defective flashlights for the entire advertised battery-storage lifespan, at specified reasonable storage conditions. It is important to note that in fact, being stored inside the well-sealed bodies of LED flashlights, at normal room

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

5

**FIRST AMENDED CLASS ACTION COMPLAINT**

temperatures, is the safest location to store batteries in order to achieve their maximum possible storage lifespan, since this method of storage offers protection from humidity and/or condensation which can gradually drain the battery charge (unless a particular battery, or multiple batteries, are themselves defective and spring a leak - which will introduce moisture into the sealed body of the flashlight and gradually drain all the batteries contained therein).

15. As a result of this inherent and pervasive defect in these Duracell-branded LED flashlights, consumers who trusted the DURACELL brand and counted on their LED flashlights to work **are being literally left in the dark, just when they need their flashlights most – during critical emergency or even life-and-death situations**, such as power outages, failed or tripped fuses, household fires, home intruder alerts, vehicle breakdowns, or natural disasters like earthquakes, hurricanes, tornadoes, snow storms, floods, landslides and fast-moving outdoor fires, or even acts of terrorism and riots, domestically and while travelling globally – in any times of crisis during which having immediate access to a working flashlight, with batteries holding their full charge, can be essential for having a bright light to save oneself and one's family.  The defective Duracell-branded LED flashlights fail to turn on at all, or they do not provide the expected high-intensity light for anywhere near the advertised operation times – precisely during the emergencies these products are marketed and sold as being essential and ideal for by Defendants.

16. Those consumers fortunate enough to have tested their defective Duracell-branded LED flashlights a month or so after first installing sets of DURACELL batteries in them, discovered that these batteries had become mostly or fully depleted, thus rendering their LED flashlights nearly or completely dead – prior to needing to use them in an emergency -- thus alerting such consumers to the need to replace the prematurely depleted batteries. Millions of consumers, however, still have no idea that the defective Duracell-branded LED flashlights they have strategically placed in their homes, places of work or vehicles over the past four years (for

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

6

**FIRST AMENDED CLASS ACTION COMPLAINT**

emergency use, with a reasonable expectation of DURACELL batteries' 10-year advertised storage life), have actually long been dead and will not help them in the event of an actual emergency.

17. Upon discovering that the DURACELL batteries installed in their defective Duracell-branded LED flashlights were fully depleted in less than 30 days, many class members, including Representative Plaintiff, foreseeably purchased – and indeed were induced by the Defendants' marketing on the packaging[1] into purchasing – additional sets of replacement DURACELL batteries, as Defendants expected, and/or should have expected, if not intended.

18. Many class members, including Plaintiff, have continued to spend money replacing multiple sets of DURACELL batteries, until they finally realized that it was futile and that the defective Duracell-branded LED flashlights they had purchased were fatally flawed and would always rapidly drain batteries when turned OFF, instead of being ready to turn ON and provide reliable bright portable light during the DURACELL batteries' advertised storage lifespan of 10 years.

19. From 2014 and to the filing of this Complaint, **consumers from all over the United States reported and complained** about the rapid power drain of the DURACEL batteries sold with and included in the packaging with the defective Duracell-branded LED flashlights, as well as the subsequently replaced batteries.  These complaints, both directly to DURACELL and to its manufacturing, customer service, and retail distribution partners, resolve any doubt that DURACELL and its manufacturing, customer service and distribution partners including TECHNOMATE, PRO-TEK, COSTCO, and many others, at all times since at least 2014, were fully aware of the prevalence of this defect. (see Exhibits 14, 15 & 16 *containing illustrative reports from defrauded consumers*)

---

[1]  *See, e.g.* Exhibits 8 and 10, "*For best performance, **use Duracell alkaline batteries***" and "***Replace all batteries** at the same time.*"

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

7

**FIRST AMENDED CLASS ACTION COMPLAINT**

20. In fact, Defendants, and all of them, were fully aware, or should have been aware, of this design or manufacturing defect, as evidenced by the large number of consumer complaints made via their customer service phone numbers, emails, professional consumer product reporting websites and amateur product review websites and online videos, as well as the innumerable public postings on websites maintained by COSTCO, Amazon, Home Depot, and others.

21. In the wake of such widespread complaints, Defendants (at least DURACELL TECHNOMATE and COSTCO specifically, as known at this time) changed the marketing on the packaging for the subsequent, non-defective models of Duracell-branded flashlights, such as the **models 380** and **500**, now stating: "***Eliminates power drain of batteries in off position,***" as well as "***NO BATTERY DRAIN IN OFF POSITION***" -- revealing explicit admissions by the Defendants of their knowledge of the rapid parasitic battery drain defect in the previous Duracell-branded LED flashlight models 250, 300, and 350, (*See* Exhibits 11 and 12) -- and utilizing the known defect in the 250, 300 and 350 models to *further* profit by promoting consumer purchases of Duracell-branded non-defective flashlights (packaged with DURACELL batteries) and replacement batteries manufactured by DURACELL and sold through its distribution partners. (*See* Exhibit 6)[2]

22. Further admissions have been made to customers who suspected that their Duracell-branded LED flashlights were defective and called the tech support number (888-910-2280, provided on the packaging and in the user manuals).  Once connected to a service center, and after complaining about the rapid battery drain issue, consumers were informed that **the end caps of their flashlights had defective power switches** and consumers were offered replacement end-caps to be sent free of charge.

23. Despite Defendants' awareness of this pervasive defect and the feasibility of replacing the

---

[2]   "WHERE TO BUY:  Duracell Flashlights are available at the following retailers  COSTCO WHOLESALE [and] THE HOME DEPOT")

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

8

**FIRST AMENDED CLASS ACTION COMPLAINT**

end caps containing the defective power switches, no comprehensive notification nor national recall action has ever been undertaken, by any entity in the chain of distribution, including PROCTER & GAMBLE, DURACELL, TECHNOMATE, PRO-TEK or COSTCO, Home-Depot, Amazon, and many others, to warn consumers in order to either remove these defective, wasteful and potentially very dangerous Duracell-branded LED flashlights from circulation (in possession of consumers, stocks maintained by the retail distributors, and/or in the secondary re-sale channels, such as Amazon Marketplace, eBay, craigslist, etc.), or to replace all the defective end caps in these Duracell-branded LED flashlights.

24. Instead, these mega-brand corporate Defendants have evidently chosen to maximize their profits and avoid the costs of fixing or replacing all the defective flashlights they sold – **at the expense of their trusting customers being literally left in the dark**, often in dangerous situations, and/or fraudulently induced into spending money on replacing whole sets of batteries that were, and will continue to be, rapidly depleted again and again, providing little or no usable light to their owners.  As another damaging result of this pervasive defect, millions and perhaps billions of needlessly drained batteries accumulate in dumps, landfills, or recycling centers, while their otherwise unnecessary manufacturing, packaging and transportation continue to contribute to global warming and natural resource depletion.

25. By this scheme, PROCTER & GAMBLE, DURACELL, its manufacturing and distribution partners, have unfairly reaped profits by fraudulently increasing demand for DURACELL replacement batteries. Year after year, DURACELL, together with its manufacturing and distribution partners, have marketed at least three different models, in succession, of severely defective LED flashlights – notwithstanding the maelstrom of complaints from their customers, and knowing that previous generations of many similar non-Duracell branded products did not have this built-in defect which was virtually effortless to correct with minor engineering and

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**FIRST AMENDED CLASS ACTION COMPLAINT**

manufacturing changes, at negligible cost to Defendants.

26. DURACELL communicates with consumers through several internet websites, such as www.duracell.com/en-us/  and  www.youtube.com/user/OfficialDuracell/videos, that contain extensive promotions of safety preparedness -- using DURACELL batteries, of course.

27. DURACELL's website also links to a website operated by its manufacturing licensee TECHNOMATE dedicated specifically to marketing flashlights (www.duracellflashlights.com), with an FAQ section (http://duracellflashlights.com/faq/) that both misleads consumers about the rapid battery drain defect, and offers them entirely counter-helpful advice, while contradicting well-established safety preparedness practices, as detailed below.  Instead of offering its customers replacement of their defective Duracell-branded LED flashlights, or replacement of the defective components inside them, Defendant's marketing and FAQ answers repeatedly suggest that consumers should instead purchase more DURACELL batteries to replace the depleted ones, should their Duracell-branded flashlights fail to turn on.  (*see* Exhibit 7)

28. No disclosure to consumers appears anywhere on either the Duracell.com website nor the duracellflashlights.com website identifying TECHNOMATE as the actual foreign manufacturer, nor is there any implication that any company other than DURACELL is the manufacturer of these Duracell-branded flashlights – thus inducing Plaintiff and consumers universally to reasonably believe that DURACELL manufactured these Duracell-branded flashlights.

29. For those consumers who might suspect that their DURACELL batteries are being rapidly drained inside the defective Duracell-branded LED flashlights, even when they are turned OFF, Defendants concede in the FAQ section: "*For best battery performance, remove the batteries from the flashlight when not in use*."  (*see* Exhibit 7)  However, if consumers were to follow this suggestion, it would substantially defeat the most important purpose of pocket-sized flashlights for which they were being marketed and sold – to be instantly available to reliably provide powerful

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

10

**FIRST AMENDED CLASS ACTION COMPLAINT**

light in emergency situations.  Plaintiff putative class members have no "advance warning," of course, when they face home intrusions, vehicle breakdowns, earthquakes, tornadoes, floods, landslides, fires or any other unexpected emergencies or disasters.  Therefore, they are not provided with a timely "heads-up" to first find their DURACELL batteries, then find and review their user manuals to follow all the required steps, including having to unscrew the end caps of their Duracell-branded LED flashlights and remove the battery holder modules, without dropping and losing them, then correctly orient the polarity of multiple batteries into the holder module (that requires each of them to point in a different direction), then slide the battery holder module back into the flashlight, in the correct direction, and finally align and screw the end cap back on.  This entire process would have to be performed by consumers with limited lighting and likely in total darkness – before the class member consumers or their family members are able to turn on their flashlights and get the bright LED light desperately needed to help escape to safety in a natural disaster or to fix a dangerous problem like having to replace a blown tire on the side of the road at night.  All of this is well understood by Defendants, as discussed further below and evidenced by Defendants' own online publications.  (*see* <u>Exhibit 13</u>)

30. To "*remove the batteries from flashlights when not in use,*" and store them separately, as the Duracell FAQ web page speciously suggests, Plaintiff putative class members would need to be able to perform the above described precision tasks at lightning speed, and do so perfectly, from the first attempt, most likely in complete darkness, even if they might be elderly, partially disabled, already injured as a result of the emergency they are trying to survive, or trembling in terror and disoriented during the moment of great danger, like an earthquake, a flash-flood or an encircling fiery inferno.  To be of any help to anyone when disaster strikes, usually without any warning, it is indisputable that batteries must already be securely installed inside their flashlights and tested to make sure they work as installed, thereafter remaining full of their advertised power

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**FIRST AMENDED CLASS ACTION COMPLAINT**

for the duration of their advertised storage life of 10 years, and thus always ready to be turned ON, to instantly provide powerful portable LED lighting.  This is also fully consistent with the reasonable expectations of an average reasonable LED flashlight consumer.  Advice to the contrary, offered at the duracellflashlights.com FAQ web pages (and in certain other publications), constitutes additional fraud, as well as blatant and deliberate endangerment of trusting DURACELL, COSTCO, Home Depot, and Amazon customers.

31. All the defective Duracell-branded flashlight models still appear available for purchase online at various websites and are being promoted through DURACELL's own website with direct links to duracellflashlights.com (as of 2019-01-31, at http://duracellflashlights.com/products/), including detailed descriptions of their features and technical specifications, as well as providing download links for their user manuals  (*see* Exhibits 6 - 12):

    a. In the CAUTION section of the **model 250** user manual, the website states:

        "***Remove batteries from equipment which is not to be used for an extended period of time***."  However, the website fails to define "*an extended period of time*" -- an ambiguous term which could mean completely different lengths of time to different consumers: from days to weeks to months or years, up to the advertised shelf life of DURACELL batteries, and thus a legally and practically illusory statement.  Most importantly, as of the fling of this Complaint, **Defendants still fail to disclose that the Duracell-branded model 250 flashlight has a defect and will start depleting batteries the moment they are installed, even with power turned OFF**, and will likely fully drain the installed batteries in less than 30 days, thus rendering this flashlight useless in an emergency, contrary to Duracell advertising.

    b. In the second CAUTION section of the **model 300** and **350** manuals, the website states: "***Remove batteries from appliances that will not be used for long periods of***

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

12

**FIRST AMENDED CLASS ACTION COMPLAINT**

*time (months or longer)*," which actually precisely means "longer than two (2) months."  However, the website **fails to disclose that the Duracell-branded model 300 and 350 flashlights have a defect and that they will likely start depleting batteries the moment they are installed, even with the power turned OFF**, and will likely fully drain the installed batteries in less than 30 days, rather than when installed "*for long periods of time (months or longer)*," as claimed in the user manuals, thus rendering these flashlights useless in an emergency, contrary to Defendants' marketing.

c.  In the second CAUTION section of the manual for **model 380**, the first of the newer models known to announce on its packaging that it "*Eliminates power drain of batteries in off position,*" the duracellflashlights.com website again states: "*Remove batteries from appliances that will not be used for long periods of time (months or longer)*," which appears to be an erroneous and entirely counter-helpful leftover from the older, defective models' user manuals.

d.  Most importantly, despite already having invested in constructing elaborate web pages and a quite popular YouTube channel to promote to consumers, and educate them about all the DURACELL batteries and Duracell-branded LED flashlights, including those models Defendants knew to have a battery drain defect, Defendants still:

   i.  failed to warn current and prospective consumers about the defect;

   ii.  provided either vague or deceptive "cautions" in the applicable user manuals, that would not actually help consumers avoid having their batteries become fully depleted inside their defective Duracell-branded flashlights (while these "cautions" also completely contradicted reasonable

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

13

**FIRST AMENDED CLASS ACTION COMPLAINT**

safety preparedness practices);

  iii. failed to proactively offer customers in possession of defective flashlights still covered by applicable warranty periods with a fix for the battery drain defect (via a free replacement end cap, or a complete replacement of these defective flashlights free of charge);

  iv. failed to notify owners of the older defective flashlights, those outside of the stated warranty periods, that they should upgrade and purchase one of the newer Duracell-branded flashlight models that are free of the battery drain defect.

32. The actual performance characteristics of defective Duracell-branded LED flashlights are dramatically and catastrophically inferior to those advertised by DURACELL and its manufacturing and retail partners:  whole sets of DURACELL batteries begin to be needlessly drained, the moment they are installed in these flashlights, and they continue to be drained, when turned OFF, until they are completely dead, in less than 30 days.  Therefore, the only accurate and honest "caution" that Defendants could have provided on the related packaging and in their user manuals would have been: "***These flashlights drain power from batteries the moment they are installed, even with the LED lights turned OFF, and they will fully deplete a set of batteries in less than 30 days.  Consumers should remove batteries from these flashlights immediately after each use and store them separately from the flashlights, if they desire to enjoy the 10-year advertised shelf life from DURACELL batteries purchased for use with these Duracell-branded LED flashlights***."  Obviously, if such disclosures were made by Defendants, consumers would refuse to purchase the defective Duracell-branded LED flashlights.

33. In fact, even if these defective Duracell-branded LED flashlights were being given away for free, they would expose consumers to financial losses and frustration of constantly having to

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

14

**FIRST AMENDED CLASS ACTION COMPLAINT**

replace batteries, as well as, at the very least, the great stress whenever these defective flashlights failed to turn on in an emergency, and very likely other great potential harm in such situations.  It would be like giving away deliberately defective lifejackets to trusting boat owners:  if a boat owner or his passengers have no other lifejackets (because of reliance on the lifejackets as they were marketed), they would now be more endangered, by being left without a product able to save them when the boat sinks in a storm.  Defendants not only know, but actively promote the notion that one of the primary reasons consumers should and do desire compact household LED flashlights, is to have them immediately available, inside homes, backpacks, purses and vehicles, instantly operable in case of emergencies.  This also explains why consumers eagerly purchase LED flashlights in multi-packs of 3 or 4 units each – to place them in numerous strategic locations around their homes and their cars – to be ready for use immediately, whenever a disaster might strike.

34. Inability to keep batteries installed inside LED flashlights, without having them rapidly drain the batteries, **renders such LED flashlights entirely unsuitable for emergency use** – and fraudulently failing to fulfill the advertised promises on the product packaging of models like the **250** ("*Emergency Strobe Light," on front*),  the **300** ("*Compact Size - **Ideal for Emergency Situations**,*" on back),  and the **350** ("*Emergency Strobe Light,*" on front and "*Compact design makes it **ideal for** home, car, outdoors and **emergencies**,*" on back).  (*see* Exhibits 8 - 10)

35. At DURACELL's web page https://www.duracell.com/en-us/program/duracell-powerforward/, under the heading **Storm Preparedness**, DURACELL declares:    (*see* Exhibit 13)

> "*Storms and natural disasters are **unpredictable**. You never know when one can affect you or someone you love. That's why Duracell encourages everyone to review the Duracell Emergency Checklist or visit www.Ready.gov. Your Emergency Preparedness kit **could save your life**. Make sure it's packed with plenty of food, water, **flashlights** (and/or lanterns) **and plenty of trusted Duracell batteries** to outlast the storm.  Follow @Duracell on Twitter for real time updates about storms, preparedness, and PowerForward*

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

15

**FIRST AMENDED CLASS ACTION COMPLAINT**

*deployments.*"

Further down that **Storm Preparedness** web page, DURACELL states:

> "**Natural disasters** *like hurricanes, tornados and floods* **are happening more frequently every year**, *causing power outages* **for millions of people**."

DURACELL is thus clearly aware that disasters strike <u>without warning</u> and they <u>endanger the lives of millions of Americans</u>, including DURACELL's loyal customers.  DURACELL then expresses its highly commendable corporate commitment to help communities in desperate need, as promoted on their website (and via YouTube videos):

> "**To assist those in need and to help communities recover, Duracell created the PowerForward** *program.  Since 2011,* **Duracell PowerForward has been helping affected communities across the country** *by distributing free Duracell batteries, charging mobile devices, and providing Internet access to those in need so they can connect with family.*"

Without doubt, these are truly beneficial community outreach programs.  However, DURACELL's stated commitment to save lives rings hollow and remains little more than corporate brand marketing, shamelessly leveraging the devastation experienced by disaster victims – **unless DURACELL and all of its manufacturing and retail partners also take immediate steps to remove from circulation and/or repair every single one of its defective and dangerous LED flashlights.**

36. Unfortunately, since 2014 and through the present, these supposedly essential life-saving Duracell-branded flashlights will, more likely than not, leave class members in desperate trouble, possibly resulting in loss of life.  Every day these defective LED flashlights remain in their possession, they are endangering, rather than helping millions of consumers who trusted DURACELL brand reputation and advertised promises, but will end up in the dark during a crisis, with fully or mostly depleted batteries in their defective Duracell LED flashlights.

37. All of the above further confirms that Defendants were fully aware of the battery drain

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**FIRST AMENDED CLASS ACTION COMPLAINT**

defects in the Duracell LED flashlights and that they conspired together to reap a windfall of profits from their fully intended effect – to deceptively manipulate loyal consumers into needlessly and repeatedly purchasing replacement DURACELL batteries for their "battery-draining" defective Duracell-branded LED flashlights.

38. It is also remarkable that DURACELL's retail distribution partners were previously already successfully selling large volumes of non-Duracell-branded compact LED flashlights that were free of defects, for many years (sold in single or multi-packs, marketed and packaged similarly to the later Duracell-branded models, and sometimes including complete, ready-to-use sets of DURACELL batteries), and these non-Duracell branded flashlights were marketed along side with heavily-promoted multi-packs of DURACELL batteries.  These compact non-Duracell branded LED flashlights were much cheaper, brighter and much more efficient than the previous generation of non-LED flashlights that used incandescent or halogen light bulbs – which drained batteries many times faster when in use, compared to the efficient new LED modules.

