Timothy P. Rumberger, Esq. California State Bar #145984
**LAW OFFICES OF TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
Telephone:    (510)841-5500
Facsimile:    (510)521-9700
e-mail: tim@rumbergerlaw.com

Attorneys for the Representative Plaintiffs
And the Plaintiff Class(es)

[COMPLETE LISTING OF COUNSEL
APPEARS ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY F. SIDDLE and MICHAEL E. LIPSON, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>THE DURACELL COMPANY,<br>COSTCO WHOLESALE CORPORATION,<br>TECHNOMATE MANUFACTORY, LTD.,<br>PRO-TEK INDUSTRIES, LLC.<br><br>        Defendants, | Case No.  4:19-cv-00568-JD<br><br>**ORDER PURSUANT TO JOINT STIPULATION TO FILE THIRD AMENDED CLASS ACTION COMPLAINT** |

The parties hereto jointly stipulate, consistent with parties Motion for Preliminary Approval of Class Action Settlement, to enter into this Stipulation with reference to the following:

1.      WHEREAS, on October 17, 2019, Plaintiffs filed their Second Amended Complaint (Dkt. 90);

2.      WHEREAS, pursuant to the parties' prior L.R. 6-1(a) stipulation dated August 4, 2020 (Dkt. 101), the Defendants' current deadline to answer or otherwise plead to Plaintiffs' Second Amended Complaint is September 5, 2020;

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

13706942 v1

1

JOINT STIPULATION TO FILE THIRD AMENDED CLASS ACTION COMPLAINT

3. WHEREAS, the parties agreed to the terms of a classwide settlement during the settlement conference held before Magistrate Judge Beeler on January 14, 2020 (*see* Dkt. 95) and have finalized the settlement agreement;

4. WHEREAS, the parties are also in the process of drafting preliminary approval paperwork and finalizing notices to all class members and relevant claim forms;

5. WHEREAS, the parties have all agreed to the form and substance of the settlement agreement, are in the process of executing the settlement agreement, and have engaged P&N as the settlement administrator to design a detailed notice and direct payment plan to facilitate payment to class members pursuant to the settlement agreement;

6. WHEREAS, the parties anticipate Plaintiffs filing a motion for preliminary approval of the settlement agreement on or before August 20, 2020;

7. NOW, THEREFORE, the parties stipulate to the filing of a Third Amended Complaint consistent with the scope of the settlement terms[1], without prejudice and hereby agree to stay Defendants' answer to the Third Amended Complaint pending the Court's ruling on Plaintiffs' motion for preliminary approval to conserve the Court's and the parties' resources.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED: August 20, 2020   By: _____
Timothy P. Rumberger, Esq. SB#145984
**LAW OFFICES OF TIMOTHY P. RUMBERGER LAW**
1339 Bay Street, Alameda California, 94501
Phone: (510) 841-5500; Fax: (510) 521-9700
E-mail: tim@rumbergerlaw.com
*Attorneys for Representative Plaintiffs and the Plaintiff Class(es)*

---

[1] Although the parties stipulate to the filing of the Third Amended Complaint to remain consistent with the scope of the parties' proposed class action settlement, this stipulation shall not be an acknowledgement of the truth of the allegations contained within same, for which Defendants expressly deny any liability.

*Law Offices of*
**TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

13706942 v1

2

JOINT STIPULATION TO FILE THIRD AMENDED CLASS ACTION COMPLAINT

| | | |
|---|---|---|
| DATED: August 20, 2020 | By: | /s/ |

David S. Almeida David S. Almeida, Esq. (*Pro Hac Vice*)
Suzanne M. Alton de Eraso (*Pro Hac Vice*)
Mark S. Eisen, Esq. SB# 289009
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
71 S. Wacker Dr., Suite 1900
Chicago, IL 60606-2211
Phone: 312-212-4954
E-mail: dalmeida@beneschlaw.com
saltondeeraso@beneschlaw.com
meisen@beneschlaw.com
*Attorneys for Defendant The Duracell Company*

| | | |
|---|---|---|
| DATED: August 20, 2020 | By: | /s/ |

Stewart Haskins II (*Pro Hac Vice*)
Jennifer R. Virostko (*Pro Hac Vice*)
**KING & SPALDING, LLP**
1180 Peachtree Street N.E., Ste. 1600
Atlanta, GA 30309-3521
Telephone: +1 404 572 4600 Facsimile: +1 404 572 5100
E-mail: shaskins@kslaw.com
jvirostko@kslaw.com
*Attorneys for Defendant Costco Wholesale Corporation*

| | | |
|---|---|---|
| DATED: August 20, 2020 | By: | /s/ |

Philip A. Toomey, Esq. SB# 89598
Robert A. Orozco, Esq. SB# 201532
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
841 Apollo Street, Suite 325
El Segundo, CA 90245
Phone: (424) 218-3903
Email: PToomey@LeechTishman.com
ROrozco@LeechTishman.com
*Attorneys for Pro-Tek Industries, LLC.*

| | | |
|---|---|---|
| DATED: August 20, 2020 | By: | /s/ |

Frederic G. Ludwig, III, Esq., SB#205332
**LUDWIG, APC**
12463 Rancho Bernardo Road, No. 532
San Diego, CA 92128
Phone: (619) 929-0873
E-mail: Eric.Ludwig@ludwigiplaw.com
*Attorneys for Defendant Technomate Manufactory Ltd.*
**Specially appearing*

*Law Offices of*
**TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

13706942 v1

**JOINT STIPULATION TO FILE THIRD AMENDED CLASS ACTION COMPLAINT**

3

## **ATTESTATION**

I, Timothy P. Rumberger, hereby attest, pursuant to United States District Court, Northern District of California Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from the signatories hereto.

DATED:  August 20, 2020        By: _____
                                  Timothy P. Rumberger, Esq.  SB#145984
                                  **LAW OFFICES OF TIMOTHY P. RUMBERGER LAW**

**IT IS SO ORDERED.**

Dated: _____        _____
                                 Hon. James Donato
                                 United States District Judge

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

13706942 v1

JOINT STIPULATION TO FILE THIRD AMENDED CLASS ACTION COMPLAINT

4