Timothy P. Rumberger, Esq. California State Bar #145984
**LAW OFFICES OF TIMOTHY P. RUMBERGER**
1339 Bay Street, Alameda, California 94501
Phone: (510)841-5500; Fax: (510)521-9700
e-mail: tim@rumbergerlaw.com

Attorneys for the Representative Plaintiffs
And the Plaintiff Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY F. SIDDLE and MICHAEL E. LIPSON, individually and on behalf of all those similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>THE DURACELL COMPANY,<br>COSTCO WHOLESALE CORPORATION,<br>TECHNOMATE MANUFACTORY, LTD.,<br>PRO-TEK INDUSTRIES, LLC.<br><br>           Defendants, | **Case No.  3:19-cv-00568-JD (LB)**<br><br>DECLARATION OF COUNSEL IN COMPLIANCE WITH COURT'S FINAL APPROVAL ORDER –<br>ADVISING RE THE STATUS OF DISTRIBUTION OF SETTLEMENT FUNDS AND REMAINING BALANCE<br><br>Judge:  Hon. James Donato<br>Time:<br>Date:    September 10, 2021<br>Location Courtroom 11, 19th floor |

I, TIMOTHY P. RUMBERGER, do declare as follows:

1. I am class counsel appointed by the court in this matter, filing this declaration in compliance with the Court's April 19, 2021 Order Granting Final Approval (Dkt. 124) to advise the Court on the status of the distribution of the settlement funds.

2. I have personal knowledge of the facts in this Declaration and, if called as a witness, I could and would testify competently thereto.

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
(510) 841-5500

1

**Declaration of Class Counsel pursuant to the Court's Order re Status of Distribution of Settlement Funds**

3. The Settlement Administrator has completed the initial distribution as ordered by the Court, consistent with the terms of the Settlement Agreement as approved by the Court, and provides the accompanying Declaration provided by the Settlement Administrator, a true and correct copy of which is attached as **Exhibit 1**.

4. As set forth in the Declaration of Alex Mouton, Project Manager for Postlethwaite & Netterville, APC (P&N), a total amount of $935,926.56 in settlement payments have cleared the account, leaving a balance of available funds in the amount of $467,447.44.

5. As further detailed in **Exhibit 1**, the estimated costs of a second distribution would be $89,438.00, primarily in costs of postage, constituting a significant portion of the remaining balance, leaving the "projected payment per purchase" in a second distribution of $2.89.

6. This expected amount, of course, falls fall below the $5 per class member threshold established in the Settlement Agreement filed August 20, 2020 (Dkt. 104-1, p.39), providing:

> 7.2.2 In the event that the cumulative amount of any/all uncashed checks from this initial distribution, divided by the total number of recipients who cashed their initial distribution checks, exceeds $5 per recipient, the Settlement Administrator shall issue a second round of Settlement Payments from the remaining balance of the Settlement Fund to each Automatic Payment Recipient and Claiming Recipient in pro rata allocation to such Class Members' original claim amounts. Any amount in the Settlement Fund after payment of Settlement Administration costs, Class Counsel's Fees and Expense, Plaintiffs' Incentive Awards, tax expenses, and Settlement Payments will be distributed as the *Cy Pres* Distribution. Settlement Payments may be accomplished through multiple distributions to Class Members.

7. These provisions were approved in the Court's April 19, 2021 Order (Dkt. 124) providing, in pertinent part:

> 11. The Court approves the distribution plan for payments set forth in the Agreement. The Claims Administrator is directed to comply with the terms of the Agreement with respect to distribution of Settlement Payments and disposition of any funds remaining thereafter.

*Law Offices of*
**TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

2

Declaration of Class Counsel pursuant to the Court's Order re Status of Distribution of Settlement Funds

8.  It is the consensus of counsel for all parties, having conferred regarding these circumstances, that a second distribution would be appropriate, and toward that end request the Court's approval authorizing the Settlement Administrator to proceed with a second distribution from the remaining balance of the Settlement Fund, after deduction for the cost of distribution, to each Automatic Payment Recipient and Claiming Recipient in pro rata allocation to such Class Member's original claim, consistent with the Settlement Agreement but for the $5 threshold.

9.  Alternatively, in the absence of an order by the Court modifying its prior order approving the Settlement Agreement and ordering a secondary distribution to the class members notwithstanding the failure to meet the $5 threshold per person, the parties seek the court's direction in selecting a *cy pres* recipient to be approved by the Court.