39. As such, the arrival in the marketplace of these efficient non-Duracell branded LED flashlights predictably caused a significant decrease in the demand for replacement DURACELL batteries, and, therefore, threatened a loss of revenues to DURACELL, as these new flashlights would have to be operated for much longer periods of time before they would deplete the installed sets of batteries.  In such a marketplace the introduction of the Duracell-branded LED flashlight models 250, 300 and 350, all containing a rapid battery drain defect, and the removal from retail channels of the previous generation of non-Duracell branded LED flashlight models (free of this defect), evidences a fraudulent scheme by DURACELL, its manufacturing and retail partners, to generate a recurring and massively profitable revenue stream from the sales of replacement batteries to their trusting (and ultimately deceived) customers, who purchased the defective Duracell-branded flashlights.

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

17

**FIRST AMENDED CLASS ACTION COMPLAINT**

40. The timing of the introduction of the defective Duracell-branded LED flashlights into the marketplace also curiously coincided with the August 2014 announcement of the intended spin-off and sale of DURACELL by its multi-brand owner, ***PROCTER & GAMBLE (P&G)***, to a top-tier holding company, Berkshire-Hathaway, Inc..  Obviously, P&G was highly motivated to pursue business strategies that would maintain and increase the revenues and profits of DURACELL, rather than allowing them to decrease, particularly during the lengthy due-diligence and regulatory approval stage of this publicly announced transaction, in order to secure the swap of the DURACELL corporation for the greatest possible number of shares of P&G from Berkshire-Hathaway, Inc. on the date of the actual deal closure, February 29, 2016  (ultimately for $52M P&G shares total, valued at $4.7B, less $1.8B cash-recap of DURACELL by P&G).

41. In contrast to DURACELL's current holding company Berkshire-Hathaway's apparently mere passive role as DURACELL's owner/investor, PROCTER & GAMBLE not only profited from placing these defective products in the stream of commerce, but played an active role in the marketing enterprise: from P&G press releases promoting Duracell as early as 2007[3] and 2012,[4] to the award-winning P&G television and online-video advertising in 2014,[5] to the online videos created by P&G to promote Duracell and its products (*e.g. "Birth of an Icon: DURACELL,"*[6] and

---

[3]   ***P&G News Release,*** October 2, 2007, "Trusted Everywhere" ad featuring **Duracell** Rechargeables.

[4]   ***P&G News Release,*** June 1, 2012, Volker Kuhn, general manager for Duracell North America, "We know that consumers typically don't spend a large amount of time thinking about batteries. But…it's important that Duracell is recognized as a power solution they can trust. Whether…a natural disaster occurs and a flashlight needs to work…Duralock's up to 10-year guarantee means that you will always have access to power when you need it – even if your batteries have been in storage for years." Exhibit 17

[5]   Duracell ad featuring deaf NFL Seahawk Derrick Coleman viewed more than 22 million times on YouTube earned 2014 Corporate Leadership Award awarded to **Procter & Gamble**.

[6]   *Birth of an Icon: DURACELL* at https://www.youtube.com/watch?v=oBxDEfQeLLU: "The people behind the CopperTop haven't stopped helping ensure our consumers power to their devices at all times. Although **Duracell** may only have **joined the P&G family in 2005, this brand, like so many other P&G brands**, was born and raised on innovation and meeting consumers' needs. And whether its starting up a new toothbrush or **using a flashlight to light up the night** to search for monsters under the bed, **Duracell's**

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**FIRST AMENDED CLASS ACTION COMPLAINT**

*"The Duracell Effect"*[7], *published on P&G's YouTube channel.*  Exhibit 18 )

42. As a result of Defendants' knowing and callous misconduct summarized above, the performance of Representative Plaintiff's and class members' Duracell-branded LED flashlight models 250, 300 and 350, was and continues to be defective and fatally flawed, leaving Plaintiff class members with dead batteries and no light when they try to use them, often in emergency situations, and/or forcing Plaintiff class members to keep purchasing replacement DURACELL batteries for these defective Duracell-branded LED flashlights on a monthly basis.

43. Representative Plaintiff, on behalf of himself and all members of each of the respective classes, seek damages, interest thereon, restitution, injunctive and other equitable relief, reasonable attorneys' fees and costs as a remedy for Defendants' numerous dangerous, unlawful and/or deceptive business practices, as detailed herein.

## JURISDICTION AND VENUE

44.   Jurisdiction is proper in this Court due to the existence of federal questions of law and under the Class Action Fairness Act, 28 U.S.C. § 1332(d). The aggregated claims of individual class members exceed the sum or value of $5,000,000.00, exclusive of interest and costs, and this is a class action in which members of the Nationwide plaintiff classes are citizens of many, if not all states.  As Defendants and all of them do substantial business in California, supplemental jurisdiction to adjudicate issues pertaining to California state law is proper in this Court under 28 U.S.C. § 1367.

45. Venue is proper in this Court under 28 U.S.C. §1391(b)(2) because the Northern District of

---

reliability is ready to power these everyday moments around the world" [at 2:33-3:20]

[7]   *The Duracell Effect* at https://www.youtube.com/watch?v=FTvZT-seC4g: "All of us at **P&G** and **Duracell** believe that seemingly ordinary acts can have extraordinary impact in life. See how a selfless gesture of kindness helped **light up the darkest hour in the lives of thousands of people**. And gave them the strength to power up and power forward."

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

19

**FIRST AMENDED CLASS ACTION COMPLAINT**

California is a district where Representative Plaintiff, and many similarly Plaintiff class members situated, purchased Defendants' defective products and thus where a substantial part of the events giving rise to the present claims under 28 U.S.C. §1406(a) occurred.

## REPRESENTATIVE PLAINTIFF

46. Plaintiff STANLEY SIDDLE is an adult resident of the State of California, referred to in this Complaint as the "Representative Plaintiff." Prior to discovering the product defects summarized above, Representative Plaintiff purchased Duracell-branded LED flashlight models 250, 300 and/or 350 from COSTCO for personal use, including specifically for use in emergencies and natural disasters that are quite frequent in California, as advertised as being ideal for emergencies by the Defendants. These purchases were made within this judicial district, and as the purchaser and owner of these products, the Representative Plaintiff was damaged by Defendants' conduct, as set forth herein.

47. Additionally, after discovering the defect in these Duracell-branded flashlights, Representative Plaintiff reported personally, or had the defect reported on his behalf, to Berkshire-Hathaway, DURACELL, TECHNOMATE, COSTCO, Home Depot and Amazon in June 2018, and again in March 2019 to Berkshire-Hathaway, PROCTER & GAMBLE, DURACELL, TECHNOMATE, PRO-TEK, COSTCO, Home Depot, Amazon, and Diversified Repackaging Corporation. Responses to these notices were returned on "Technomate Manufactory" letterhead by Mike Shapiro from Pro-Tek Industries on June 14, 2018, and from Home Depot by email on June 8, 2018.

48. Furthermore, after having reported the parasitic battery drain in the defective Duracell-branded LED flashlights models 250, 300 and 350, in June 2018 and March 2019, reasonably expecting Defendants to have taken corrective action to resolve the defect, and seeking to confirm

Law Offices of
TIMOTHY P. RUMBERGER
1339 Bay Street
Alameda, California 94501
(510) 841-5500

FIRST AMENDED CLASS ACTION COMPLAINT

whether Defendants had in fact taken corrective action to resolve the defect, Representative Plaintiff purchased through his counsel on his behalf, on or about April 1, 2019, Duracell-branded LED model 350 flashlights from Home Depot, Amazon (Marketplace) and Amazon (Prime).  The **Home Depot** purchase was shipped enclosing a **homedepot.com** order confirmation with a return address on the package from ***Michael Shapiro, Pro-Tek Industries, 16708 Parkside Avenue, Cerritos, CA 90703*** (notably the model 350 3-pack packaging, labeled "Imported by COSTCO"); the **Amazon.com Prime** purchased model 350 4-pack packaging stated "Distributed by COSTCO" and arrived without a return address label nor an enclosed order confirmation, while the **Amazon Marketplace** purchased model 350 4-pack packaging also stated "Distributed by COSTCO" and was shipped enclosing an Amazon Marketplace order confirmation, with a return address on the package from "**Ippy's Hobbies.com**, 685 Herman Road, Jackson, NJ 08527."

49. Representative Plaintiff is, and was at all times relevant herein, a member of the National and California classes.

50. Representative Plaintiff brings this action on behalf of himself, and as a class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure, on behalf of all persons similarly situated and proximately damaged by the unlawful conduct described herein.

51. Within the relevant claim period, in reliance on the representations made on the product packaging, Representative Plaintiff purchased Duracell-branded LED flashlight models 250, 300 and/or 350, packaged complete with DURACELL alkaline batteries, in sealed packaging advertising the expected battery performance times, at various COSTCO Warehouse stores on multiple occasions between 2015 and 2019, and in 2019, through his counsel, on-line from Home Depot at homedepot.com and from Amazon at Amazon.com.

52. At the time of these purchases, and when subsequently returning to COSTCO stores, Representative Plaintiff also observed DURACELL and Kirkland replacement AAA

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

21

**FIRST AMENDED CLASS ACTION COMPLAINT**

battery multi-packs being displayed and promoted in large pallets, strategically located right next to the pallets of Duracell-branded LED flashlights, with both battery brands advertising in large, clear and bold lettering a "*10-year storage life*."

53. Representative Plaintiff properly installed the DURACELL batteries into each Duracell-branded flashlight, and confirmed initially that the flashlights appeared to perform as represented.  Plaintiff then stored these flashlights at normal ambient room temperatures, each one switched OFF, with batteries installed and ready for use in the event of a future emergency or any other, ordinary utilization for the purpose of having efficient and powerful portable LED lighting.

54. To Representative Plaintiff's surprise and dismay, within less than 30 days, he discovered that every one of the Duracell-branded LED flashlights he had purchased failed to turn on when he tried to use them.  Upon removal from the flashlights and further inspection, the DURACELL batteries from every one of these flashlights were completely drained.  Representative Plaintiff confirmed with a small voltage meter and/or battery tester that all the DURACELL batteries that had come packaged with the flashlights were in fact dead or nearly dead, even though Representative Plaintiff never kept them turned on, other than for very short periods of time.

55. Quite perplexed by this outcome, and relying on Defendants' advertising on the Duracell-branded flashlight packaging, DURACELL's brand name reputation, as well as Representative Plaintiff's belief in the truth of DURACELL marketing on the battery packaging (advertising these batteries as having a *10-year storage life*), he purchased additional fresh DURACELL and/or Kirkland brand AAA alkaline batteries from COSTCO (sold in large multi-packs), which he then installed into each of the flashlights

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

22

**FIRST AMENDED CLASS ACTION COMPLAINT**

and stored them, as before, for future use.

56. However, just as the first time, Representative Plaintiff discovered that again, approximately a month later, each and every one of the Duracell-branded LED flashlights failed to turn on and the installed batteries were dead or nearly dead upon testing.

57. Notably, prior to purchasing the Duracell-branded LED flashlights, Representative Plaintiff had previously purchased and/or used similar LED flashlights, without the DURACELL brand name.  These LED flashlights were purchased from retailers including COSTCO and were of substantially similar design, build, appearance, functionality and packaging – but were not marketed under the DURACELL brand name.  Representative Plaintiff still owns and regularly uses some of these non-Duracell brand LED flashlights to the present day, and all of these LED flashlights have performed normally, with DURACELL and/or other brand name batteries, including Costco's Kirkland brand, installed in them – always turning on and reliably providing powerful beams of light after multiple years of storage, with no evidence of battery drain.

58. Therefore, wondering if perhaps Representative Plaintiff had purchased the Duracell-branded LED flashlights from a "bad batch," he returned to COSTCO looking for replacement flashlights and purchased them, only to subsequently discover that these replacement Duracell-branded flashlights also all had the same exact defect and drained the provided DURACELL batteries in 30 days or less.

59. Upon subsequently returning to COSTCO, Representative Plaintiffs examined the packaging of the Duracell-branded LED flashlight **model 380,** and at a later time **model 500**, and discovered that the packaging on these later Duracell-branded flashlights stated:

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

23

**FIRST AMENDED CLASS ACTION COMPLAINT**

"*Eliminates power drain of batteries in off position*" and "*NO BATTERY DRAIN IN OFF POSITION*" – thus implicitly acknowledging the previous design and/or manufacturing defects, the feasibility of their resolution, and representing their correction.

### DEFENDANTS

60.  **THE DURACELL COMPANY**, also known as DURACELL, INC., is an American manufacturing company, with principal executive offices at 181 W. Madison Street, Suite 4400, in Chicago, Illinois (with subsidiaries in the United Kingdom (UK) and China), that produces batteries and smart power systems, with annual revenue in 2015 reportedly of $2 billion. DURACELL's arrangements for the manufacture and sale of the defective Duracell-branded LED flashlights models 250, 300 and 350 far exceeded the passive role of merely licensing its trademark, to include retention of authority and exercise of control by DURACELL, as well as DURACELL's active engagement in the marketing of these defective products. DURACELL's active involvement and control is illustrated in its "*Corrective Action Plan for Defective Products and Product Recall Process*" (an apparently standard module in DURACELL's licensing agreements) attached hereto as **Exhibit 19**, incorporating DURACELL's involvement in the quality control process.  DURACELL's integrated involvement in the marketing and sale of the defective LED flashlights is illustrated in the co-packaging of DURACELL-manufactured batteries with the TECHNOMATE-manufactured flashlights;  DURACELL's participation, review and approval of the product packaging (including the use of its trademark) -- with no references of any kind to TECHNOMATE, nor any disambiguation of *batteries* versus *flashlights* as having different actual manufacturers;  DURACELL's official *duracell.com* website's direct links to the marketing of the Duracell-branded flashlights and retail partners where they can be purchased, absent any disclosure of their manufacturer being anyone other than DURACELL;  and specific and extensive representations at the *duracellflashlights.com* website, deliberately

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**FIRST AMENDED CLASS ACTION COMPLAINT**

24

disguising any distinction between DURACELL batteries and DURACELL flashlights, while making absolutely no mention, whatsoever, about the existence of TECHNOMATE, or it being the actual manufacturer of DURACELL-branded flashlights.[8]

61. **THE PROCTER & GAMBLE COMPANY**, (P & G) is an American multi-national consumer goods corporation headquartered at 1 Procter & Gamble Plaza, in Cincinnati, Ohio.  In 2014, P&G recorded $83.1 billion in sales. On November 14, 2014, Berkshire-Hathaway announced it would acquire DURACELL from P & G for $4.7 billion in an all-stock swap deal, which ultimately closed on February 29, 2016.  PROCTER & GAMBLE, however, exceeded its role as a mere holding company insulated from liability for the unfair business practices of DURACELL described herein, by failing to keep the business practices of DURACELL separate from itself, and performing an active role in DURACELL's marketing enterprise, from multiple P&G press releases promoting Duracell, to P&G award-winning advertising in 2014 engaging 22 million consumers, to YouTube videos P&G created and published on behalf of DURACELL, to leverage the consumer trust in P&G brand to sell more Duracell-branded products.

62. **COSTCO WHOLESALE CORPORATION**, headquartered at 999 Lakeside Drive in Issaquah, Washington, is an American multinational corporation operating a chain of membership-only warehouse clubs, trading as "COSTCO."  It is ranked #15 on the Fortune 500 rankings of the largest United States corporations by revenue. As of November 2018, COSTCO is the second largest retailer in the world after Walmart, operating 766 warehouses (including 533 in the United States and Puerto Rico, 100 in Canada, 39 in Mexico, 28 in the United Kingdom, 26 in japan, 15 in South Korea, 13 in Taiwan, 10 in Australia, 2 in Spain, 1 in Iceland, and 1 in France), with

---

[8]  "**Dependability** is synonymous with the Duracell name. Since 1964, **people have counted on Duracell's** batteries and quality products to help power their lives and **make them feel safer and more secure. Duracell LED Flashlights are no exception**. Browse through our lineup of the best portable lighting products designed for durability and priced with value in mind."

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

25

**FIRST AMENDED CLASS ACTION COMPLAINT**

2018 revenues of $141.6 billion.  COSTCO's participation in the distribution of these defective Duracell-branded flashlights far exceeded that of a mere passive retailer, beginning with its discussions in 2013 with DURACELL and TECHNOMATE about the manufacture of the Duracell-branded flashlights packaged with DURACELL batteries for COSTCO, and including COSTCO's active involvement in the design and creation of the packaging for the Duracell-branded flashlights and batteries, specifically identifying COSTCO as the Importer and Distributor of these products, with a product ID unique and specific to COSTCO, appearing in multiple languages with addresses in multiple countries, including the United States (Seattle, Washington), Canada, Mexico, the United Kingdom, Spain, Iceland, France, Japan, Korea, Taiwan and Australia.  Indeed, the packaging of these Duracell-branded flashlights sold through COSTCO's competitors, Home Depot and Amazon, further evidence COSTCO's significant involvement in the chain of design, marketing and distribution of the defective flashlights.

63.  **TECHNOMATE MANUFACTORY, LTD,** (referred to herein as TECHNOMATE) is a manufacturing company, headquartered at 13/F, Efficiency House, 35 Tai Yau Street, San Po Kong, Kowloon, Hong Kong, with manufacturing facilities located at No. 116, Shang Bei Road, Tian Tou Bei Chong Villiage, Heng Li Town, Dong Guan City, Guangdong, China, and operating in the United State's through its California-based affiliate PRO-TEK INDUSTRIES, LLC. TECHNOMATE identifies itself on its website as being "currently one of the biggest manufacturers of Aluminum LED flashlights in the industry."  TECHNOMATE partnered with DURACELL, COSTCO and PRO-TEK in creating the Duracell-branded flashlights' chain of marketing and distribution to Plaintiff and the class member consumers.

64. **PRO-TEK INDUSTRIES, LLC**.'s California Secretary of State filings identify its principal office to be 5453 E. Centralia Street, Long Beach, California, whose agent for service of process is registered as Philip A. Toomey at 841 Apollo Street, Suite 450, El Segundo, California,

*Law Offices of*
TIMOTHY P. RUMBERGER
1339 Bay Street
Alameda, California 94501
(510) 841-5500

**FIRST AMENDED CLASS ACTION COMPLAINT**

90245.  PRO-TEK participated in the design and creation of the packaging for the Duracell-branded flashlights and batteries, specifically identifying PRO-TEK's phone number as the "Customer Service for North America" for these Duracell-branded defective flashlights.

65. Notwithstanding Defendants' awareness of the parasitic battery drain defect in the Duracell-branded LED flashlights, Defendants conspired together and acted in concert with each other in their respective capacities, to proceed with the concept, design, manufacture, production, marketing, distribution and sales of the defective Duracell-branded LED flashlights to consumers, and inducing consumers to then needlessly and repeatedly purchase DURACELL and/or other replacement batteries, thereby violating the rights of Representative Plaintiff and all putative class members by concealing this defect from consumers, to pocket the ill-gotten profits from their unfair business practices, as further detailed below.

## CLASS ACTION ALLEGATIONS

66.  Representative Plaintiff brings this action pursuant to the provisions of Rules 23(a), (b)(2) and (b)(3) of the Federal Rules of Civil Procedure, on behalf of himself and the following class/subclass(es), collectively, the "classes":

    a.  National DURACELL-branded Flashlights Class  "All retail consumers who resided in the United States (including its Territories and the District of Columbia) and purchased Duracell-branded LED flashlight models 250, 300 or 350, during the relevant claim period."

    b.  California DURACELL-branded  Flashlights Class  "All retail consumers who resided in the state of California and purchased defective Duracell–branded LED flashlight models 250, 300 or 350, during the relevant claim period."

67. Defendants, their officers, directors and employees, as well as the Judge(s) assigned to this matter, the jury in this case and the members of their immediate families and Representative Plaintiffs' counsel's law firm(s) are excluded from each of the Plaintiff classes.