10. In Class Counsel's declaration on behalf of the Class filed with the Court on February 18, 2021, the National Association of Consumer Advocates (NACA) was proposed as a *cy pres* recipient demonstrating the requisite "driving nexus with the Plaintiff class," as a nonprofit association committed to representing consumers' interests by public sector and private attorneys, legal services attorneys, professors, and law students whose primary focus is the protection and representation of consumers. The NACA's mission articulated on its website is to promote justice for all consumers by maintaining a forum for communication, networking, and information-sharing among consumer advocates across the country, particularly regarding legal issues, and by serving as a voice for consumers in the ongoing struggle to curb unfair or abusive business practices that harm consumers. https://www.consumeradvocates.org/about-naca.  NACA has represented hundreds of thousands of consumers victimized by fraudulent, abusive, and predatory business practices. As a national organization fully committed to promoting justice for consumers,

*Law Offices of*
**TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
(510) 841-5500

**Declaration of Class Counsel pursuant to the Court's Order re Status of Distribution of Settlement Funds**

3

it is actively engaged in promoting a fair and open marketplace that forcefully protects the rights of consumers, particularly those of modest means.

11. Similarly appropriate is the Impact Fund, https://www.impactfund.org/aboutus, with a mission is to provide grants, advocacy, and education to support impact litigation on behalf of communities seeking economic justice.[1]

12. Defendants have suggested Bay Area Legal Aid, https://baylegal.org/ as *cy pres* which this court has approved in prior cases, whose mission is to provide meaningful access to the civil justice system through quality legal assistance regardless of a client's location, language or disability.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 10 day of September, 2021, at Alameda, California.

Respectfully Submitted,

By: _____
TIMOTHY P. RUMBERGER, Esq.
Counsel for Representative Plaintiffs
and the putative Class Members

---

[1] Illustrative consumer protection advocacy, *In re Hyundai and Kia Fuel Economy Litigation,* https://static1.squarespace.com/static/559b2478e4b05d22b1e75b2d/t/5aea251d70a6ad13b8ddcbbb/1525294366173/Ahearn+v+Hyundai+Amicus.pdf Amici Curiae Brief filed in the Ninth Circuit, case #15-56014 (Dkt. 108)

Law Offices of
TIMOTHY P. RUMBERGER
1339 Bay Street
Alameda, California 94501
(510) 841-5500

**Declaration of Class Counsel pursuant to the Court's Order re Status of Distribution of Settlement Funds**

4

# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY F. SIDDLE and MICHAEL E. LIPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>THE DURACELL COMPANY,<br>COSTCO WHOLESALE CORPORATION,<br>TECHNOMATE MANUFACTORY, LTD.,<br>PRO-TEK INDUSTRIES, LLC.<br><br>Defendants. | Case No. 3:19-cv-00568-JD (LB)<br><br>Honorable James Donato |

### DECLARATION OF ALEX MOUTON FOLLOWING FIRST CLASS MEMBER DISTRIBUTION

I, ALEX MOUTON, hereby declare as follows:

### I.   INTRODUCTION

1. ***Personal Information***. I am a Project Manager for Postlethwaite & Netterville, APAC ("P&N"). P&N was retained as the Settlement Administrator in this case, and, as the Project Manager, I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

2. ***The Capacity and Basis of this Declaration***. I am over the age of 21. Except as otherwise noted, the matters set forth in this Declaration are based upon my personal knowledge, information received from the parties in this proceeding (the "Parties"), and information provided by my colleagues at P&N and our partners.

1

## II. POST DISTRIBUTION REPORT #1

Table 1 below summarizes the results of the first Class Member distribution from the Settlement Fund.

| Table 1: Post-Distribution Accounting Summary | |
|---|---:|
| **Description** | **Amount** |
| **Settlement Amount** | **$2,200,000.00** |
| (-) Attorney Fees | $550,000.00 |
| (-) Attorney Expenses | $44,000.00 |
| (-) Incentive Awards | $4,400.00 |
| (-) Administration Costs | $198,226.00 |
| (=) Funds for First Distribution | $1,403,374.00 |
| Total Class Member Payments | 171,318 |
| Number of Cleared Payments | 112,334 |
| Total Amount of Cleared Payments | $935,926.56 |
| Number of Voided Payments | 58,974 |
| **QSF Balance After First Distribution** | **$467,447.44** |

Table 2 below summarizes a proposed second Class Member distribution from the Settlement Fund pending approval from the Court.

| Table 2: Second Distribution Payment Calculation | |
|---|---:|
| **Description** | **Amount** |
| **QSF Balance After First Distribution** | **$467,447.44** |
| (-) Administration Costs for Second Distribution | $89,438.00 |
| (=) Funds for Second Distribution | $378,009.44 |
| Number of Class Members | 112,334 |
| Number of Purchases | 130,716 |
| **Projected Payment per Purchase** | **$2.89** |
| Average Recovery per Class Member | $3.37 |
| Minimum Recovery per Class Member | $2.89 |
| Maximum Recovery per Class Member | $292.08 |

## III. CERTIFICATION

I, Alex Mouton, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge. Executed on this 9th day of September, 2021.

_____
Alex Mouton

2