68. This action has been brought and may properly be maintained as a class action under

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

27

**FIRST AMENDED CLASS ACTION COMPLAINT**

Federal Rule of Civil Procedure Rule 23 because there is a well-defined community of interest in the litigation, and membership in the proposed classes is easily ascertainable:

    a.  <u>Numerosity</u>: A class action is the only available method for the fair and efficient adjudication of this controversy. The members of the Plaintiff classes are so numerous that joinder of all members is impractical, if not impossible. Representative Plaintiffs are informed and believe and, on that basis, allege that the total number of class members is in the millions of individuals. Membership in the classes will be determined by analysis of Defendants' records;

    b.  <u>Commonality</u>: The Representative Plaintiffs and the class members share a community of interests in that there are numerous common questions and issues of fact and law which predominate over questions and issues solely affecting individual members, including, but not necessarily limited to:

        i.  Whether Defendants had a duty to have disclosed to consumers the parasitic battery drain when the defective Duracell-branded flashlights are turned OFF;

       ii.  Whether Defendants failed to disclose or concealed material information concerning the parasitic battery drain when the defective Duracell-branded flashlights are turned OFF;

      iii.  Whether Defendants breached any express or implied warranties;

      iv.  Whether Defendants engaged in fraud;

       v.  Whether Defendants' conduct and business practices violate the Consumer Legal Remedies Act ("CLRA") California Civil Code §§1750, *et seq.*;

      vi.  Whether Defendants' conduct and business practices violate the Unfair Competition Law ("UCL") California Civil Code §§17200, *et seq.*;

     vii.  Whether Defendants' conduct and business practices constituted deceptive

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

28

**FIRST AMENDED CLASS ACTION COMPLAINT**

trade practices;

viii.  The total number of Duracell-branded flashlights models 250, 300 and 350 purchased by retail consumers during the relevant claim period;

ix.  The total number of the Duracell-branded flashlights models 250, 300 and 350 sold to retail consumers in the United States by COSTCO;

x.  The total number of the Duracell-branded flashlights models 250, 300 and 350 sold to retail consumers in the United States by DURACELL through its website;

xi.  The total number of the Duracell-branded flashlights models 250, 300 and 350 sold to retail consumers in the United States by TECHNOMATE through its website;

xii.  The total number of DURACELL replacement batteries estimated to have been purchased by consumers during the relevant claim period to replace batteries drained by the defective Duracell-branded LED flashlights, when they were turned OFF;

xiii.  The liability of each of the named Defendants for their participation in the chain of distribution, and the merits of any defenses to liability uniquely available to each named Defendant;

xiv.  The profits realized from consumers' purchases of the defective Duracell-branded flashlights by each of the Defendants;

xv.  Whether Representative Plaintiff's and class members are entitled to relief, the amount and nature of such relief, including injunctive relief and/or restitution.

c.  Typicality:  The Representative Plaintiff's claims are typical of the claims of the

*Law Offices of*
**TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

29

**FIRST AMENDED CLASS ACTION COMPLAINT**

1  Plaintiff classes.  Representative Plaintiff's and all members of the Plaintiff classes

2  sustained economic damages arising out of and caused by Defendants' common

3  course of conduct in violation of law, as alleged herein.

4   d.   <u>Adequacy of Representation</u>: The Representative Plaintiff in this class action is an

5  adequate representative of each of the Plaintiff classes in that the Representative

6  Plaintiff has the same interest in the litigation of this case as class members, is

7  committed to vigorous prosecution of this case and has retained competent counsel

8  who is experienced in conducting class action litigation of this nature. The

9  Representative Plaintiff is not subject to any individual defenses unique from those

10  conceivably applicable to other class members or the classes in their entirety. The

11  Representative Plaintiff anticipates no management difficulties in this litigation.

12   e.   <u>Superiority of the Class Action procedure</u>: Since the damages suffered by

13  individual class members, while not inconsequential, may be relatively small, the

14  expense and burden of individual litigation by each member makes or may make it

15  impractical for members of the Plaintiff classes to seek redress individually for the

16  wrongful conduct alleged herein. Should separate actions be brought or be required

17  to be brought, by each individual member of the Plaintiff classes, the resulting

18  multiplicity of lawsuits would cause undue hardship and expense for the Court and

19  the litigants. The prosecution of separate actions would also create a risk of

20  inconsistent rulings that might be dispositive of the interests of other class members

21  who are not parties to the adjudications and/or may substantially impede their

22  ability to adequately protect their interests.

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

30

**FIRST AMENDED CLASS ACTION COMPLAINT**

**COMMON FACTUAL ALLEGATIONS**

69. Defendants collectively and individually each participated in causing the defective Duracell-branded LED flashlights models 250, 300 and 350 to be designed, manufactured, co-packaged with DURACELL batteries, marketed, distributed and sold to retail consumers during the relevant claim period.

70. On information and belief, millions of these defective Duracell-branded LED flashlights models 250, 300 and 350, have been purchased by retail consumers in California and throughout the United States within the claim period.

71. Additionally, as a proximate result of the parasitic battery drain when the defective Duracell-branded LED flashlights models 250, 300 and 350 were turned OFF, consumers who purchased these defective flashlights, were further induced by Defendants' marketing appearing on the packaging of these products stating, "***For best performance, use Duracell alkaline batteries***," to thereafter purchase more DURACELL replacement batteries within the relevant claim period.

72. Packaging on DURACELL replacement batteries boldly stating, "***GUARANTEED 10 YEARS IN STORAGE***," sold by Defendants further foreseeably induced consumers including Representative Plaintiff and Plaintiff putative class members to purchase DURACELL replacement batteries as a proximate and predictable result of the parasitic battery drain when these defective Duracell-branded LED flashlights were stored with their power turned OFF.

73. Consumers, including Representative Plaintiff and Plaintiff putative class members who purchased the DURACELL replacement batteries as a proximate result of the parasitic battery drain inherent in the defective Duracell-branded LED flashlights, reasonably believed these representations pertaining to the expected battery storage life and battery operational life (depending on the applied LED brightness settings) would be true when the batteries installed in

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

31

**FIRST AMENDED CLASS ACTION COMPLAINT**

their defective Duracell-branded LED flashlights were stored with power turned OFF.

74. Despite the reasonable expectations of consumers, including Representative Plaintiff and Plaintiff putative class members, as detailed above, Defendants knew and/or should have known-- and yet refused to timely disclose—that the Duracell-branded LED flashlight models 230, 300 and 350 were and are defective, including, but not limited to, defects in their design and manufacturing which cause(d) them to rapidly drain the batteries with power turned OFF.

75. Indeed, as early as 2014, numerous consumers, including Plaintiff putative class members, experienced and/or reported the parasitic battery drain defect present in the Duracell-branded LED flashlight models 250, 300 and 350.

76. Specifically, Defendants and each of them were put on notice through complaints made to their respective customer service departments, as well as public internet postings by consumers, including Plaintiff putative class members, describing the parasitic battery drain design and/or manufacturing defect in the Duracell-branded LED flashlight model 250 (*see* Exhibit 14).

77. Similarly, Defendants and each of them were put on notice through complaints made to their respective customer service departments, as well as public internet postings by consumers, including Plaintiff putative class members, describing the parasitic battery drain design and/or manufacturing defect in the Duracell-branded LED flashlight model 300 (*see* Exhibit 15).

78. Additionally, Defendants and each of them were put on notice through complaints made to their respective customer service departments, as well as public internet postings by consumers, including Plaintiff putative class members, describing the parasitic battery drain design and/or manufacturing defect in the Duracell-branded LED flashlight model 350 (*see* Exhibit 16).

## FIRST CLAIM FOR RELIEF
## FRAUD/FRAUDULENT CONCEALMENT
(*for the California and National Classes*)

79. Representative Plaintiff incorporates in this cause of action every allegation of the

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

32

**FIRST AMENDED CLASS ACTION COMPLAINT**

preceding paragraphs, with the same force and effect as though fully set forth herein.

80. Representative Plaintiff, on behalf of himself and all purchasers of the Duracell-branded LED flashlights models 250, 300 and 350 as described herein, allege that Defendants each materially participated in the making of false statements of fact, specifically each concealing the material fact that these flashlights sold with the DURACELL batteries were not made by DURACELL but rather by a foreign licensee TECHNOMATE MANUFACTORY, LTD. with "customer support in North America" provided not by DURACELL, but by PRO-TEK INDUSTRIES, LLC., in addition to the following affirmative false representations by:

a. PROCTER & GAMBLE, that Duracell-branded flashlights would be ready for use in an emergency, and that DURACELL batteries would provide advertised run times after being stored inside these flashlights during their stated storage life;

b. THE DURACELL COMPANY, that Duracell-branded flashlights would be ready for use in an emergency, and that DURACELL batteries would provide advertised run times after being stored inside these flashlights during their stated storage life, and knowingly concealing the material fact of the parasitic battery drain when the defective Duracell-branded LED flashlights were turned OFF;

c. TECHNOMATE MANUFACTORY, LTD, that Duracell-branded flashlights "design makes it ideal for…emergencies," falsely representing that these flashlights would be ready for use in an emergency, and that the DURACELL batteries would provide advertised run times after being stored inside these flashlights during their stated storage life, and knowingly concealing the material fact of the parasitic battery drain when the defective Duracell-branded LED flashlights were turned OFF,

d. COSTCO WHOLESALE CORPORATION, that Duracell-branded flashlights

**FIRST AMENDED CLASS ACTION COMPLAINT**

"design makes it ideal for…emergencies" falsely representing that these flashlights would be ready for use in an emergency, and that the DURACELL batteries would provide advertised run times after being stored inside these flashlights during their stated storage life, and knowingly concealing the material fact of the parasitic battery drain when the defective Duracell-branded LED flashlights were turned OFF,

    e. PRO-TEK INDUSTRIES, LLC., that Duracell-branded flashlights "design makes it ideal for…emergencies" falsely representing that these flashlights would be ready for use in an emergency, and that the DURACELL batteries would provide advertised run times after being stored inside these flashlights during their stated storage life).

81. Defendants and each of them individually knew that the concealment of the identity of the actual manufacturer of the Duracell-branded flashlights was material to the consumer class members, and that the foregoing affirmative statements were false at the time they made them (because of the known parasitic battery drain defect present in these flashlights), that the statements were made to induce the plaintiffs to purchase the defective flashlights and to induce them to depend upon their reliability, and that Representative Plaintiff and the Plaintiff putative class members were damaged when the defective flashlights did not work as described, and were all further damaged when they had to buy more and more DURACELL batteries to power these defective flashlights as they repeatedly fully drained Duracell (and/or other brand) batteries in 30 days or less

82. Representative Plaintiff, on behalf of all purchasers of Duracell-branded LED flashlights as described herein, alleges that COSTCO, Home Depot, Amazon and the on-line retail points-of-sale operated by DURACELL, TECHNOMATE, PRO-TEK, if not similarly situated retail

Law Offices of
TIMOTHY P. RUMBERGER
1339 Bay Street
Alameda, California 94501
(510) 841-5500

34

FIRST AMENDED CLASS ACTION COMPLAINT

partners of DURACELL and TECHNOMATE, made or displayed false statements of fact (i.e. that these flashlights would be ready in an emergency, as set forth above), that Defendants knew the statements were false because of the numerous complaints from consumers who had purchased the Duracell-branded LED flashlights models 250, 300 and 350 received from consumers directly by Defendants and/or as broadly posted on public internet sites,  that Defendants continued to manufacture, distribute, market, and sell these defective Duracell-branded LED flashlights, knowing they were indeed defective, and those actions were taken to induce the Plaintiff and all those similarly situated (the Plaintiff putative class members) to purchase these defective Duracell-branded flashlights, and to induce them to depend upon their reliability, and that Plaintiff and the Plaintiff putative class members were damaged when these defective flashlights did not work as described, and when Plaintiff and the Plaintiff putative class members had to buy more and more replacement DURACELL (and/or other brand) batteries to power these defective flashlights, as they repeatedly fully drained these replacement batteries in 30 days or less.

83. At all relevant times herein, Defendants individually and collectively omitted the material facts as specifically set forth above and/or made the specific misrepresentations of material facts set forth above as to each named Defendant to the Representative Plaintiff and Plaintiff putative class members regarding the true nature and scope of the parasitic battery drain inherent in the defect Duracell LED flashlights.  Defendants knew those material omissions and/or material misrepresentations of facts were false or misleading when nondisclosed or made.

84. Defendants knowingly concealed the material fact of the parasitic battery drain when the defective Duracell-branded LED flashlights were turned OFF, and they continued to make the material misrepresentation of fact guaranteeing that installed replacement batteries would last for 10-years when stored, knowing that when stored inside the defective Duracell-branded LED flashlights with power turned OFF, the batteries would be fully depleted in 30 days or less.

Law Offices of
TIMOTHY P. RUMBERGER
1339 Bay Street
Alameda, California 94501
(510) 841-5500

**FIRST AMENDED CLASS ACTION COMPLAINT**

85. Misleading "cautions" issued on or accessed through the DURACELL and TECHNOMATE websites also endangered consumers by misleading them to not adhere to the best safety practices, i.e. storing batteries inside flashlights, with power turned off, such that they would be instantly ready for use in an emergency.

86. Defendants made these misrepresentations of material facts and concealed the material facts alleged herein intentionally and/or recklessly, so as to induce reliance thereupon.

87. Representative Plaintiff and Plaintiff putative class members would have acted differently had the falsity of the misrepresentations and/or omitted facts been disclosed to them.

88. As a direct and proximate result of Defendants' misrepresentation, concealment, and suppression of the foregoing material facts, Representative Plaintiff and Plaintiff putative class members have sustained damage by bearing the cost of repeatedly purchasing replacement batteries for the defective Duracell-branded LED flashlights due to the parasitic battery drain, and/or purchasing replacement defective and/or non-defective Duracell LED flashlights with DURACELL batteries included.

89. The total amount of damages suffered by Representative Plaintiff and Plaintiff putative class members will be proven at trial. Further, Representative Plaintiff and Plaintiff putative class members are entitled to and hereby seek rescission, interest, costs of suit, attorneys' fees and/or other relief the court deems appropriate.

90. Finally, at all times herein mentioned, Defendants intended to cause or acted with reckless disregard of the probability of causing damage to Representative Plaintiff and Plaintiff putative class members, and because Defendants are guilty of oppressive, fraudulent and/or malicious conduct, Representative Plaintiff and Plaintiff putative class members are entitled to an award of exemplary or punitive damages against Defendants in an amount adequate to deter such conduct in the future.

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

36

**FIRST AMENDED CLASS ACTION COMPLAINT**

**SECOND CLAIM FOR RELIEF**
**VIOLATION OF THE CONSUMERS LEGAL REMEDIES ACT**
**(California Civil Code §1750, *et seq.*)**
(*for the California Class Only against DURACELL, TECHNOMATE and COSTCO only*)

91. Representative Plaintiff incorporates in this cause of action every allegation of the preceding paragraphs, with the same force and effect as though fully set forth herein.

92. This claim for relief is brought pursuant to the CLRA (the Consumer Legal Remedies Act, California Civil Code §§1750, *et a1.*).  Representative Plaintiffs and the California putative class members are "consumers," as that term is defined by Civil Code §1761(d) because they bought the Duracell-branded LED flashlights models 250, 300 and 350, and replacement DURACELL batteries therefor, for personal, family, or household purposes.

93. Representative Plaintiff and the California putative class members have engaged in a "transaction" with these Defendants, as that term is defined by Civil Code §1761(e).

94. These Defendants' conduct constitutes an unfair method of competition and unfair and deceptive acts and practices under the CLRA, and were undertaken in transactions intended to result in, and which in fact resulted in, the sale of goods to consumers – namely, to repeatedly sell replacement DURACELL batteries to consumers who previously purchased the defective Duracell-branded LED flashlights, and/or sell replacement flashlights for these defective flashlights (which in turn might have also been defective).

95. By engaging in the conduct alleged above, these Defendants violated California Civil Code §1770 by, *inter alia,* misrepresenting and concealing the nature and scope of the parasitic battery drain defect as Representative Plaintiff and California putative class members bore the cost of multiple sets of replacement DURACELL batteries, and/or purchasing replacement flashlights, and/or otherwise incurred damages.

96. By concealing the parasitic battery drain inherent in the defective Duracell-branded LED flashlights from the Representative Plaintiff and the Plaintiff putative California class members,

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

37

**FIRST AMENDED CLASS ACTION COMPLAINT**

these Defendants misrepresented that these LED flashlights and the replacement DURACELL batteries therefore have particular characteristics, uses and benefits or qualities, and are of a particular standard, quality or grade, in violation of Civil Code § 1770.

97.  By engaging in the conduct alleged herein, these Defendants also advertised and have continued to advertise goods with the intent not to sell them as advertised, in violation of California Civil Code §1770(a)(9).

98.  Pursuant to §1782 of the CLRA, written notices were sent to each of these Defendants regarding its violations of the CLRA, thereby providing these Defendants with an opportunity to correct or otherwise rectify the problems alleged herein within 30 days of receipt of that notice.

99. Representative Plaintiff, on behalf of himself and the Plaintiff putative California class, now seeks this Court's Order requiring these Defendants to, *inter alia*:  (a) cease violating the CLRA by modifying the defective Duracell-branded LED flashlights not yet sold to the consumers in a manner that prevents these flashlights from suffering the parasitic battery drain issue when they are turned OFF,  (b) notify California putative class members that the rapid parasitic battery drain in the previously purchased defective Duracell-branded LED flashlights is the result of design and/or manufacturing defects, and  (c) provide California putative class members with new DURACELL batteries for the defective Duracell-branded LED flashlights, free of charge, for the life of the affected flashlights, or, in the alternative, replace these defective Duracell-branded LED flashlights (or their defective components, i.e end caps), such that consumers will no longer experience parasitic battery drain or be exposed to the danger of having their trusted-brand LED flashlights fail to turn on and provide reliable light in the event of emergencies, such as natural disasters, which DURACELL had promoted these products to be specifically ideally suited and purchased for.

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

38

**FIRST AMENDED CLASS ACTION COMPLAINT**

## THIRD CLAIM FOR RELIEF
### BREACH OF STATUTORY EXPRESS WARRANTY
### (Magnuson-Moss Warranty Act, 15 U.S.C. §2301, *et seq.*)
*(for the California and National Classes)*

100.    Representative Plaintiff incorporates in this cause of action every allegation of the preceding paragraphs, with the same force and effect as though fully set forth herein.

101.    Representative Plaintiff and the Plaintiff putative class members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §2301(3).

102.    Defendants are each a "supplier" and "warrantor" within the meaning of 15 U.S.C. §§2301(4)-(5).

103.    The defective Duracell-branded LED flashlights, are "consumer products" within the meaning of 15 U.S.C. §§2301(1).

104.    Each of Defendant's warranties is a "written warranty" within the meaning of 15 U.S.C. §§2301(6).

105.    Defendants breached the warranty by, *inter alia*:

    a.  Selling the Duracell-branded LED flashlight models 250, 300 and 350, with defective designs and/or defective manufacturing such that they would drain the batteries within 30 days or less while normally installed in the flashlights with power turned OFF;

    b.  Warranting that DURACELL batteries were "*Guaranteed for 10 years in storage*" despite knowledge that the defective Duracell-branded LED flashlights would, in fact, drain these DURACELL batteries within 30 days or less, whenever Duracell batteries are stored in these flashlights with power turned OFF.

106.    Defendants' breach of warranty deprived Representative Plaintiff and millions of Plaintiff putative class members of the benefits of their bargains.

107.    The amount in controversy in this action exceeds $50,000, exclusive of interest and costs.

108.    There are more than 100 members each of the proposed classes/subclasses.

109.    Defendants have had a reasonable opportunity to cure their breach of written

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

39

**FIRST AMENDED CLASS ACTION COMPLAINT**

1  warranty, and failed to do so.

2  110.    As a direct and proximate result of Defendants' breach of express warranty,

3  Representative Plaintiff and the Plaintiff putative class members sustained damages and other

4  losses in an amount to be determined at trial.

5
6  111.    Further, Representative Plaintiff and Plaintiff putative class members are entitled to

7  and hereby seek rescission, interest, costs of suit, attorneys' fees and/or other relief the court

8  deems appropriate.

9  **FOURTH CLAIM FOR RELIEF**
**BREACH OF EXPRESS WARRANTY**
10  (*for the California and National Classes*)

11  112.    Representative Plaintiff incorporates in this cause of action every allegation of the

12  preceding paragraphs, with the same force and effect as though fully set forth herein.

13
14  113.    Defendants warranted that each of the Duracell-branded LED flashlight models

15  250, 300 and 350, was free of defects when it sold these products to Representative Plaintiffs and

16  class members.

17  114.    This warranty became part of the basis of the bargain.  Accordingly, Defendants'

18  warranty is an express warranty.

19  115.    Defendants breached this warranty by, *inter alia*:

20
21      a.  Knowingly concealing the material fact of the parasitic battery drain in the
          defective Duracell-branded LED flashlights when they are stored under normal
22          conditions with power turned OFF, and

23      b.  Making the material misrepresentation of fact guaranteeing that DURACELL
          replacement batteries would last for 10-years when stored, knowing that when they
24          are stored, for future use in an emergency, as advertised by Defendants and as
          would be reasonably expected by the consumers, inside the defective Duracell-
25          branded LED flashlights with power turned OFF, these DURACELL batteries
          would be depleted completely in 30 days or less.
26

27  116.    Defendants were on notice of the defects *vis-à-vis* direct complaints from Plaintiff

28  putative class members, the internet message boards and product support forums maintained by

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**FIRST AMENDED CLASS ACTION COMPLAINT**

40

Defendants, and from published product reviews on countless websites.

117.     As a direct and proximate result of Defendants' breach of express warranty, Representative Plaintiff and Plaintiff putative class members sustained damages and losses in an amount to be determined at trial.  Further, Representative Plaintiff and Plaintiff putative class members are entitled to and hereby seek rescission, interest, costs of suit, attorneys' fees and/or other relief the Court deems appropriate.

**FIFTH CLAIM FOR RELIEF**
**UNFAIR BUSINESS PRACTICES PURSUANT TO THE UNFAIR COMPETITION ACT**
(*for the California Class Only*)

118.     Representative Plaintiff incorporates in this cause of action every allegation of the preceding paragraphs, with the same force and effect as though fully set forth herein.

119.     Representative Plaintiff and California putative class members bring this cause of action, seeking equitable and statutory relief to stop the misconduct of Defendants, as complained of herein, and seeking restitution from Defendants for the unfair, unlawful and fraudulent business practices described herein.

120.     The knowing conduct of Defendants, as alleged herein, constitutes an unlawful and/or fraudulent business practice, as set forth in California Business & Professions Code §§ 17200-17208 (the "UCL"). Such violations include, but are not necessarily limited to fraudulent and deceitful conduct and violations of California Civil Code §§ 1709-1711 and the Consumer Legal Remedies Act, California Civil Code §§ 1770(a)(5), (a)(7), and (a)(9).

121.     Defendants' knowing violations of the UCL continue to this day.

122.     Defendants' knowing failure to adopt policies in accordance with and/or adhere to these laws, all of which are binding upon and burdensome to Defendants' competitors, engenders an unfair competitive advantage for Defendants, thereby constituting an unfair business practice, as set forth in California Business & Professions Code §§ 17200-17208

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**FIRST AMENDED CLASS ACTION COMPLAINT**

123.     By engaging in these unlawful business practices, Defendants have enjoyed an advantage over their competition and a resultant disadvantage to the public and California class members for the entire four-year claim period set forth in Business & Professions Code §17208.

124.     Defendants' knowing failure to adopt policies in accordance with and/or adhere to these laws, all of which are binding upon and burdensome to Defendants' competitors, engenders an unfair competitive advantage for Defendants, thereby constituting an unfair business practice, as set forth in California Business & Professions Code §§ 17200-17208.

125.     Defendants have clearly established a policy of accepting a certain amount of collateral damage, as represented by the damages to Representative Plaintiff and California class members herein alleged, as incidental to its business operations, rather than accept the alternative costs of full compliance with fair, lawful and honest business practices ordinarily borne by responsible competitors of Defendants and as set forth in legislation and the judicial record.

126.     Representative Plaintiff and California putative class members request that this Court enter such orders or judgments as may be necessary to enjoin Defendants from continuing these unfair, unlawful, and/or deceptive practices and to restore to Representative Plaintiff and California class members any money Defendants acquired by unfair competition, including restitution and/or restitutionary disgorgement, as provided in California Business & Professions Code § 17200, *et seq.*; and for such other relief set forth below.

## REQUEST FOR RELIEF

**WHEREFORE,** the Representative Plaintiff, on behalf of himself and each member of the proposed National and California classes, respectfully requests that this Court enter judgment in Plaintiff's favor and for the following specific relief against Defendants, and each of them, jointly and separately, as follows:

1. That the Court declare, adjudge, and decree that this action is a proper class action

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

42

**FIRST AMENDED CLASS ACTION COMPLAINT**

and certify each of the proposed classes and/or any other appropriate subclasses under F.R.C.P. Rule 23 (b)(1), (b)(2), and/or (b)(3), including appointment of Representative Plaintiff's counsel as Class Counsel;

2. For an award to Representative Plaintiff and members of both classes of compensatory and special damages in an amount to be proven at trial;

3. That Defendants be found to have made negligent misrepresentations and/or material omissions of fact to the Representative Plaintiffs and members of both classes;

4. [*For the California class only*]: That the Court enjoin Defendants, ordering them to cease and desist from unlawful activities in further violation of California Business and Professions Code § 17200, *et seq.;*

5. For equitable relief enjoining Defendants from engaging in the wrongful conduct alleged herein;

6.  That the Court enjoin Defendants from engaging in their current "plausible deniability cover" for the wrongful conduct alleged herein (*i.e.* using their websites and other publications to promote misleading "cautions" that dangerously contradict the best safety practices, by instructing consumers to remove and store batteries outside the defective Duracell-branded LED flashlights). Consumers *should* in fact store batteries safely installed inside their non-defective LED flashlights, thus making them instantly ready for use during emergencies, and consumers should also test their flashlights, as well as remove and inspect the batteries approximately once per year, and then replace the installed batteries during the last year of their advertised shelf life.

7. For interest on the amount of any and all economic losses, at the prevailing legal rate;

8. For an award of punitive and/or exemplary damages, in an amount sufficient to deter such conduct in the future;

9. For an award of reasonable attorneys' fees;

*Law Offices of*
TIMOTHY P. RUMBERGER
1339 Bay Street
Alameda, California 94501
(510) 841-5500

43

**FIRST AMENDED CLASS ACTION COMPLAINT**

1    10. For costs of suit and any and all other such relief as the Court deems just and proper;

2    11. For all other Orders, findings, and determinations identified and sought in this

3  Complaint.

4

5

6

7

8                      **JURY DEMAND**

9    Representative Plaintiff and members of each of the Plaintiff classes hereby demand trial

10  by jury on all issues triable of right by jury.

11

12                    Respectfully submitted,

13

14

15  DATED:  May 1, 2019      By:_____

16

17                  TIMOTHY P. RUMBERGER, Esq.
Law Offices of Timothy P. Rumberger Law
Counsel for Representative Plaintiff

18                  and Class Counsel for all putative Class Members

19

20

21

22

23

24

25

26

27

28

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

44

**FIRST AMENDED CLASS ACTION COMPLAINT**

# EXHIBIT    1

## DURACELL BRAND
## AAA BATTERY MULTI-PACKS

## at COSTCO

## 2019-01-26

# EXHIBIT    1





**AAA 32**
Alkaline Batteries/pilas alcalinas
MN24TB32  1.5 V

# #1 TRUSTED BRAND

## DURACELL®

**GUARANTEE:** If not completely satisfied with this alkaline battery product, call **1-800-551-2355** (9:00 AM-5:00 PM EST). DURACELL guarantees these batteries against defects in materials and workmanship. Should any device be damaged due to a battery defect, we will repair or replace it at our option.

**CAUTION: Keep batteries away from children. If swallowed, consult a physician at once. For information on treatment, call 1-202-625-3333 collect.** May explode or leak, and cause burn injury, if recharged, disposed of in fire, mixed with a different battery type, inserted backwards or disassembled. **Replace all used batteries at the same time.** Keep in original package until ready to use. Do not carry batteries loose in your pocket or purse. Do not remove the battery label.

**PRECAUCIÓN: Mantenga las pilas alejadas de los niños. En caso de tragarse, consulte con un médico inmediatamente. Para información sobre tratamiento, llame a cobrar al 1-202-625-3333.** La pila puede explotar o tener fugas y causar quemaduras si se recarga, si se desecha en el fuego, si se combina con otros tipos de pilas, si se coloca al revés o si se desarma. **Reemplace todas las pilas usadas al mismo tiempo.** Deje la pila en su empaque original hasta el momento de utilizarla. No lleve pilas sueltas en su bolsillo o bolso. No retire la etiqueta de las pilas.

PROOF OF PURCHASE/
PRUEBA DE COMPRA

©2016 DURACELL
DURACELL, Bethel, CT 06801
MADE IN USA of foreign and domestic materials
HECHO EN EE. UU. de materiales nacionales y extranjeros
www.duracell.com

1001872

0  41333 66012  7

8301807100 21

# EXHIBIT   2

## DURACELL
## AAA BATTERY MULTI-PACKS
## RETAIL DISPLAYS
## and
## MARKETING

## at COSTCO

## 2019-01-26

# EXHIBIT   2



# EXHIBIT   3

## KIRKLAND BRAND
## (DURACELL OEM for COSTCO)
## AAA BATTERY MULTI-PACKS

## at COSTCO

## 2019-01-26

# EXHIBIT   3



# EXHIBIT   4

**KIRKLAND BRAND
(DURACELL OEM for COSTCO)
AAA BATTERY MULTI-PACKS
RETAIL DISPLAYS
and
MARKETING**

**at COSTCO**

**2019-01-26**

# EXHIBIT   4



# EXHIBIT   5

## CURRENT
## DURACELL LED FLASHLIGHT
## RETAIL DISPLAYS
## and
## MARKETING

## at COSTCO

## 2019-01-26

# EXHIBIT   5



# EXHIBIT   6

## ONLINE MARKETING
## of
## DURACELL LED FLASHLIGHTS

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT   6



# DURACELL - LIGHTING THE WAY SINCE 1964

Dependability is synonymous with the Duracell name. Since 1964, people have counted on Duracell's batteries and quality products to help power their lives and make them feel safer and more secure. Duracell LED Flashlights are no exeption. Browse through our lineup of the best portable lighting products designed for durability and priced with value in mind.



VIEW ALL FLASHLIGHTS





# EXHIBIT   7

## ONLINE FAQ PAGE
## for
## DURACELL LED FLASHLIGHTS

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT   7



duracellflashlights.com/faq/

| DURACELL | PRODUCTS | USER MANUALS | CONTACT US | FAQ |

# FAQ ABOUT FLASHLIGHTS

Why doesn't the flashlight power on?

Why is the flashlight beam not shining straight?

Why is the flashlight beam weak?

There is some water or vapor inside the flashlight?

There is battery fluid leaking?

I hear a rattle within the flashlight?

When the flashlight is turned on, it begins to flash and will not provide a constant beam.

What if the flashlight does not turn on at all?

Why does my flashlight drain the batteries when not in use?

Why is the light dim and only strobing?

What if the flashlight beam appears to have a shadow in the beam?

What if the flashlight's beam intensity has decreased significantly after a few uses?

How do I get a replacement battery holder, lens or LED bulb that has been damaged?

What if my flashlight does not toggle between high beam / low beam / strobe?

What if the Zoom on my flashlight will not focus from wide to narrow beam?

Can I use NiMH rechargeable batteries instead of alkaline batteries?

Can I use lithium primary batteries instead of alkaline batteries?

Are there any batteries that are not recommended for use?

What if my question is not covered in the FAQ section or if the FAQ description does not solve my problem. Who can I contact?



**DURACELL**  DURACELL  Products  User Manuals  Contact Us  Faq

For Customer Support Please Call 888-910-2280

©2017 DURACELL, Bethel, CT 06801. Duracell Is A Registered Trademark Of Duracell U.S. Operations, Inc.,
Used Under License. All Rights Reserved.

📞 (tel:1-888-910-2280)

# FAQ ABOUT FLASHLIGHTS

### Why doesn't the flashlight power on?



- Check the battery polarity. Batteries may have been inserted incorrectly.
- Batteries may be dead. Replace with fresh new Duracell batteries and power on again.
- For the best performance, use Duracell alkaline batteries.
- The contacts may be dirty. Always keep contacts clean. Alcohol and cotton swap can be used to clean contacts.

### What if the flashlight does not turn on at all?

- Check to see if any on the batteries are installed in a reversed position with the WRONG POLARITY. To ensure correct polarity, align ✚ end of battery to positive indicator on flashlight or battery cartridge and ▬ end of battery to negative indicator of flashlight or battery cartridge.



- The batteries may be dead or dying. Exchange with new fresh batteries and power on again. For the best performance, use Duracell alkaline batteries.
- Check battery contacts for cleanliness. Always keep contacts clean.

### Why does my flashlight drain the batteries when not in use?

- For best battery performance, remove the batteries from the flashlight when not in use.

http://duracellflashlights.com/faq/                                         Page 1 of 3

http://duracellflashlights.com/faq/                                         Page 1 of 2

Below is from the FAQ at main site, www.duracell.com

How can I get a better life out of my batteries?

Here are a few tips to help extend the life of your batteries. – Turn off battery-operated radios and appliances when they're not in use – Remove batteries from devices that won't be used for a while – Store your batteries in a dry place at normal room temperature without the contacts touching

http://duracellflashlights.com/faq/                                         Page 1 of 2

62

# EXHIBIT   8

## RETAIL
## and
## ONLINE MARKETING
## and
## PRODUCT INFORMATION
## for
## DURACELL LED FLASHLIGHT
# MODEL 250 (LUMEN)

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT   8







# PACKAGING - FRONT



# PACKAGING - BACK



# DURACELL®

SKU# 1001835121

### INSTRUCTIONS

## Duracell 250 Lumen  Flashlight

**SET UP**

1. To open: Unscrew cap in counter-clockwise direction.
2. Insert batteries into the battery holder.  Insert batteries with correct polarity as shown on the battery holder.
3. To close: Screw cap in clockwise direction.
4. Press rubber push-button to light.

***NOTE: Do not mix old and new batteries.***



**RUBBER CAP SWITCH**

Press the switch at rubber end cap to operate
  a)  Press one time for 30% light
  b)  Press two times for 100% light
  c)  Press three times for flashing strobe light
  d)  Press and hold switch for momentary-on light

**CAUTION**

Always purchase the correct size and grade of battery most suitable for the intended use. Do not mix alkaline, standard (carbon-zinc), or rechargeable (nickel-cadmium) batteries. Replace all batteries of a set at the same time.
Clean the battery contacts and also those of the device prior to battery installation.
Ensure the batteries are installed correctly with regard to polarity (+ and -).

**Remove batteries from equipment which is not to be used for an extended period of time.**
Remove used batteries promptly.

**NOTE**

Changes or modifications not approved by the party responsible for compliance could void user's authority to operate the equipment. This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
-- Reorient or relocate the receiving antenna.
-- Increase the separation between the equipment and receiver.
-- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
-- Consult the dealer or an experienced radio/TV technician for help.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions:
(1) This device may not cause harmful interference, and
(2) This device must accept any interference received, including interference that may cause undesired operation.

© **Customer Service for North America (english only):**
**1-888-910-2280**
**Hours: M-F 8AM to 5PM Pacific Time**

# EXHIBIT   9

**RETAIL
and
ONLINE MARKETING
and
PRODUCT INFORMATION
for
DURACELL LED FLASHLIGHT**

# MODEL 300 (LUMEN)

**at http://duracellflashlights.com**

**2019-01-26**

# EXHIBIT   9



### Duracell 300 lumen LED flashlight

ITM./ART. #922231

**FEATURES:**

- Lightweight, compact size
- High beam
- Low beam

**SPECIFICATIONS:**

Color: Black / Blue / Red / Titanium

Material: Aluminum

Lumens: 300

Dimensions: 142mm (Length) x 38mm (head diameter)

No. of batteries: 4 x AAA

Runtime: 1h30min at high beam, 7h at low beam (ANSI standard)

IPX4: Yes

Beam distance: 200m

Candela: 10000cd

Light source: Cree LED

Impact resistant: 1m

Get User Manual

mouse-over to magnify image



©2017 DURACELL, Bethel, CT 06801. Duracell Is A Registered Trademark Of Duracell U.S. Operations, Inc., Used Under License. All Rights Reserved.

# PACKAGING - FRONT



# PACKAGING - BACK





ITM. / ART. 922231

# DURACELL®

## INSTRUCTIONS / INSTRUCCIONES



**300**
LUMENS • LÚMENES

**Tactical Design LED Flashlight**
**Lampe de poche à DEL de conception tactique**
**Linterna LED con diseño técnico**



**Important, retain for future reference:**
**Read carefully.**

**Important : Conservez ce guide pour référence ultérieure.**
**Lisez attentivement les instructions.**

**Importante, guardar para futuras referencias:**
**leer detenidamente**

**Tactical Design LED Flashlight**
**Lampe de poche à DEL de conception tactique**
**Linterna LED con diseño técnico**

**ITM. / ART. 922231**

Instructions
Instrucciones

## SET UP
## INSTALLATION
## FUNCIONAMIENTO

1. To open: Unscrew cap in counter-clockwise direction.
2. Insert batteries into the battery holder. Insert batteries with correct polarity as shown on the battery holder.
3. To close: Screw cap in clockwise direction.
4. Press rubber push-button to light.



1. Pour ouvrir, dévissez le capuchon dans le sens inverse des aiguilles d'une montre.
2. Insérez les piles en respectant la polarité, comme indiqué dans le compartiment à piles.
3. Pour refermer, vissez le capuchon dans le sens des aiguilles d'une montre.
4. Pour allumer, appuyez sur le bouton-poussoir en caoutchouc.




1. Para abrir: desenrosque la base en el sentido contrario a las agujas del reloj.
2. Inserte las pilas en los compartimentos del portapilas. Asegúrese de insertarlas con la polaridad correcta, tal y como se indica en cada compartimento.
3. Para cerrar: enrosque la base en el sentido de las agujas del reloj.
4. Presione el botón de goma para encender la linterna.



### RUBBER CAP SWITCH
Press the switch at rubber end cap to operate
a) Press one time for high level light
b) Press two times for low level light

### INTERRUPTEUR AVEC CAPUCHON
Appuyez sur l'interrupteur avec capuchon pour faire fonctionner l'appareil.
a) Appuyez une fois pour obtenir un éclairage de forte intensité.
b) Appuyez deux fois pour obtenir un éclairage de faible intensité.

### INTERRUPTOR EN LA BASE DE GOMA
Para encender la linterna, presione el interruptor situado en el extremo de goma de la base:
a) presione una vez para obtener una luz de alta intensidad, o
b) presione dos veces para obtener una luz de baja intensidad.




Keep batteries away from children
Gardez les piles hors de portée des enfants
Mantenga las pilas fuera del alcance de los niños.

Ⓔ Customer Service for North America: 1-888-910-2280
   Hours: M-F 8AM to 5PM Pacific Time
Ⓕ Service à la clientèle pour l'Amérique du Nord : 1 888 910-2280
   Heures : du lundi au vendredi, de 8 h à 17 h (HNP)
Ⓢ Servicio de atención al cliente de Norteamérica: 1-888-910-2280
   Horario: L-V 8AM-5PM (PST/GMT-8)

CE CW UK

74

**CAUTION**

**CAUTION: Keep batteries away from children. If swallowed, consult a physician at once. Ingestion may lead to serious injury or death.** Battery can explode or leak if heated, disassembled, shorted, recharged, exposed to fire or high temperature or inserted incorrectly. Keep in original package until ready to use. Do not carry batteries loose in your pocket or purse.

## FCC STATEMENT OF COMPLIANCE

**NOTE**

WARNING: Changes or modifications not approved by the party responsible for compliance could void user's authority to operate the equipment. This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Note: This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) This device must accept any interference received, including interference that may cause undesired operation. CAN ICES-3 (B)/NMB-3(B). This Class B digital apparatus complies with Canadian ICES-003.

**CAUTION**

Always purchase the correct size and grade of battery most suitable for the intended use.
Always replace the whole set of batteries at one time, taking care not to mix old and new ones, or batteries of different types. Clean the battery contacts and also those of the device prior to battery installation. Ensure the batteries are installed correctly with regard to polarity (+ and -).
Remove used batteries promptly. Remove batteries from appliances that will not be used for long periods of time (months or longer). Keep contacts clean, both on the battery and in the appliance.

 Battery may contain hazardous substances which could be endangering to environment and human health. This symbol marked on the battery and/or packaging indicates that used battery shall not be treated as municipal waste. Instead it shall be left at the appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about collection and recycling of used batteries, please contact your local municipality, your waste disposal service or the point of sale where you purchased this product.

# EXHIBIT   10

## RETAIL
## and
## ONLINE MARKETING
## and
## PRODUCT INFORMATION
## for
## DURACELL LED FLASHLIGHT
# MODEL 350 (LUMEN)

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT   10





mouse-over to magnify image

### Duracell 350 lumen LED flashlight

ITM./ART. #708786

**FEATURES:**

- Lightweight, compact size
- Strobe function
- High beam
- Low beam

**SPECIFICATIONS:**

**Color:** Black / Blue / Red / Titanium
**Material:** Aluminum
**Lumens:** 350
**Dimensions:** 113.5mm (Length) x 35mm (head diameter)
**No. of batteries:** 3 x AAA
**Runtime:** 1h at high beam, 4h at low beam (ANSI standard)
**IPX4:** Yes
**Beam distance:** 130m
**Candela:** 5000cd
**Impact resistant:** 1m

Get User Manual



# PACKAGING - FRONT



# PACKAGING - BACK



- Compact design makes it ideal for home, car, outdoors and emergencies
- For the best performance, use Duracell alkaline batteries
- Replace all used batteries at the same time

Variable Focus LED Flashlight
Lampe de poche à DEL avec focale variable
Linterna LED con enfoque variable

**ITM. / ART. 962695**

Instructions
Instrucciones

## SET UP

1. To open: Unscrew cap in counter-clockwise direction.
2. Insert batteries into the battery holder.  Insert batteries with correct polarity as shown on the battery holder.
3. To close: Screw cap in clockwise direction.
4. Press rubber push-button to light.
5. Slide head to focus beam.

1. Pour ouvrir, dévissez le capuchon dans le sens inverse des aiguilles d'une montre.
2. Insérez les piles en respectant la polarité, comme indiqué dans le compartiment à piles.
3. Pour refermer, vissez le capuchon dans le sens des aiguilles d'une montre.
4. Pour allumer, appuyez sur le bouton-poussoir en caoutchouc.
5. Faire glisser la tête pour concentrer le faisceau.

1. Para abrir: desenrosque la base en el sentido contrario a las agujas del reloj.
2. Inserta las pilas en los compartimentos del portapilas. Asegúrese de insertarlas con la polaridad correcta, tal y como se indica en cada compartimento.
3. Para cerrar: enrosque la base en el sentido de las agujas del reloj.
4. Presione el botón de goma para encender la linterna.
5.Deslice el cabezal para focalizar el haz luminoso.

## INSTALLATION











## RUBBER CAP SWITCH

Press the switch at rubber end cap to operate
a) Press one time for high level light
b) Press two times for low level light

## INTERRUPTEUR AVEC CAPUCHON

Appuyez sur l'interrupteur avec capuchon pour faire fonctionner l'appareil.
a) Appuyez une fois pour obtenir un éclairage de forte intensité.
b) Appuyez deux fois pour obtenir un éclairage de faible intensité.

## INTERRUPTOR EN LA BASE DE GOMA

Para encender la linterna, presiona el interruptor situado en el extremo de goma de la base:
a) presiona una vez para obtener una luz de alta intensidad, o
b) presiona dos veces para obtener una luz de baja intensidad.

Keep batteries away from children
Eartez les piles hors de portée des enfants
Mantenga las pilas fuera del alcance de los niños.



For best performance, use Duracell alkaline batteries.
Pour un meilleur résultat, utilisez ces piles alcalines Duracell.
Para un mejor rendimiento, utilice pilas alcalinas Duracell.

**CAUTION**

CAUTION: Keep batteries away from children. Do not swallow. If swallowed, consult a physician at once. For information on treatment, call (202) 625-3333 collect. Ingestion may lead to serious injury or death. Battery can explode or leak if heated, disassembled, shorted, recharged, exposed to fire or high temperature or inserted incorrectly. Keep in original package until ready to use. Do not carry batteries loose in your pocket or purse.

## FCC STATEMENT OF COMPLIANCE

**NOTE**

WARNING: Changes or modifications not approved by the party responsible for compliance could void user's authority to operate the equipment. This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Note: This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) This device must accept any interference received, including interference that may cause undesired operation. CAN ICES-3 (B)/NMB-3(B), This Class B digital apparatus complies with Canadian ICES-003.

**CAUTION**

Always purchase the correct size and grade of battery most suitable for the intended use. Always replace the whole set of batteries at one time, taking care not to mix old and new ones, or batteries of different types. Clean the battery contacts and also those of the device prior to battery installation. Ensure the batteries are installed correctly with regard to polarity (+ and −).

Remove used batteries promptly. Remove batteries from appliances that will not be used for long periods of time (months or longer). Keep contacts clean, both on the battery and in the appliance.

 Battery may contain hazardous substances which could be endangering to environment and human health. This symbol marked on the battery and/or packaging indicates that used battery shall not be treated as municipal waste. Instead it shall be left at the appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about collection and recycling of used batteries, please contact your local municipality, your waste disposal service or the point of sale where you purchased this product.

© 2015 DURACELL, a division of the Gillette Company, Bethel, CT 06801, USA. DURACELL is a registered trademark of the Gillette Company, used under license. All rights reserved.

Ⓡ **Customer Service for North America (English only):**

**1-888-910-2260 – Hours: M-F 8AM to 5PM Pacific Time**

Compatible with alkaline batteries and rechargeable batteries.
DO NOT mix and use alkaline batteries with rechargeable batteries together.
For the best performance, use Duracell alkaline batteries.


Compatible avec les piles alcalines et les piles rechargeables.
NE PAS mélanger et utiliser des piles alcalines avec des piles rechargeables ensemble.
Pour une performance optimale, utiliser des piles alcalines Duracell .


Compatible con pilas alcalinas y baterías recargables.
NO mezclar y utilizar pilas alcalinas con baterías recargables juntas.
Para el mejor rendimiento, utilizar pilas alcalinas Duracell.


Made in China / Fabriqué en Chine / Hecho en China
Rev. JULY 25 2015

# EXHIBIT   11

### RETAIL
### and
### ONLINE MARKETING
### and
### PRODUCT INFORMATION
### for
### DURACELL LED FLASHLIGHT
# MODEL 380 (LUMEN)

### at http://duracellflashlights.com

### 2019-01-26

# EXHIBIT   11

# PACKAGING - FRONT



# PACKAGING - BACK

· **Eliminates power drain of batteries in off position**



ITM. / ART. 1145374

# DURACELL

## INSTRUCTIONS / INSTRUCCIONES

# 380

**LUMENS • LÚMENES**

### LED Flashlight
### Lampe de poche DEL
### Linterna LED



**Important, retain for future reference:
Read carefully.**

---

**Important : Conservez ce guide pour référence ultérieure. Lisez attentivement les instructions.**

---

**Importante, guardar para futuras referencias: leer detenidamente**



**ITM. / ART. 1145374**

# LED Flashlight
# Lampe de poche
# Linterna LED

### SET-UP

**1.** To open: Unscrew cap in counter-clockwise direction.
**2.** Insert batteries into the battery holder.  Insert batteries with correct polarity as shown on the battery holder.
**3.** To close: Screw cap in clockwise direction.
**4.** Slide head of flashlight to select wide or narrow light beam.
**5.** A) Turn battery lock dial counterclockwise to disengage battery power or B) clockwise to engage power.

### INSTALLATION    ### FUNCIONAMIENTO



**1.** Pour ouvrir, dévissez le capuchon dans le sens inverse des aiguilles d'une montre.
**2.** Insérez les piles en respectant la polarité, comme indiqué dans le compartiment à piles.
**3.** Pour refermer, vissez le capuchon dans le sens des aiguilles d'une montre.
**4.** Glissez la tête de la lampe pour choisir un faisceau large ou étroit.
**5.** A) Tournez le verrouillage des piles dans le sens antihoraire pour désactiver les piles et B) dans le sens horaire pour les activer.



**1.** Para abrir: desenrosque la base en el sentido contrario a las agujas del reloj.
**2.** Inserte las pilas en los compartimentos del portapilas. Asegúrese de insertarlas con la polaridad correcta, tal y como se indica en cada compartimento.
**3.** Para cerrar: enrosque la base en el sentido de las agujas del reloj.
**4.** Deslice el cabezal de la linterna para elegir un haz de luz ancho o estrecho.
**5.** A) Gire el cabezal de bloqueo de las pilas en sentido anti-horario para desactivar las pilas y B) en sentido horario para activarlas.



### RUBBER CAP SWITCH

Press the switch at rubber end cap to operate.
a) Press one time for high level light
b) Press two times for low level light
c) Press three times for off

### INTERRUPTEUR AVEC CAPUCHON

Appuyez sur l'interrupteur avec capuchon pour faire fonctionner l'appareil.
a) Appuyez une fois pour obtenir un éclairage de forte intensité
b) Appuyez deux fois pour obtenir un éclairage de faible intensité
c) Appuyez trois fois pour éteindre

### INTERRUPTOR EN LA BASE DE GOMA

Para encender la linterna, presione el interruptor situado en el extremo de goma de la base.
a) Presione una vez para obtener una luz de alta intensidad
b) Presione dos veces para obtener una luz de baja intensidad
c) Presione tres veces para apagar

Keep batteries away from children
Gardez les piles hors de portée des enfants
Mantenga las pilas fuera del alcance de los niños.





CE CW UK

**CAUTION**

**CAUTION:** Keep batteries from children. Do not swallow. If swallowed, consult a physician or call your local poison control at once for information on treatment. Ingestion may lead to serious injury or death. Batteries may explode or leak, and cause burn injury, if recharged, disposed of in fire, mixed with a different battery type, inserted backwards or disassembled. Replace all used batteries at the same time. Do not mix old and new batteries. Do not carry batteries loose in your pocket or purse. Do not remove the battery label. Do not shine LED light directly in the eyes.

## FCC STATEMENT OF COMPLIANCE

**NOTE**

WARNING: Changes or modifications not approved by the party responsible for compliance could void user's authority to operate the equipment. This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.

- Increase the separation between the equipment and receiver.

- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

- Consult the dealer or an experienced radio/TV technician for help.

Note: This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) This device must accept any interference received, including interference that may cause undesired operation.

CAN ICES-3 (B)/NMB-3(B). This Class B digital apparatus complies with Canadian ICES-003.

**CAUTION**

Always purchase the correct size and grade of battery most suitable for the intended use. Always replace the whole set of batteries at one time, taking care not to mix old and new ones, or batteries of different types. Clean the battery contacts and also those of the device prior to battery installation. Ensure the batteries are installed correctly with regard to polarity (+ and -). Remove used batteries promptly. Remove batteries from appliances that will not be used for long periods of time (months or longer). Keep contacts clean, both on the battery and in the appliance.

 Please dispose of batteries according to local regulations for the battery chemistry.

Working Temperature: -10 ˚C to 40 ˚C / 14° F to 104° F

Compatible with alkaline batteries and rechargeable batteries.
DO NOT mix and use alkaline batteries with rechargeable batteries together.
For the best performance, use Duracell alkaline batteries.

©2016 DURACELL, Bethel, CT 06801. Duracell is a registered trademark of Duracell U.S. Operations, Inc., used under license. All rights reserved.

® **Customer Service for North America (English only):**
**1-888-910-2280**
Hours: Monday-Friday, 8AM to 5PM Pacific Time



**CAUTION:** Possible hazardous optical radiation emitted from this product.
The luminaire should be positioned so that prolonged staring into the luminaire at a distance closer than 1.57m is not expected.

**PRÉCAUTION :** Le luminaire doit être placé de telle sorte qu'il ne soit pas fixé du regard de manière prolongée à une distance inférieure à 1 m 57.

**ADVERTENCIA:** La luminaria debería estar colocada de manera a no mirarla detenidamente a una distancia inferior a 1 m 57.

Distributed by:
Costco Wholesale Corporation
P.O. Box 34535
Seattle, WA 98124-1535
USA
1-800-774-2678
www.costco.com

Imported by / Importé par :
Costco Wholesale Canada Ltd.*
415 W. Hunt Club Road
Ottawa, Ontario
K2E 1C5,  Canada
1-800-463-3783
www.costco.ca
* faisant affaire au Québec sous le nom Les Entrepôts Costco

Importado por:
Importadora Primex S.A. de C.V.
Blvd. Magnocentro No.4
San Fernando La Herradura
Huixquilucan, Estado de México
C.P. 52765
RFC: IPR-930907-S70
(55)-5246-5500
www.costco.com.mx

Imported by:
Costco Wholesale UK Ltd /
Costco Online UK  Ltd
Hartspring Lane
Watford, Herts
WD25 8JS
United Kingdom
01923 213113
www.costco.co.uk

Importado por:
Costco Wholesale Spain, S.L.U.
Polígono Empresarial Los Gavilanes
C/ Agustín de Betancourt,17
28906 Getafe (Madrid) España
NIF : B86509460
900 111 155
www.costco.es

Distributed by:
Costco Wholesale Iceland ehf.
Kauptún 3-7, 210 Gardabaer
Iceland
www.costco.is

Distribué par :
Costco France
1 avenue de Bréhat
91140 Villebon-sur-Yvette
France
01 80 45 01 10
www.costco.fr

Imported by:
Costco Wholesale Japan Ltd.
3-1-4 Ikegami-Shincho
Kawasaki-ku, Kawasaki-shi,
Kanagawa 210-0832 Japan
044-281-2600
www.costco.co.jp

Imported and Distributed by:
Costco Wholesale Korea, Ltd.
40, Iljik-ro
Gwangmyeong-si
Gyeonggi-do, 14347, Korea
1899-9900
www.costco.co.kr

Imported by / Manufactured for:
Costco President Taiwan, Inc.
No. 656 Chung-Hwa 5th Road
Kaohsiung, Taiwan
Company Tax ID: 96972798
0800-885-889
www.costco.com.tw

Imported by:
Costco Wholesale Australia Pty Ltd
17-21 Parramatta Road
Lidcombe NSW 2141
Australia
www.costco.com.au

**Made in China / Fabriqué en Chine / Hecho en China**
Rev. APRIL 5, 2017

# EXHIBIT   12

## RETAIL
## and
## ONLINE MARKETING
## and
## PRODUCT INFORMATION
## for
## DURACELL LED FLASHLIGHT
# MODEL 500 (LUMEN)

## at http://duracellflashlights.com

## 2019-01-26

# EXHIBIT   12

# PACKAGING - FRONT

- <mark>**NO BATTERY DRAIN IN OFF POSITION**</mark>



# PACKAGING - BACK



# COSTCO RETAIL DISPLAY



# EXHIBIT   13

**ONLINE PROMOTION
of
SUITABILITY
for
EMERGENCY USE
of
DURACELL LED FLASHLIGHTS
and
DURACELL BATTERIES
at
www.duracell.com/en-us/program/
duracell-powerforward/**

**2019-01-26**

# EXHIBIT   13



## Storm Preparedness

Storms and natural disasters are unpredictable. You never know when one can affect you or someone you love. That's why Duracell encourages everyone to review the Duracell Emergency Checklist or visit www.Ready.gov. Your Emergency Preparedness kit could save your life. Make sure it's packed with plenty of food, water, flashlights (and/or lanterns) and plenty of trusted Duracell batteries to outlast the storm.

Follow @Duracell on Twitter for real time updates about storms, preparedness, and PowerForward deployments.








Natural disasters like hurricanes, tornados and floods are happening more frequently every year, causing power outages for millions of people. To assist those in need and to help communities recover, Duracell created the PowerForward program.

Since 2011, Duracell PowerForward has been helping affected communities across the country by distributing free Duracell batteries, charging mobile devices, and providing Internet access to those in need so they can connect with family.









# MN2400
## Size: AAA (LR03)
Alkaline-Manganese Dioxide Battery





Dimensions shown are IEC standards

| | |
|---|---|
| **Nominal voltage** | 1.5 V |
| **Impedance** | 250 m-ohm @ 1 kHz |
| **Typical weight** | 11 g (0.4 oz) |
| **Typical volume** | 3.5 $cm^3$ (0.2 $in^3$) |
| **Terminals** | Flat |
| **Storage temperature range** | 5°C to 30°C (41°F to 86°F) |
| **Operating temperature range** | -20°C to 54°C (-4°F to 130°F) |
| **Designation** | **ANSI:** 24A   **IEC:** LR03 |






BATTERIES

Berkshire Corporate Park
Bethel, CT. 06801 U.S.A.
Telephone: Toll-free 1-800-544-5454
www.duracell.com

<span style="color:red">Delivered capacity is dependent on the applied load, operating temperature and cut-off voltage. Please refer to the charts and discharge data shown for examples of the energy/service life that the battery will provide for various load conditions.</span>

This data is subject to change. Performance information is typical. Contact Duracell for the latest information.

MN24CTUS0413



## MN2400
### Size: AAA (LR03)
Alkaline-Manganese Dioxide Battery

Zn/MnO₂









**DURACELL®**
BATTERIES

Berkshire Corporate Park
Bethel, CT.  06801 U.S.A.
Telephone: Toll-free 1-800-544-5454
www.duracell.com

Delivered capacity is dependent on the applied load, operating temperature and cut-off voltage. Please refer to the charts and discharge data shown for examples of the energy/service life that the battery will provide for various load conditions.

This data is subject to change. Performance information is typical. Contact Duracell for the latest information.

MN24CTUS0413

Page **2** of **2**

| DURACELL | PRODUCTS | TRUSTED TECHNOLOGY | CAMPAIGNS | HELP | OEM | TECH LIBRARY | 🔍 |

# NEVER TRUST A BATTERY TO DO A DURACELL JOB

Meet the most trusted lineup of batteries in the world
MEET OUR BATTERIES

See the new Duracell campaign
WATCH OUR ADS

# EXHIBIT   14

## CONSUMER COMPLAINTS

## about

## RAPID, PARASITIC
## BATTERY DRAIN DEFECT

## in

## DURACELL

## MODEL 250

## LED FLASHLIGHTS

# EXHIBIT   14

The following are publicly posted internet comments by consumers / putative class members illustrative of the parasitic battery drain design and/or manufacturing defect in the Duracell "Durabeam Ultra" LED flashlight **model 250**:

| MODEL | DATE | COMMENT | SOURCE |
|---|---|---|---|
| 250 | 2015-02-16 | As has been said by others, these eat through batteries like nobody's business. It appears that **they somehow lose charge even when the lights aren't on** (I'll put new batteries in, leave it in the car for 2 weeks, come back, and they are dead). Disappointing. **Duracell seems to have found a clever way to have us buy their products (batteries) more frequently.** | https://www.amazon.com/Duracell-Lumens-High-Intensity-Flashlight-Packaging/product-reviews/B00D3Y3JEE/ref=cm_cr_othr_d_paging_btm_3?filterByStar=critical&pageNumber=3 |
| 250 | 2015-04-21 | **I believe Duracell has designed these flashlights to drain the batteries when not in use.** I've gone through at least 20 batteries and have used the flashlights for maybe five minutes each. Within a couple of months **the batteries are drained whether I've used the flashlight or not.** Pure junk and Costco would be well advised not to sell this junk. I'm taking my back and hope to get a refund. | https://www.amazon.com/Duracell-Lumens-High-Intensity-Flashlight-Packaging/product-reviews/B00D3Y3JEE/ref=cm_cr_othr_d_paging_btm_3?filterByStar=critical&pageNumber=3 |
| 250 | 2015-06-24 | I kept one and gave away two, so this is based on just one: Great small, very bright flashlight as long as it works. Have had no problem changing batteries. **The problem is that this flashlight**--at least the one I have--**drains the batteries when it is off.** The first time it happened I assumed I had somehow left it on, but, no, it turns out it completely drains batteries in a matter of weeks, with no use at all. Totally unacceptable. UPDATE: Bought at a Costco, FYI. **Wrote Duracell, and their answer was: I'm sorry** that you had this experience with your flashlight. Our Duracell flashlights that were purchased at Costco are handled by Technomate Manufacturing Ltd. You can contact them at: Technomate Manufacturing Ltd......Hong Kong. And they gave a phone number.  Seriously? No one is going to jump through hoops to replace an inexpensive flashlight or three. | https://www.amazon.com/Duracell-Lumens-High-Intensity-Flashlight-Packaging/product-reviews/B00D3Y3JEE/ref=cm_cr_othr_d_paging_btm_2?filterByStar=critical&pageNumber=2 |
| 250 | 2015-08-31 | Before I realized that **my Duracell 250 flashlights** (smaller version) **had a problem** I had already bought these (at Costco). Turns out they have the same problem: **The flashlights drain batteries when off.** I went to turn one of these on today, after 2-3 months, and it went on for a few seconds then turned itself off. Checked batteries and they were almost dead. These are the batteries that came brand new with the flashlight, and are dated 2020. The flashlight has been used maybe 3 minutes since I got it.<br><br>**Emailed Duracell when the 250s died and they said, oh you have to write (snail mail) to some place in China. We don't handle those.** Seriously. This problem has been noted elsewhere, and I have experienced it in two different models; I don't think it is an isolated problem. The correct response should have been, We are very sorry here are new flashlights! Extremely unhappy with the company. I gave one of these to my 90-year-old mother to keep by her bed, so you can see why I might be miffed... | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_7?ie=UTF8&reviewerType=all_reviews&pageNumber=7&filterByStar=critical |

# EXHIBIT   15

## CONSUMER COMPLAINTS

## about

## RAPID, PARASITIC
## BATTERY DRAIN DEFECT

## in

## DURACELL

## MODEL 300

## LED FLASHLIGHTS

# EXHIBIT   15

The following are publicly posted internet comments by consumers / putative class members illustrative of the parasitic battery drain design and/or manufacturing defect in the Duracell "Durabeam Ultra" LED flashlight **model 300:**

| MODEL | DATE | COMMENT | SOURCE |
|---|---|---|---|
| 300 | 2014-12-10 | Update: As noted on my initial review, these are great lights. That being said, **there is a major flaw in this model, which is a battery drain**. From what I've read the switch is **the flaw, which draws power from the batteries even when switched off. I recently checked my all three during one my routine battery check of my emergency battery packs and flashlights. These were totally dead.** In most cases, I can get through at least two checks with plenty (volts) to spare, before I refresh the batteries. This equates to at least a year, but I've had flashlights easily last two years before the batteries go below 1.3v or 1.5v before I swap them out. These didn't last 3 months before a noticeable difference. <br>If you plan on using these for emergency purposes, it's best to store them with the batteries removed. This becomes a pill in an emergency situation, but it's better than not having anything at all. These are best when you're on a short camping trip, as the power drain should be able to get you through a few days camping. <br>Overall, I can no longer recommend this flashlight model, simply because you have to store them with the batteries removed. It's my opinion it defeats one of the main reasons I use flashlights (power outages, emergencies, or for household chores.) since **you can't store them for even short periods of storage, these will drain the batteries.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_5?ie=UTF8&reviewerType=all_reviews&pageNumber=5&filterByStar=critical |
| 300 | 2014-12-31 | Very bright, they seem very durable, and aren't too big. Updated 8/20/2015: Lowered the rating from 5-star to 2-stars. Apparently the insulation within the switch isn't good enough to prevent some leakage, so **not only does the battery run down very quickly (i.e., it's not in use; the switch is off, yet it still drains the battery**), but on one of them the end result was a leaky battery, which corroded part of the flashlight. Not very happy with these now. :-( | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_4?ie=UTF8&reviewerType=all_reviews&pageNumber=4&filterByStar=critical |
| 300 | 2015-02-06 | Pros: Work well when they work. Bright.  Cons: Had to buy four packs to get two packs worth of working lights. The switches are garbage. I did a bunch of troubleshooting and found that the switches sre very finicky  .Battery life is not great Really needed a light tonight and it had dead batteries. Grabbed my wife's and it was the same. Put in new batteries and all was well but since we were having an emergency at the time I have learned these lights cannot be trusted. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_9?ie=UTF8&reviewerType=all_reviews&pageNumber=9&filterByStar=critical |
| 300 | 2015-02-07 | Not one of the lights work and I have tried, replacing All batteries, the light stays on 3seconds and then it's OFF and want come back on send me a pre paid return Lable to send these back to Costco…. Todays Date 2/06/2015 | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&pageNumber=14&filterByStar=critical |
| 300 | 2015-02-15 | Bought these at Costco. **I'll NEVER buy anything but batteries, branded by a battery company again**. Replaced with Tasco 250 lumens, more features, sturdier built, much better choice | https://www.amazon.com/gp/profile/amzn1.account.AEMI7Q2JFVGWBEDGKVRPW6WQAVIQ/ref=cm_cr_arp_d_gw_btm?ie=UTF8 |

| 300 | 2015-04-14 | Bought these at a big box wholesale club. One never worked. The other two worked for a while, but ==would **run down batteries while simply sitting on the shelf.**== Finally they stopped working too. Tried new batteries. Wasted several Duracell batteries on these battery vampires. Poor design, very disappointing. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_12?ie=UTF8&reviewerType=all_reviews&pageNumber=12&filterByStar=critical |
| 300 | 2015-05-14 | I got this set for Christmas. I've had to replace the batteries in all three several times, and it's only May. ==I infrequently use them (maybe once per week), and yet they drain the life from the batteries. I replaced the batteries in one a couple weeks ago, used the flashlight only once, and now it is already dead again.== I always switch to the dim setting, and I only use the flashlight for maybe five minutes at a time. Either the LEDs are way too overpowered for the battery capacity, or ==**there is a current drain, even when they are off.**== Maybe it is best to leave the battery cartridge sitting out while not in use, but that would be really inconvenient. My opinion: spend a few extra bucks on a Mag and you will save a fortune on batteries later. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2015-05-30 | Like many others, I bought these at Costco. All 3 worked fine out of the box. ==**I set them off to the side for a couple a months, and when I tried to use them, all three had depleted the batteries.**== I checked the switch with my digital VOM, and ==**even when it's switched off it draws current.**== Here's how you can test to see if yours is like mine. 1) Turn on the flashlight. 2) While the light is on, unscrew the base until the light goes out. 3) Screw the base back in. You'll notice that the light doesn't come back on. This is because it's not a physical on/off switch, but a contact switch that tells a logic circuit whether to turn on or off. The logic needs current to know what's happening, so it's always drawing current from the batteries, even when the LED light is off. ==**Dumb dumb dumb design for something that you really WANT to work in an emergency. If they'd made it with a true on/off switch rather than having a contact switch with logic circuitry, it would've been great. Instead, they designed something that is constantly draining batteries.**== | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/dp/B00LCRL1P8 |
| 300 | 2015-06-22 | I bought these and ==**within 6 weeks of non-use the batteries in all 3 flashlights were down to 0.7 volts from 1.5 volts full charge. These were brand new batteries, Duracell AAA with an expiration date of March 2020.**== The symptoms of low batteries on these units is the flashlight will turn on briefly and then turn off. There has to be ==**a design flaw in the circuitry that causes the flashlight to draw down the batteries even when sitting idle.**== I would not recommend this product at this time unless Duracell comes up with a fix | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_10?ie=UTF8&reviewerType=all_reviews&pageNumber=10&filterByStar=critical |
| 300 | 2015-08-23 | The lights were a total waste of money (and batteries). The on/off switch works based on sheer luck, it turns itself randomly off again and ==it depletes the batteries even when not in use. Maybe that part is intentional; after all it's from a battery company that wants to sell more batteries. A totally useless, junk product from a "reputable" company.== | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |

| 300 | 2015-08-29 | I bought about 60 of these in late 2014 from Costco. They were intended as presents. Less than $7 per flashlight. My own experience with other small LED flashlights and the problem reports on this particular flashlight led me to test them all before giving them to friends. On this type of flashlight, the push button switch on the end cap is often inoperative or intermittent. To my surprise, 58 of 60 worked great. The anodized aluminum case is one piece and thick enough to be very solid. The threads on the end cap worked smoothly and the rubber bonnet on the switch is very rugged. It uses four AAA batteries rather than three as found in other low cost flashlights. The battery holder is made of strong, rigid plastic and is well labeled. The battery contacts and spring are sturdy and provide reliable electrical contact. Batteries are easy to insert and relatively easy to remove and are held firmly in place. The holder fits well in the flashlight case and the electrical contacts are reliable. While I have no means to measure the light output, the 300 lumen rated output is probably correct. These are VERY bright with white light and a very well defined circular pattern even at a distance of 20 yards. Based on my review up to this point, you might wonder why only 3 stars? After using these for about eight months, some inherent limitations, design flaws, and quality problems have become apparent. ==**The design flaw that others discovered is that a small amount of current is being drawn even when the light is off.**== This is to power the tiny logic board that is part of the switch. The result is that the run time is dramatically shortened after only one or two months of non-use. ==I am not willing to loosen or remove the end cap to prevent the drain on the battery when the light is not in use. I'll take off 1 and 1/2 stars for that and not buy these in the future.== I have also encountered the problem of the light staying on for only one or a few seconds with batteries that should still have enough charge to work. I knew these very bright lights would eat batteries like crazy. As a result, I use NiMH rechargeable batteries, usually the highly rated Sanyo/Panasonic eneloop brand. These are great because they maintain nearly full voltage until they are spent. A characteristic of the LED technology is that they need at least 3.6 v. or they don't light at all. The combination of LEDs with NiMH batteries is that they maintain nearly full briteness until the light goes off without warning. This is annoying. I am switching to Li-on batteries. Unfortunately, standard flashlights like this one can't use a Li-on battery. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |
| 300 | 2015-08-30 | ==One of the worst purchases I've ever made. Rare is the situation where I feel compelled to negatively review a product like this, but these flashlights are a complete and utter failure. All three died== - it wasn't just an unlucky one - ==by the second time I had to use them.== Putting in four new AAA batteries gets them to come on, but then they last about five minutes before they fade out and turn off. You can click them on but then they go immediately back off. Using becomes like a horror movie where you expect some creep to all of the sudden appear in front of you because of the strobe-like effect. Had a windstorm yesterday, power out all night, and my family was stuck using phones as flashlights because these quit on us. A complete waste of money. Had to go out and buy different flashlights today. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |

| 300 | 2015-08-31 | Before I realized that my Duracell 250 flashlights (smaller version) had a problem I had already bought these (at Costco). Turns out they have the same problem: **The flashlights drain batteries when off.** I went to turn one of these on today, after 2-3 months, and it went on for a few seconds then turned itself off. Checked batteries and they were almost dead. These are the batteries that came brand new with the flashlight, and are dated 2020. The flashlight has been used maybe 3 minutes since I got it. Emailed Duracell when the 250s died and they said, oh you have to write (snail mail) to some pace in China. We don't handle those. Seriously. This problem has been noted elsewhere, and I have experienced it in two different models; I don't think it is an isolated problem. The correct response should have been, We are very sorry here are new flashlights! Extremely unhappy with the company. I gave one of these to my 90-year-old mother to keep by her bed, so you can see why I might be miffed. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_7?ie=UTF8&reviewerType=all_reviews&pageNumber=7&filterByStar=critical |
| 300 | 2015-09-09 | **These flashlights drain the battery even when turned off!** I placed a flashlight in the glove compartment of my car with new batteries. I used it once for 2 minutes. Now it's dead. Measuring the resistance of the switch in all three positions, **I discover that the circuit is never fully open, i.e. broken. No wonder the battery slowly drains. Not totally surprising, coming from a battery company**. Solution: keep the bottom part mostly unscrewed. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_11?ie=UTF8&reviewerType=all_reviews&pageNumber=11&filterByStar=critical |
| 300 | 2015-09-19 | Total waste of money. Bought these for around the house. Great for about a month. They were just sitting in the drawer as just in case lights. Had one in each car as well. Never actually used, just turned on to check function. **Went back a month later preparing for a camping trip and figured I should check the lights before we headed out. All 6 we bought were dead.** Once completely. The other two very dim but would light up for a split second and turn back off. Such a bummer. Would definitely not recommend. For comparison, I have a Surefire light that has had the same battery in it for 6 years now and it is still as bright as day 1. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2015-09-29 | I DO NOT Own any of the Duracell products but would like to but leery of them given **the massive amounts of negative reviews.** My question is, IS Duracell doing anything to improve their product at all? | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_13?ie=UTF8&reviewerType=all_reviews&pageNumber=13&filterByStar=critical |
| 300 | 2015-10-02 | I bought these flashlights at COSTCO approximately one year ago and I am experiencing many of the same problems that other reviewers have mentioned. All of mine worked ok at first, but they seem to **drain batteries over time even when not used**. I had one in my van for less than a year that has never been used and got it out yesterday to use and it would come on for a few seconds then go out. Replaced the batteries and it works fine. **They claim that these batteries have a shelf life of up to 10 years,** so they shouldn't go bad in less that 1 year without use. The other 2 I use fairly frequently but the battery life is short, only a couple months. When batteries get weak, light comes on for a few seconds then goes off. Very disappointed in the performance of these flashlights. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_9?ie=UTF8&reviewerType=all_reviews&pageNumber=9&filterByStar=critical |

| 300 | 2015-10-04 | **These flashlights are designed to eat batteries**. They are nice and bright when you first turn them on, but **after a bit of time they sit around and you need in an emergency the won't work.** I got excited and bought them for the whole family, now I'm telling everyone **to throw them in trash. you don't want to risk it when it comes to not having flashlight during emergency** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_11?ie=UTF8&reviewerType=all_reviews&pageNumber=11&filterByStar=critical |
|---|---|---|---|
| 300 | 2015-10-06 | These seemed great at first. They were super bright and cheap at Costco. After less than a month with new Duracell batteries they stopped working, and that is with very little use. When I replaced the batteries they worked again for a short time, but then nothing. **They seem to be draining the batteries somehow, even when the flashlight is turned off. I bought 2 packs of these and all 6 of them have the same problem. It seems to me it is a design flaw** and not a lemon. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_9?ie=UTF8&reviewerType=all_reviews&pageNumber=9&filterByStar=critical |
| 300 | 2016-01-06 | I bought this exact same multipack at Costco, like several others who posted here.<br>I have purchased other multipacks of cheap led flashlights at Costco in the past with no problems, other than I don't mind losing a flashlight overly much because they're cheap, so if I drop it under a customers house I may not go back to get it. These ones...were frustrating! **Batteries were always dead when I picked one up off a shelf.** The last straw came when today I pulled one out at work that I had just put new batteries in yesterday and it was already not working.<br>I actually was doing a Google search tonight to see if there was a possibility that the flashlight itself was draining my batteries despite being "off" and sure enough, I am not crazy! Good to know.<br>I'd also suspected a faulty switch, but taking batteries out of the Duracell light and putting them in my last "off brand" flashlight which I know works (and 3 AAAs last weeks even with regular use for work in it) and they were Definitely Dead.<br>So save yourself a headache and steer clear of these flashlights. And if you see a Costco multipack with flashlights that say "TechLite Lumen Master" on the side, that is my "off brand" light that works as well as I wish these Duracell ones would. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |
| 300 | 2016-01-14 | DO NOT BUY!!! Like several other people reviewing this product, I was disappointed. **THE BATTERIES DIE EVEN WHEN THE FLASHLIGHT IS OFF!!** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_13?ie=UTF8&reviewerType=all_reviews&pageNumber=13&filterByStar=critical |
| 300 | 2016-01-16 | **These eat batteries due to always being on even when switched off!** Too bad! Nice light otherwise but we live in the country and must have flashlights we can rely on. These are not them | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |

| 300 | 2016-04-09 | It appeared to be a great deal! 300 lumens WOW. The packaging was all good. I installed batteries, they all tested well. A day later I turn one of them on. It would come on then go right off. Later I was using one while installing a new light fixture. The second flashlight would stay on just a couple seconds then go off. The third one is in my wife's car not turned it on since putting there. Note I never dropped or damaged these flashlights. **The return process seems to be a hassle, so I'll just eat them**. Still want this type, but want better quality. | https://www.amazon.com/gp/customer-reviews/RGGL0O5TVW28D/ref=cm_cr_getr_d_rvw_ttl?ie=UTF8&ASIN=B00LCRL1P8 |
| 300 | 2016-05-18 | Looked up reviews to see if anyone else was having the same problems I was with these flashlights—**drained batteries after they sit unused for a while.** So, I'll add mine to the litany here. The flashlights work great with brand-new batteries, but **after a week or two unused in the drawer and you pull them out when you really need them, batteries dead.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_11?ie=UTF8&reviewerType=all_reviews&pageNumber=11&filterByStar=critical |
| 300 | 2016-06-14 | A thing of beauty, works well, BUTTTTTT, **They drain batteries even with non-use, I have stupidly purchased 12 of these and they all drain batteries,** DO NOT BUY, DURACELL = You Should Be Ashamed!!! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_5?ie=UTF8&reviewerType=all_reviews&pageNumber=5&filterByStar=critical |
| 300 | 2016-06-14 | Waste of money. Like the other guy in the review said about the bad design. **It keeps pulling current from batteries when off.** I got lucky if it lasted two days. Was going through batteries way too fast. Threw them away. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&pageNumber=14&filterByStar=critical |
| 300 | 2016-08-03 | The switch is **constantly drawing power so the batteries go dead even when off. These lights should be taken off the market** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_16?ie=UTF8&reviewerType=all_reviews&pageNumber=16&filterByStar=critical |
| 300 | 2016-08-13 | How does a product where 52% of the reviews are one star end up with an overall rating of 4 stars? I bought these at Costco, they worked fine initially but then **the batteries depleted even though I had set them aside for a while**, when I replaced the batteries, if I clicked the switch, it would flash on and then turn off after a couple of seconds. Eventually all three flashlights ended up with the same behavior. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_15?ie=UTF8&reviewerType=all_reviews&pageNumber=15&filterByStar=critical |

| 300 | 2016-08-30 | **Battery-depleting.** Although I did not buy this product from Amazon, I came here to find out if anyone else was experiencing the same problems I was having.<br>I bought a Duracell Durabeam Ultra 300-Lumen 3-pack from Costco last year, intending to use them as home emergency flashlights. One was DOA right out of the box. I did some parts-swapping and traced it to a bad end cap/switch. The remaining two flashlights worked great (I cycled them through High, Low, Off several times and they were wonderfully bright and performed flawlessly), and the price was right, so I placed them in a couple of useful locations around the house. We didn't actually use the flashlights, we just wanted them to be handy for emergency purposes. However, **I tested them a few months later and discovered that their batteries were badly depleted**. Each flashlight came on dimly for a few seconds and then turn itself off again, I assume due to the low voltage. **I replaced all 8 batteries with brand-new Duracell AAA's,** tested the lights once again to ensure that they were performing properly, and then went through the same depleted battery experience again a few months later.<br>**I can confirm that these flashlights will drain their batteries relatively quickly even while they are turned off.** If not for this unfortunate problem they would be a great flashlight, but as it is they are fatally flawed and should be avoided. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_7?ie=UTF8&reviewerType=all_reviews&pageNumber=7&filterByStar=critical |
| 300 | 2016-09-04 | Bought two 3-packs at Costco, thinking I could stash these around the house for emergencies. Imagine my surprise **when I went to use one and the batteries were dead. In fact, the batteries were dead in ALL 6 flashlights.** So I replaced the batteries and began checking them once a week. Now either the LED is dead, or the push button no longer works, even with fresh batteries. SO, 5 out of 6 are now completely dead. Duracell people should pull these off the market! Oh, the edges are very sharp and scratch furniture easily | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_10?ie=UTF8&reviewerType=all_reviews&pageNumber=10&filterByStar=critical |
| 300 | 2016-10-22 | **It's a brilliant strategy for a battery manufacturer to make products that drain their batteries.** Flashlights are often purchased for emergency situations. I have a few in key locations like my car, front entrance, bedroom, etc. Unfortunately, every time there's a need for a flashlight, it's almost guaranteed that these Duracell flashlights will be dead! They slowly drain away your batteries when not in use.<br>The light output is actually not bad. But because Duracell is greedy and manufactured such an unethical product, I am rating these a 1 star. Perhaps I should avoid Duracell altogether now. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2016-10-27 | There seems to be a problem with the programming of these flashlights. It goes something like this:<br>1. Install batteries<br>2. Turn on flashlight<br>3. Use flashlight<br>4. Turn off flashlight<br>5. Repeat process starting at step 1<br>If it just went back to step 2, these would be wonderful. **But it seems that duracell has mostly entered the flashlight market as a means to drive battery sales.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_10?ie=UTF8&reviewerType=all_reviews&pageNumber=10&filterByStar=critical |

| 300 | 2016-10-30 | Bad Product!!!! DO NOT buy this flashlight!!!! **This flashlight drains the batteries when off.** You loose. Duracell sells more batteries. Bad product!!!! Read the other negative reviews. Remove batteries when not in use. Shame on you Duracell....!!!!!!! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_3?ie=UTF8&reviewerType=all_reviews&pageNumber=3&filterByStar=critical |
|---|---|---|---|
| 300 | 2016-11-15 | Same as others, these flashlights drain batteries fast just laying around. I've got a bunch of them, they all do it. Looking for a good replacement. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&pageNumber=14&filterByStar=critical |
| 300 | 2016-11-16 | **After less than 3 months, all three flashlights are dead. Simply wont turn on**.. Plus these things go through batteries like you wont believe.. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/dp/B00LCRL1P8 |
| 300 | 2016-11-18 | Duracell Made a "Battery Killer" This is really a review of **the Duracell 300 flashlight which is a "battery killer"**. I have had at least three of these lights and have gone through at least 20 or more batteries (4 at a time) thinking that I had somehow accidently turned on the lights. **The switch in the 300 will drain the batteries 'dead' in about two months.** Many times a flashlight is needed in an emergency and these stranded me when I needed them at home or in my car. **At the very least Duracell should send everyone who bought the 300 models replacements and a new set of AAA batteries.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_15?pageNumber=15 |
| 300 | 2017-01-08 | I just want a simple small tough flashlight. a little too big. since it has 3 button states; off, high, low. I am used to an on/off state, so I end up hitting the button to turn it off and it just puts it in low. Then, **I throw it in the drawer, thinking I had turned it off and the batteries run out** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/dp/B00LCRL1P8 |
| 300 | 2017-01-22 | I should have known better than to buy a flashlight made by a battery company. **These are awful. They are always dead every time I need them.** Goes through at least one set of 4 batteries per flashlight a year. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_12?ie=UTF8&reviewerType=all_reviews&pageNumber=12&filterByStar=critical |
| 300 | 2017-02-02 | **BEWARE!! Drains batteries fast when turned off!** Pretty much useless. You are better off buying a brick. All 3 coast flashlights I have on the other hand, have worked perfectly for years. Avoid these duracell craplights | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_11?ie=UTF8&reviewerType=all_reviews&pageNumber=11&filterByStar=critical |

| 300 | 2017-02-11 | Well I can't seem to find my original review to update it with additional information. So I'll give a quick overview. I was not very impressed with the battery life after purchase so I did some additional testing. Two of the three lights just will not hold fresh batteries. ==After two months with new batteries and zero use of the light, I would guess the bulb output is at about 50% which is not good if you plan to used these as emergency lights.== If it is something you will used day in, day out it might be OK, ==but these just don't work for emergency use lights.== Sorry Duracell, can't recommend these too highly. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |
| 300 | 2017-02-26 | Good buy if your job provides batteries. Not recommended for home use. ==The batteries die incredibly fast, even when it's off.== | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_3?ie=UTF8&reviewerType=all_reviews&pageNumber=3&filterByStar=critical |
| 300 | 2017-03-08 | Like others, bought at costco. ==Fresh batteries go in, put the light in my car, backpack, garage, etc.... and when I go to use it the light is already dead.== Waste of money. I've spent soooooooo much money in batteries thinking it was bad batteries or because I'd left them in the cold. Went to grab one last night when I really needed it because I thought I'd hit an animal while driving and wanted to search for it on the side of the road to see if it was ok, went to my bug out bag, grabbed the light.... completely dead. Garbage. Literally I'll be throwing mine in the garbage. ==They are a liability to have a round because when you really need them, they won't work.== | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2017-03-08 | ==What were duracell and costco thinking.== First set of batteries seemed to last ok as I did use them alot but ==second and third sets went dead within a couple of weeks of just sitting.== I am going to try and return these pieces of junk. Very dissapointing | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&pageNumber=14&filterByStar=critical |
| 300 | 2017-03-19 | Nice looking, really bright beam, two brightness settings, quality feel.......but REALLY bad design. I didn't buy mine on Amazon, but thought I would add to the excellent reviews here that highlight the issues with this product. ==I will first attest to the issue of the draining of batteries while off== and the common leakage of batteries while installed (not sure if the design contributes to that, didn't think so, but batteries seem to leak more frequently with this product than with others I have had).<br>I have also found that the plastic battery rack that holds the 4 batteries to be made from very inferior materials. Once the batteries leak there is no coming back, as the rack just crumbles from the corrosion. If you think that is understandable, let me also point out that it also does so over a relatively short period of time WITHOUT a battery leak, possibly from the heat from being stored in a car. I have always placed flashlights in my cars for emergency and this is the only one that practically crumbles after a few months. I was initially impressed and had really high hopes for this product. I still hope the manufacturers correct the issues before it is too late. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_6?ie=UTF8&reviewerType=all_reviews&pageNumber=6&filterByStar=critical |

| 300 | 2017-03-29 | Decently bright, however **the batteries die when not being used. Flashlight didn't work when needed.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_2?ie=UTF8&reviewerType=all_reviews&pageNumber=2&filterByStar=critical |
|-----|------------|---|---|
| 300 | 2017-04-08 | I bought two 3-packs of these back in 2016 on two separate occasions, and believe that **they were essentially designed to drain all 4 AAA batteries as quickly as possible. In one of these lights I inserted 4 brand new AAA batteries, marked the date on it, and set it aside assuring it did not get used. In less than a month all 4 batteries were completely drained,** and some even read negative voltage with my Fluke digital VOM. This will certainly be the last Duracell product I ever buy again! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_5?ie=UTF8&reviewerType=all_reviews&pageNumber=5&filterByStar=critical |
| 300 | 2017-05-14 | I haven't read through all the reviews but I think I'm in the same boat as a lot of people. I bought the 3 flashlight set from Costco. Put batteries in all of them expecting them to perform for a very long time. The only led flashlight I had before was an Ozark Trail 3AAA that I have never had to replace the batteries in (~4 years). **Within a month all three were dead. Put batteries in one of them and marked the date with tape and pen. Not even really a month before dead.** Thought maybe it was the one flashlight so tried with another and same results. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_9?ie=UTF8&reviewerType=all_reviews&pageNumber=9&filterByStar=critical |
| 300 | 2017-06-02 | Light is good, but now that I have had these a while I found that I need to store them without the batteries in otherwise **they drain the batteries down slow say over 6 months.** No other flash light including other LEDs I have do this. All three of these do and was a complete waste of batteries | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_2?ie=UTF8&reviewerType=all_reviews&pageNumber=2&filterByStar=critical |
| 300 | 2017-06-07 | Got these as a gift. Sad to say they are a ripe off. **Made to drain your battery's as quickly as possible even while setting on the shelf. Drained a set of batters in less than 30 days without a single time being used.** Don't buy these unless your a Duracell stock owner. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_9?ie=UTF8&reviewerType=all_reviews&pageNumber=9&filterByStar=critical |
| 30 | 2017-06-24 | Take a look at the top critical review and comments. **These are designed to drain your batteries flat while on the shelf, waiting for an emergency.** Duracell product managers apparently have no scruples. Look for flashlights with mechanical switches unless you use it daily and don't need for an emergency. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_11?ie=UTF8&reviewerType=all_reviews&pageNumber=11&filterByStar=critical |
| 300 | 2017-07-10 | I thought these were ausum at first. Bought 6 small and 4 large ones. JUNK! **all drain batteries when off.** I have to unscrew the back so there is no connection for them to last | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_2?ie=UTF8&reviewerType=all_reviews&pageNumber=2 |

| 300 | 2017-07-10 | The other reviews on here are correct, **these lights do consume power when off in storage. I**f you are going to store it, unscrew the cap a bit until the switch breaks contact.<br>They also use 4 AAA batteries to get the voltage up, but AAA don't have very high capacity and so they will consume batteries faster because of it.<br>The lights have no beam adjustment capabilities.<br>That being said, I've still bought 2 sets. They are small but easy to handle, they use standard batteries, they are BRIGHT for their size, and the chassis is super tough. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2017-08-14 | **Drains the batteries even when turned off.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&pageNumber=14&filterByStar=critical |
| 300 | 2017-09-05 | **These Duracell flashlights seem to drain the batteries. I have several in the house that were useless when needed . this is the third time I have replaced the batteries** thinking it was my fault. And I will add that I have a set of larger Dura 1000 that seems to have the same issue. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_8?ie=UTF8&reviewerType=all_reviews&pageNumber=8&filterByStar=critical |
| 300 | 2017-09-14 | Bought at Costco for emergencies and sporadic use around the house. I quickly found that any money I saved on price was burned up in battery costs- **these flashlights burn juice with the power off!** I resorted to unscrewing the cap when not in use, before I regained my sense.<br>I opened my trusty Maglite, which has lived under the Texas sun for 10 years. Behold, there was a D cell scheduled for retirement in 2014.<br>The Duracell flashlights require battery replacement every 2 months. If you need an inexpensive torch and are willing to remove the battery cartridge after each use, it will serve you well.<br>If not, stick with products from an actual flashlight manufacturer.<br>I'm required to select at least one star. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_7?ie=UTF8&reviewerType=all_reviews&pageNumber=7&filterByStar=critical |
| 300 | 2018-01-24 | All three have had excessive battery drain. **It has taken me several battery changes before I realized it was not due to my error of leaving the flashlights on.** In the interim I have purchased three of the 380 models and they are working well. If I could find the Receipt I would return them. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_viewpnt_rgt?ie=UTF8&reviewerType=all_reviews&pageNumber=1&filterByStar=critical |
| 300 | 2018-02-11 | I bought a 3 pack and loved them when I first turned them on**, a week later when I needed them they wouldn't come on - batteries dead , I thought I got a bad batch so I order another 3 Pack, same thing,** they are junk DONT WASTE YOUR MONEY!!!! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_3?ie=UTF8&reviewerType=all_reviews&pageNumber=3&filterByStar=critical |

115

| 300 | 2018-02-15 | I bought these thinking they were similar to a set I bought at Costco last year. They're not! The ones I got at Costco were focusable, these weren't. **I have also experienced the same battery drain other users are commenting on - I couldn't believe that the new alkaline batteries that came with these were already drained after a few weeks of the flashlight mainly sitting,** used maybe 5 minutes total time.... Now I understand why! Too bad, as they do put out a nice light. We like to place these in some rental houses we have for emergencies, but if the **batteries won't stay charged until the emergency, they are worthless** for that! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/dp/B00LCRL1P8 |
| 300 | 2017-03-29 | Decently bright, however **the batteries die when not being used.** Flashlight didn't work when needed. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_arp_d_paging_btm_2?ie=UTF8&reviewerType=all_reviews&pageNumber=2&filterByStar=critical |
| 300 | 2018-03-18 | DISASTER OF A FLASHLIGHT. These flashlights fail quickly. **The batteries drain when off.** DO NOT BUY AS THEY WILL ALL FAIL! | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B00LCRL1P8/ref=cm_cr_othr_d_paging_btm_3?ie=UTF8&reviewerType=all_reviews&pageNumber=3&filterByStar=critical |
| 300 | 2018-04-18 | Although we have been very impressed and happy with the brightness and with the color variety, unfortunately these flashlights burn through batteries like crazy, whether in high/moderate/low/almost-no use. We owned nine of these flashlights, and we gave some additional flashlights as gifts to family and friends. We've all suffered the same requirement of replacing batteries much much more frequently than any other flashlights of similar power and size. We became sick and tired of **finding the flashlights dead or with low power when we needed them, and sick and tired of paying for so many batteries.** We placed a barrier between the contacts in every flashlight, which solved the batteries issue, but removing the barrier whenever needing to use a flashlight was ridiculous; a heroic effort on our part :-) but who wants to do that? So we finally decided to get rid of all of these flashlights and replace them. There is concern that this is a Duracell flashlight that burns through batteries for some reason, requiring us to buy far more batteries than typically. Considering Duracell is a well-known battery brand that is selling the item that will use lots and lots of batteries, it does raise a bit of suspicion. Hate to think like that, but there it is. We've since replaced the flashlights and the replacements don't drain batteries at an oddly fast rate as these do. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/dp/B00LCRL1P8 |

# EXHIBIT   16

## CONSUMER COMPLAINTS

## about

## RAPID, PARASITIC
## BATTERY DRAIN DEFECT

## in

## DURACELL

## MODEL 350

## LED FLASHLIGHTS

# EXHIBIT   16

The following are publicly posted internet comments by consumers / putative class members illustrative of the parasitic battery drain design and/or manufacturing defect in the Duracell "Durabeam Ultra" LED flashlight model 350:

| MODEL | DATE | COMMENT | SOURCE |
|---|---|---|---|
| 350 | 2016-03-04 | Batteries drain so fast on these flashlights that they are rarely ready when you need to use them. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_18?pageNumber=18 |
| 350 | 2016-03-11 | very bright but they suck batteries. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_9?pageNumber=9 |
| 350 | 2016-07-16 | Appealing unit. Very bright, zoom-function a terrific plus. However, ... batteries exhaust stupid fast, even with non-use of flashlight. I learned I had to remove batteries after EVERY use. Suspect there is a design-flaw, a trickle-drain wastes the batteries in days. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_19?pageNumber=19 |
| 350 | 2016-07-24 | I've bought about 15 of these over the past couple years. They are bright but 75% of mine drain the batteries even when not used. I can load new batteries and put it away in a drawer, come back a month or two later and the batteries are dead or very weak.<br>Only a couple didn't have the problem. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_17?pageNumber=17 |
| 350 | 2016-08-20 | Like alot of people I bought the Duracell 3-pack at Costco (at least a year ago) - the "350 Lumens"...identified per the stamp on the flashlight of "350". I've put fresh batteries in and then started noticing my flashlights always had dead batteries. That lead me here (love Amazon reviews).<br>I see in some reviews of model 350 that people say they don't have the gripe of battery still draining when flashlight turned off...while some other 350 reviews still note this problem.<br>Add me to the "350" detractors...flashlights are meant to be working when you need them and these 350's have let me down. Most LED flashlights I have are very good but these 350's are 1-STAR due to POOR battery life. In the recycle bin they go. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_15?pageNumber=15 |
| 350 | 2016-09-25 | I really wanted to like these, cheap and bright. The 300 series worked for a year then the switches went and they drained the batteries even when off. I got the 350 and was told the switch problem is fixed, it's not. I walk at night and need to turn the flashlight on when a car is coming. The switch on the 350 is completely unreliable. Occasionally it works as expected, however most times I have to unscrew the bottom and play with it to get it to work. The car is past me before the light works. Before you review a product and give five stars, give it time to prove itself. This flashlight will let you down. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_17?pageNumber=17 |

| 350 | 2016-11-21 | ==So VERY disappointing.== I had one of these and wanted to get several more. All the high ratings on Amazon encouraged me, even though Costco had the same item (for half price) and the ==reviews were terrible.== I took my chances and bought it from Amazon. ==What a mistake.== Only the black light would work. Transferring it's power pack of 4 AAA batteries to the non working ones didn't help them. **==A flashlight is a pretty simple product. They have been around for YEARS! How can such a well-know brand like Duracell produce such garbage?!==** EDITED Nov. 26, 2016. I took the advice in review posted April 4, 2016 by R.S. who said to call customer service at the number printed on the instructions that come with the flashlights. He was right - they are very cordial and helpful. I told them that two of the three lights would not work. But unlike with R.S. who was sent replacement end caps (containing the switch), They said they would send out two entire replacement flashlights which I just received today. Fast work! And both work perfectly. Interestingly, the number printed on the new end caps is 1542, same as on my original light that always worked. The number on each of the lights in the tri-pack was 1550. So it would seem (from this small sample size) that 1542 caps are good and 1550 caps are not. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_1?pageNumber=1 |
| 350 | 2017-01-06 | I bought it, and regret it. Here's the scoop. Sounds like a good deal for 3 with batteries included. Out of the box and loaded I was very impressed with the output of Lumen from the light. So I dropped one in my truck and had not used it, packed one in my BOB and left the other in the pack. Got the last one from the pack about 3 weeks ago, loaded it up and dropped it in my other rig. ==I needed a light the other morning as I pulled from my garage so into my door pocket my freezing hand went to retrieve it and illuminate the dark and cold road way. What appeared to my surprise was a dim glob of light for about 2 seconds.== Not a happy camper with this. When I got home at the end of the day I tested on other light in my truck and guess what.... same thing. Really not a happy camper now! So tonight I pulled the last one from my BOB. No issues, just like I expected, works like the first day I tested it. Glad to see but I don't feel like it got what I thought I was buying. I don't know if this is a QC issue, perhaps the batteries provided are on the cusp of being worthless, or if this light just does not perform after a couple of weeks in cold temps. So I picked up some new batteries and will test one of the bad performing lights. I'll update with the results, but at this point, can't really recommend these lights. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_16?pageNumber=16 |

| 350 | 2017-01-09 | Great lights. I bought these to replace a similar model that had a power leak in the design. (Read: The switch caused a power drain on the battery, which would ultimately kill/drain the batter when needed.) I hope their "emergency" feature means they've resolved the battery leak issue. I will update my review accordingly after seeing the battery affects over a few months. These seem well constructed with its aluminum body. In regards to the flashlight light, the light is done well. It give a well adjusted adjustable beam of light with no inconsistent hotspots. The light is even throughout the ranges, where the beam becomes a square at it's most concentrated point. Overall, these seem like a good fit for basic house flashlights, where I like to put all around the house for random uses including outages and emergency situations and possibly in your vehicle. For general use, I think these are good quality lights with a good compact form factor. These can be placed pretty much anywhere, but I would still consider different options if your use is specific to a particular activity. I would recommend these for great lighting for the quality of build and cost. I have only removed 1-Star due to my previous issue with battery drain. I will update this review once I determine this is not an issue. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_8?pageNumber=8 |
| 350 | 2017-02-26 | Very handy little lights. Batteries last much longer then the Duracell 300 which ate batteries even when not being used. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_6?pageNumber=6 |
| 350 | 2017-05-27 | I have five of these lights.<br>Three seem to be working OK.<br>Two drain the batteries: 2-3 months on the shelf, batteries are dead. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_18?pageNumber=18 |
| 350 | 2017-07-06 | I purchased two (3 packs) of these from Costco and placed them around the house and in our car's consoles. I was surprised, when several of them did not work because of dead batteries after being unused for a few months. So, I decided to run a test. I put new batteries in all the flashlights and used a Sharpie to mark the date on the batteries. With little or no use, all of the flashlights batteries were dead within six months. That's when I knew that something was up. I did some research and found that all of the Duracell flashlights have a PARASITIC DRAIN which causes them to run the batteries out even when not in use. It makes sense that Duracell (a battery company) would sell inexpensive well-made flashlights so they can sell more batteries. It makes no difference that the flashlights are well-made because they don't work when you need them. I ended up buying some cheap Ozark Trail flashlights at Walmart. I ran the same test and after one year they were as bright as the first day I put in the inexpensive off-brand batteries that came with flashlights. I cannot speak for all of the Ozark Trail products, but I can say that the LED Flashlight & Penlight & Headlamp Combo sold at Walmart (and on Amazon) DO NOT have a parasitic drain. I bought several extra at Walmart ($10 each) just in case they stopped carrying them. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_15?pageNumber=15 |

| 350 | 2017-10-22 | Bought these flashlights at costco 2 years ago. Of the 3 only one working now. Did not use all 3 at the same time but the switch goes bad in a year, or so. **They also drain batteries left in the flashlight**. Found that out when first put batteries in all 3 after purchase from costco and rotated thier use when one would die. By the time i got to the third flashlight the batteries did not last very long.<br><br>I purchased a coast flashlight about 3 years ago and used it in the use rotation. Really like the flood option of the coast and bought the three pack at costco thinking all LED flashights are probably built the same. Not so. The coast is more expensive but does not eat through batteries, and it still works. **Not surprising i need to constantly buy batteries for the duracell flashlights**. Costco conviently sells the multipack batteries next to thier flashlight displays. You may want to reconsider. | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_16?pageNumber=16 |
| 350 | 2017-12-18 | **These flashlights have serious problems with battery drain.** I first found that it gets warm after I turned it on for a few minutes. Then I found that battery is dead only after a few times of use. Luckily I am using rechargeable batteries. I simply recharge them. I am really into rechargeable batteries. My charger can tell me how much capacity is left and how much it charges. **I found that only a few of times of use completely drain the battery!** I suggest that you stay away from these flashlights. Or be prepared to **have a new set of battery as a backup.** | https://www.amazon.com/Duracell-Durabeam-Tactical-High-Intensity-Flashlight/product-reviews/B0164R8E8M/ref=cm_cr_othr_d_paging_btm_18?pageNumber=18 |

# EXHIBIT   17

# PROCTER & GAMBLE
# NEWS RELEASE

**USING P&G TRUSTED BRAND TO PROMOTE CONSUMER
TRUST IN DURACELL BRAND AND PRODUCTS**

**issued on 2012-06-01 and published
on P&G website, remaining current
through the present time**

[ includes website capture (3 pages), original PDF (3 pages) and a summary page ]

## "Duracell Reveals Its Biggest Battery News
## Since the Creation of Iconic CopperTop"

# EXHIBIT   17



**P&G**   Our Brands   Who We Are   Sustainability

Home  > News  > Duracell® Reveals Its Biggest Battery News Since the Creation of Iconic CopperT...

## News Release

See All P&G Newsrooms ▸

P&G News Home
Topics
About P&G
News Releases
Multimedia
External Recognition
Social Media
Media Contacts
CES 2019 Fact Sheets
Sitemap

## Search All P&G News Stories

Search
Advanced Search

# Duracell® Reveals Its Biggest Battery News Since the Creation of Iconic CopperTop

*Duracell Guarantees Power and Peace of Mind in Every Duracell Battery with Duralock Power Preserve™ Technology*

Friday, June 1, 2012 9:09 am EDT

 

**Public Company Information:**

NYSE: PG

**"We know that consumers typically don't spend a large amount of time thinking about batteries"**

BETHEL, Conn.--(BUSINESS WIRE)--Whether it's an approaching storm or a summer vacation with the family, there are too many important details to consider and no time to worry that the batteries you select will have the power you need for your critical devices. That's why Duracell®, the Trusted Everywhere brand, is giving consumers peace of mind with the launch of Duralock with Power Preserve™ Technology, the biggest news in the brand's battery product portfolio since the creation of CopperTop. Set for retail distribution starting this summer, Duracell batteries with the Duralock Power Preserve Technology are guaranteed to stay powered for up to 10 years in storage.[1]

Duracell with Duralock will be packaged with a "good until" date and be recognizable by the new Duralock ring, providing consumers with instant recognition and the comfort of knowing that Duracell batteries left sitting in a drawer will still work when they are needed most. Whether it's a CopperTop, an Ultra Power, or a Rechargable battery, Duracell's Duralock technology means that there's a battery best suited for every lifestyle. The entire portfolio of Duracell batteries including Ultra (AA/AAA), CopperTop (AA/AAA/C/D/9V), Rechargeable (AA/AAA), Hearing Aid and Coin Button cells[1] will carry a Duralock Power Preserve guarantee.

123

"All batteries are not the same," said Volker Kuhn, general manager for Duracell North America. "Duracell has always committed to creating batteries and power solutions that consumers can rely on whenever they need it most. Whether it is powering the devices that keep you connected, that entertain, educate, or protect you and your family, the promise of guaranteed power that comes with Duracell with Duralock is an innovation we feel consumers deserve."

### THE TECHNOLOGY BEHIND DURALOCK

Duracell's huge leap forward with our guarantee was made possible as a result of significant improvements in recent years to our alkaline cells, including in the purity of ingredients within the actual battery, and upgrades to the battery cell itself. Engineered to preserve power in three ways, Duracell starts with powerful ingredients that are as pure as 24 karat gold to provide the best fuel for creating the chemical power. The anode and cathode are protected with a unique separator that limits power transfer when not in use. Finally, triple corrosion protection surrounds the contents in an acid resistant, anti-corrosive exterior, ensuring up to 10 years of power in storage and 10 years of trust.

### REALIZING THE NEED FOR TRUSTED POWER

Duracell research reports that some 20 battery-operated devices reside in the typical household, so Duralock's guarantee means that consumers will be more prepared than ever before to power the devices in their homes regardless of the situation – from remote controls and toys to clocks and garage door openers, and essential devices like smoke and carbon monoxide detectors.

"We know that consumers typically don't spend a large amount of time thinking about batteries," said Kuhn. "But with the demand for more battery power on the rise due to the large amount of battery-operated devices on the market, it's important that Duracell is recognized as a power solution they can trust. Whether a child's toy runs out of juice, a natural disaster occurs and a flashlight needs to work, or you're just looking to kick back and relax with a handheld gadget, Duralock's up to 10-year guarantee means that you will always have access to power when you need it – even if your batteries have been in storage for years."

The launch of Duralock will be supported with Duracell's largest marketing campaign in history, including in-store displays, television and print advertising and public relations. Duracell with Duralock will be available at mass merchandisers, industrial, electronics and battery distributors and hardware stores nationwide starting late summer.

### About Duracell

Part of the Procter & Gamble Company [NYSE:PG], Duracell has been powering people around the world for more than 40 years. Duracell products serve as the heart of devices that keep people connected, protect their families, entertain them and simplify their increasingly mobile lifestyles. As the world's leading manufacturer of high-performance alkaline batteries, Duracell also innovates in lighting, renewable power and wireless charging technologies to help consumers live life without limits.

### About Procter & Gamble

P&G touches and improves the lives of about 4.4 billion people around the world with its portfolio of trusted, quality brands. The Company's leadership brands include Pampers®, Tide®, Ariel®, Always®, Whisper®, Pantene®, Mach3®, Bounty®, Dawn®, Fairy®, Gain®, Pringles®, Charmin®, Downy®, Lenor®, Iams®, Crest®, Oral-B®, Duracell®, Olay®, Head & Shoulders®, Wella®, Gillette®, Braun®, Fusion®, Ace®, Febreze®, and Ambi Pur®. With operations in about 80 countries, P&G brands are available in more than 180 countries worldwide. Please visit http://www.pg.com for the latest news and in-depth information about P&G and its brands.

[1]Length of power preserve in storage varies by battery type. Ultra (AA/AAA), CopperTop (AA/AAA/C/D) and Lithium Coin are ten years. CopperTop (9V) is five years. Rechargeables (AA/AAA) and Alkaline Coin Button are three years and Hearing Aid (Alkaline) are four years.



Photos/Multimedia Gallery Available: http://www.businesswire.com/cgi-bin/mmg.cgi?
eid=50296680&lang=en

**Contact:**

Duracell
Kurt Iverson, +1 203-796-4669
iverson.k@pg.com
or
Citizen Paine
April Guillerme, +1 212-613-4971
April.Guillerme@citizenrelations.com

**Multimedia**

**Files:**

Download All
Files

Duracell's new Duralock with
Power Preserve(TM) Technology
batteries guarantee power for up
to 10 years in storage -- the
brand's biggest news since
CopperTop. (Photo: Business
Wire)

Download:
Download Thumbnail (3.78 KB)
Download Preview (10.95 KB)
Download Small (72.78 KB)
Download Full Size (287.01 KB)

Download:
Download Thumbnail (6.82 KB)
Download Preview (7.25 KB)
Download Small (50.34 KB)
Download Full Size (112.19 KB)



Contact Us

Savings & Offers

Product Coupons &
Promotions

Buy P&G Brands Online

Partners & Suppliers

Partner & Innovate with
Us

Current & Prospective
Suppliers

Privacy & Legal

Privacy

P&G Global Consumer Privacy
Policy

Terms & Conditions

AdChoices

Touching lives, improving life. P&G ™

© 2019 Procter & Gamble. All Claims valid only in the US.

PG (NYSE)
$98.91 -0.92



Published on *P&G News | Events, Multimedia, Public Relations* (https://news.pg.com) on June 1, 2012 - 9:09am

# Duracell® Reveals Its Biggest Battery News Since the Creation of Iconic CopperTop

**Release Date:**
Friday, June 1, 2012 9:09 am EDT

**Terms:**
 P&G Corporate Announcements

**Dateline City:**
BETHEL, Conn.

## *Duracell Guarantees Power and Peace of Mind in Every Duracell Battery with Duralock Power Preserve™ Technology*

BETHEL, Conn.--(BUSINESS WIRE)--Whether it's an approaching storm or a summer vacation with the family, there are too many important details to consider and no time to worry that the batteries you select will have the power you need for your critical devices. That's why Duracell®, the Trusted Everywhere brand, is giving consumers peace of mind with the launch of Duralock with Power Preserve™ Technology, the biggest news in the brand's battery product portfolio since the creation of CopperTop. Set for retail distribution starting this summer, Duracell batteries with the Duralock Power Preserve Technology are guaranteed to stay powered for up to 10 years in storage.[1]

Duracell with Duralock will be packaged with a "good until" date and be recognizable by the new Duralock ring, providing consumers with instant recognition and the comfort of knowing that Duracell batteries left sitting in a drawer will still work when they are needed most. Whether it's a CopperTop, an Ultra Power, or a Rechargable battery, Duracell's Duralock technology means that there's a battery best suited for every lifestyle. The entire portfolio of Duracell batteries including Ultra (AA/AAA), CopperTop (AA/AAA/C/D/9V), Rechargeable (AA/AAA), Hearing Aid and Coin Button cells[1] will carry a Duralock Power Preserve guarantee.

"All batteries are not the same," said Volker Kuhn, general manager for Duracell North America. "Duracell has always committed to creating batteries and power solutions that consumers can rely on whenever they need it most. Whether it is powering the devices that keep you connected, that entertain, educate, or protect you and your family, the promise of guaranteed power that comes with Duracell with Duralock is an innovation we feel consumers deserve."

**THE TECHNOLOGY BEHIND DURALOCK**

Duracell's huge leap forward with our guarantee was made possible as a result of significant improvements in recent years to our alkaline cells, including in the purity of ingredients within the actual battery, and upgrades to the battery cell itself. Engineered to preserve power in three ways, Duracell starts with powerful ingredients that are as pure as 24 karat gold to provide the best fuel for creating the chemical power. The anode and cathode are protected with a unique separator that limits power transfer when not in use. Finally, triple corrosion protection surrounds the contents in an acid resistant, anti-corrosive exterior, ensuring up to 10 years of power in storage and 10 years of trust.

**REALIZING THE NEED FOR TRUSTED POWER**

Duracell research reports that some 20 battery-operated devices reside in the typical household, so Duralock's guarantee means that consumers will be more prepared than ever before to power the devices in their homes regardless of the situation – from remote controls and toys to clocks and garage door openers, and essential devices like smoke and carbon monoxide detectors.

"We know that consumers typically don't spend a large amount of time thinking about batteries," said Kuhn. "But with the demand for more battery power on the rise due to the large amount of battery-operated devices on the market, it's important that Duracell is recognized as a power solution they can trust. Whether a child's toy runs out of juice, a natural disaster occurs and a flashlight needs to work, or you're just looking to kick back and relax with a handheld gadget, Duralock's up to 10-year guarantee means that you will always have access to power when you need it – even if your batteries have been in storage for years."

The launch of Duralock will be supported with Duracell's largest marketing campaign in history, including in-store displays, television and print advertising and public relations. Duracell with Duralock will be available at mass merchandisers, industrial, electronics and battery distributors and hardware stores nationwide starting late summer.

**About Duracell**

Part of the Procter & Gamble Company [NYSE:PG], Duracell has been powering people around the world for more than 40 years. Duracell products serve as the heart of devices that keep people connected, protect their families, entertain them and simplify their increasingly mobile lifestyles. As the world's leading manufacturer of high-performance alkaline batteries,

Duracell also innovates in lighting, renewable power and wireless charging technologies to help consumers live life without limits.

**About Procter & Gamble**

P&G touches and improves the lives of about 4.4 billion people around the world with its portfolio of trusted, quality brands. The Company's leadership brands include Pampers®, Tide®, Ariel®, Always®, Whisper®, Pantene®, Mach3®, Bounty®, Dawn®, Fairy®, Gain®, Pringles®, Charmin®, Downy®, Lenor®, Iams®, Crest®, Oral-B®, Duracell®, Olay®, Head & Shoulders®, Wella®, Gillette®, Braun®, Fusion®, Ace®, Febreze®, and Ambi Pur®. With operations in about 80 countries, P&G brands are available in more than 180 countries worldwide. Please visit http://www.pg.com for the latest news and in-depth information about P&G and its brands.

[1]Length of power preserve in storage varies by battery type. Ultra (AA/AAA), CopperTop (AA/AAA/C/D) and Lithium Coin are ten years. CopperTop (9V) is five years. Rechargeables (AA/AAA) and Alkaline Coin Button are three years and Hearing Aid (Alkaline) are four years.

Photos/Multimedia Gallery Available: http://www.businesswire.com/cgi-bin/mmg.cgi?eid=50296680&lang=en

**Language:**
English

**Contact:**

Duracell
Kurt Iverson, +1 203-796-4669
iverson.k@pg.com
or
Citizen Paine
April Guillerme, +1 212-613-4971
April.Guillerme@citizenrelations.com

**Ticker Slug:**
*Ticker:* PG
*Exchange:* NYSE

**Source URL:** https://news.pg.com/press-release/pg-corporate-announcements/duracell-reveals-its-biggest-battery-news-creation-iconic-c





**THIS FILE CONTAINS JUST THE MOST RELEVANT LANGUAGE FROM THE P&G PRESS RELEASE, PROMOTING THE DURALOCK POWER PRESERVE GUARANTEE**

**P&G News Release on Friday, June 1, 2012 9:09 am EDT**

Public Company Information:   NYSE:   PG

**Duracell Guarantees Power and Peace of Mind in Every Duracell Battery with Duralock Power Preserve™ Technology**

''We know that consumers typically don't spend a large amount of time thinking about batteries''

Whether it's an approaching storm or a summer vacation with the family, there are too many important details to consider and no time to worry that the batteries you select will have the power you need for your critical devices.

That's why Duracell®, the Trusted Everywhere brand, is giving consumers peace of mind with the launch of Duralock with Power Preserve™ Technology...

Duracell batteries with the Duralock Power Preserve Technology are guaranteed to stay powered for ... 10 years in storage [ *per footnote 1: Ultra (AA/AAA) and CopperTop (AA/AAA/C/D) are ten years.* ]

Duracell with Duralock will be packaged with a "good until" date and be recognizable by the new Duralock ring, providing consumers with instant recognition and the comfort of knowing that Duracell batteries left sitting in a drawer will still work when they are needed most.

Duracell's Duralock technology means that there's a battery best suited for every lifestyle. The entire portfolio of Duracell batteries including Ultra (AA/AAA) (and) CopperTop (AA/AAA/C/D/9V) will carry a Duralock Power Preserve guarantee.

"All batteries are not the same," said Volker Kuhn, general manager for Duracell North America. "Duracell has always been committed to creating batteries and power solutions that consumers can rely on whenever they need it most. Whether it is powering the devices that ... protect you and your family, the promise of guaranteed power that comes with Duracell with Duralock is an innovation we feel consumers deserve."

### THE TECHNOLOGY BEHIND DURALOCK

Duracell's huge leap forward with our guarantee was made possible as a result of significant improvements in recent years to our alkaline cells... ensuring ... 10 years of power in storage and 10 years of trust.

### REALIZING THE NEED FOR TRUSTED POWER

Duracell research reports that some 20 battery-operated devices reside in the typical household, so Duralock's guarantee means that consumers will be more prepared than ever before to power the devices in their homes regardless of the situation...

"We know that consumers typically don't spend a large amount of time thinking about batteries," said Kuhn. "But with the demand for more battery power on the rise due to the large amount of battery-operated devices on the market, it's important that Duracell is recognized as a power solution they can trust. Whether ... a natural disaster occurs and a flashlight needs to work... Duralock's ... 10-year guarantee means that you will always have access to power when you need it – even if your batteries have been in storage for years."

The launch of Duralock will be supported with Duracell's largest marketing campaign in history, including in-store displays, television and print advertising and public relations. Duracell with Duralock will be available at mass merchandisers, industrial, electronics and battery distributors and hardware stores nationwide starting late summer.

### ABOUT DURACELL

Part of the Procter & Gamble Company [NYSE:PG]. Duracell has been powering people around the world for more than 40 years. Duracell products serve as the heart of devices that ... protect their families...

As the world's leading manufacturer of high-performance alkaline batteries, Duracell also innovates in lighting ... to help consumers live life without limits.

### ABOUT PROCTER & GAMBLE

P&G touches and improves the lives of about 4.4 billion people around the world with its portfolio of trusted, quality brands. With operations in about 80 countries, P&G brands are available in more than 180 countries worldwide.

# EXHIBIT   18

## PROCTER & GAMBLE
## VIDEO ADS

**USING P&G TRUSTED BRAND TO PROMOTE CONSUMER
TRUST IN DURACELL BRAND AND PRODUCTS**

# EXHIBIT   18

# Duracell ad featuring deaf NFL player earns P&G award

Barrett J. BrunsmanApr 28, 2014, 3:16pm EDT



An advertisement featuring Seattle Seahawks player Derrick Coleman earned Procter & Gamble Co. an award.

A Duracell battery commercial that shows how a football player who refused to be sidetracked from his quest to reach the NFL despite being deaf has earned Procter & Gamble Co. this year's Corporate Leadership Award from the American Association of People with Disabilities.

The emotional Duracell battery ad titled "Trust Your Power," which features Seattle Seahawks fullback Derrick Coleman (who wears battery-powered hearing aids), has been viewed more than 22 million times on YouTube since its debut on the website Jan. 10.

"The commercial illustrates Coleman breaking through the low expectations society continues to have for people with disabilities, and leaves a powerful message that people with disabilities are capable of setting and achieving their own goals," blogged Mark Perriello, president of the group based in Washington, D.C. "AAPD is proud to honor P&G for promoting this message and recognizing people with disabilities as a powerful consumer market."

Volker Kuhn, Duracell's vice president for North America, accepted the award and noted the brand's desire to tell Coleman's story "to show how power – when used for good – can inspire and move the world forward."

The 1-minute Duracell battery commercial was edited like a big-screen movie, complete with a dramatic musical score. Coleman, who was an undrafted free agent out of college, narrated the ad.

"They told me it couldn't be done; that I was a lost cause," Coleman said over images of him as a forlorn child. "I was picked on, and picked last. ... Coaches didn't know how to talk to me. They gave up on me. Told me I should just quit. ... But I've been deaf since I was 3, so I didn't listen."

The music hits a crescendo as he develops as a player and a man, ultimately entering a stadium filled with spectators. "And now I'm here, with a lot of fans in the NFL cheering me on," Coleman says. "And I can hear them all."



**Birth of an Icon: DURACELL**

4,792 views

👍 9   👎 6   ↗ SHARE   ≡+ SAVE   •••

P&G (Procter & Gamble) ✓
Published on Apr 22, 2016

SUBSCRIBE 41K

Although Duracell may have only joined the P&G family in 2005, this brand—like so many other P&G brands—was born and raised on innovation and meeting consumers' needs. And whether it's starting up a new toothbrush or using a flashlight to light up the night to search for monsters under the bed, Duracell's reliability is ready to power these everyday moments around the world.

Category          **Science & Technology**

SHOW LESS

**Up next**                                                                 AUTOPLAY ⬤

**Procter & Gamble - Bigger Than You Know**
Company Man ✓
228K views



### The Duracell Effect

2,443 views

👍 6   👎 5   ↗ SHARE   ≡+ SAVE   ...

**P&G (Procter & Gamble)** ✓
Published on Apr 22, 2016

SUBSCRIBE 41K

All of us at P&G and Duracell believe that seemingly ordinary acts can have extraordinary impact in life. See how a selfless gesture of kindness helped light up the darkest hour in the lives of thousands of people. And gave them the strength to power up and power forward.

SHOW MORE

# EXHIBIT   19

**DURACELL's**

**"CORRECTIVE ACTION PLAN PROCESS"**

**used in licensing agreements**

# EXHIBIT   19

